AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of MASSACHUSETTS

(3771)

MELANIE JOI FEUERSTEIN

V.

Zwicker & Associates P.C. et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 4 11593 JLT

TO: (Name and address of Defendant)

Zwicker & Associates, P.C., 800 Federal St., Andover MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth D. Quat, 9 DAmonmill Square, Suite 4A-4, Concord MA 01742

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK                                              7/16/04

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | September 1, 2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Lawrence E. Hartnett | Constable/Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's usual place of business with a person of suitable age and discretion then employed therein

Name of person with whom the summons and complaint were left: Jennifer Sullivan

☐ Returned unexecuted:

☐ Other (specify):
** ALSO SERVED EXHIBITS A THRU I

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $5.42 | $25.00 | $30.42 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   September 1, 2004
                    Date

Signature of Server   Lawrence E. Hartnett

19 Dix Road Maynard, Ma. 01754
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.