AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of  Massachusetts

Melanie Joi Feuerstein

v.

Zwicker Associates, P.C., et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11593 JLT

TO: (Name and address of Defendant)

Arthur J. Tessimond, Jr.
c/o Richard J. Boudreau & Assoc.
5 Industrial Way
Salem NH 03079

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth D. Quat, Esq.
9 Damonmill Square, Suite 4A-4
Concord MA 01742

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    7/16/04
CLERK                                            DATE

(By) DEPUTY CLERK

# Rockingham County Sheriff's Office
## CERTIFICATE OF SERVICE

Court
County of Rockingham State of New Hampshire

| | |
|---|---|
| Melanie Feuerstein<br><br>vs.<br><br>Arthur Tessimond, Jr | Docket Number: 0411593JLT<br>Sheriff File Number: 04009814 |

I, Deputy Sheriff Matt Caracciolo, Badge # 31 of the Rockingham County Sheriff's Department, Rockingham County, New Hampshire, certify and affirm that on 9/28/2004 at approximately 03:48 pm, at 5 Industrial Way, c/o Richard J Boudreau & Assoc Salem, NH 03079 served the within OOS Summons&Complaint upon Arthur Tessimond, Jr, the defendant named herein, in the following manner.

PERSONAL SERVICE

By delivering to and leaving with Arthur Tessimond, Jr personally a true copy thereof, said person being known or identified to me as the person mentioned and described therein

Dated: September 29, 2004

[Notary Seal: Susan J. Howard, My Commission Expires July 28, 2009, Notary Public, New Hampshire]

Matt Caracciolo
Deputy Sheriff

31
Badge Number