UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 OCT 12 P 3:50

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MELANIE JOI FEUERSTEIN, On behalf of herself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ZWICKER & ASSOCIATES, P.C., PAUL W. ZWICKER, ROBERT W. THUOTTE, ARTHUR J. TESSIMOND, JR., PHILLIP M. THOMPSON, JEFF WOODS, BRIAN COYLE, and DOES 1-5 <br><br> Defendants | Civil Action No. 04-11593-JLT |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the Defendants, ZWICKER & ASSOCIATES, P.C., PAUL W. ZWICKER, ROBERT W. THUOTTE, ARTHUR J. TESSIMOND, JR., and PHILLIP M. THOMPSON, in the above-entitled action.

I am not appearing for the Defendants, JEFF WOODS and BRIAN COYLE.

I hereby certify that a true copy of the above document was served upon each attorney of record by mail on October __, 2004.

_[signature]_

Respectfully submitted,

_[signature]_
Richard J. Poliferno
Long & Houlden
100 Summer Street, 11 FL
Boston, MA 02110
(617) 439-4777
BBO# 402120

DATE: __/__/__