UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELANIE JOI FEUERSTEIN, )<br>On behalf of herself and others similarly )<br>situated, )<br>               Plaintiffs )<br>)<br>v.                                      )<br>)<br>ZWICKER & ASSOCIATES, P.C., )<br>PAUL W. ZWICKER, )<br>JEFF WOODS, )<br>BRIAN COYLE, )<br>ARTHUR J. TESSIMOND, JR., )<br>PHILLIP M. THOMPSON, )<br>ROBERT W. THUOTTE, and )<br>DOES 1 – 5 )  | C.A. Number 04-11593-JLT |

## PLAINTIFF'S FIRST SET OF INTERROGATORIES TO ZWICKER & ASSOCIATES, P.C.

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. Proc. 33, hereby propounds to Defendant Zwicker & Associates, P.C., the following First Set of Interrogatories, answers to which will be due within twenty-one (21) days from the date of service.

**1. Interrogatory 1.**

State the full name, title, and business and residential addresses of the person answering this interrogatory.

**2. Interrogatory 2**

State all residential, business, and post office addresses used and/or designated by each of the following persons at any time from December 1, 2002 through the present: (a) Jeff Woods, a/k/a Jeff Wrodonik; (b) Brian Coyle.

**3. Interrogatory 3**

State the full name, business address, and residential address of each current and former employee of Zwicker & Associates, P.C. who has, or may have, knowledge of the current business and/or residential addresses of: (a) Jeff Woods, a/k/a Jeff Wrodonik; (b) Brian Coyle.

/s/ Kenneth D. Quat
BBO 408640
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848