# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MELANIE JOI FEUERSTEIN, | ) | |
| On behalf of herself and others similarly | ) | |
| situated, | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | C.A. Number 04-11593-JLT |
| | ) | |
| ZWICKER & ASSOCIATES, P.C., | ) | |
| PAUL W. ZWICKER, | ) | |
| JEFF WOODS, | ) | |
| BRIAN COYLE, | ) | |
| ARTHUR J. TESSIMOND, JR., | ) | |
| PHILLIP M. THOMPSON, | ) | |
| ROBERT W. THUOTTE, and | ) | |
| DOES 1 – 5 | ) | |

## PLAINTIFF'S FIRST REQUEST FOR PRODUCT ION OF DOCUMENTS TO ZWICKER & ASSOCIATES, P.C.

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. Proc. 34, hereby propounds to Defendant Zwicker & Associates, P.C., the following First Request for Production of Documents. The response thereto, and all documents, shall be served on plaintiff's counsel at the address below within twenty-one (21) days from the date of service.

**1. Request 1.**

All documents, materials, and things which reflect or contain any information regarding all residential, post office, business, and other addresses used or designated by

Jeff Woods, a/k/a Jeff Wrodonik, at any time from December 1, 2002 through the present.

## 2.  Request 2

All documents, materials, and things which reflect or contain any information regarding all residential, post office, business, and other addresses used or designated by Brian Coyle at any time from December 1, 2002 through the present.

/s/ Kenneth D. Quat
BBO 408640
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848