UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELANIE JOI FEUERSTEIN, On behalf of herself and others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>ZWICKER & ASSOCIATES, P.C., PAUL W. ZWICKER, JEFF WOODS, BRIAN COYLE, ARTHUR J. TESSIMOND, JR., PHILLIP M. THOMPSON, ROBERT W. THUOTTE, and DOES 1 – 5 | C.A. Number 04-11593-JLT |

## REQUEST FOR DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), plaintiff hereby requests that defendant Arthur J. Tessimond, Jr. be defaulted for failing to plead or otherwise defend in response to plaintiff's complaint. Plaintiff states that said defendant was served with a copy of the complaint and civil summons on September 28, 2004, as shown by the officer's return filed with the Court.

/s/ Kenneth D. Quat
BBO 408640
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848

## Certificate of Service

I hereby certify that I have served a copy of the foregoing by mailing same via first class mail, postage prepaid, to Arthur J. Tessimond, Jr., c/o Richard J. Boudreau & Assoc., 5 Industrial Way, Salem NH 03079.

/s/Kenneth D. Quat

Dated: October 28, 2004