UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELANIE JOI FEUERSTEIN, )<br>On behalf of herself and )<br>others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>ZWICKER & ASSOCIATES, P.C., )<br>PAUL W. ZWICKER, )<br>ROBERT W. THUOTTE, )<br>ARTHUR J. TESSIMOND, JR., )<br>PHILLIP M. THOMPSON, )<br>JEFF WOODS, )<br>BRIAN COYLE, and )<br>DOES 1-5 )<br>)<br>Defendants ) | Civil Action No.<br>04-11593-JLT |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the Defendants, ZWICKER & ASSOCIATES, P.C., PAUL W. ZWICKER, ROBERT W. THUOTTE, ARTHUR J. TESSIMOND, JR., and PHILLIP M. THOMPSON, in the above-entitled action.

I am <u>not</u> appearing for the Defendants, JEFF WOODS and BRIAN COYLE.

I hereby certify that a true copy of the above document was served upon each attorney of record by mail on October 12, 2004.

Respectfully submitted,

Richard J. Poliferno
Long & Houlden
100 Summer Street, 11 FL
Boston, MA  02110
(617) 439-4777
BBO# 402120

DATE: 10/12/04