### LONG & HOULDEN
*100 SUMMER STREET*
*BOSTON, MASSACHUSETTS 02110*
*TEL. (617) 439-4777 * FAX (617) 439-3153*

ROBERT A. LONG, JR.
MICHAEL S. HOULDEN
JOHN F. LEAHY, JR.
RICHARD J. POLIFERNO

STEVEN M. O'BRIEN
PAUL A. LADAS
BRIAN KEANE

December 13, 2004

Kenneth D. Quat, Esq.
9 Damonmill Square, Suite 4A-4
Concord, MA  01742

RE:  Feuerstein v. Zwicker & Associates, P.C., et. al.
     The United States District Court For The District of
     Massachusetts, Civil Action No. 04-11593-JLT

Dear Attorney Quat:

You have identified two individuals as follows: Jeff Woods a/k/a/ Jeff Wrodonik; Brian Coyle. The last known address of record at Zwicker & Associates, P.C. for the former is 1420 Taylor Street, Apt.5, San Francisco, California. The last known address of record at Zwicker & Associates, P.C. for the latter is 15B Intervale Street, Hudson, NH.

According to your "Certificate of Service" in connection with your recently filed motion seeking to conduct expedited discovery, you have served my client, Arthur J. Tessimond, Jr. directly by mail on November 30, 2004. I consider this to be a violation of the Massachusetts Rules of Professional Conduct, Rule 4.2, which prohibits a lawyer from communicating with a person the lawyer knows to be represented by another lawyer in the matter. What I find particularly disturbing is that this is not the first time you have done this. Back on October 28, 2004, according to another Certificate of Service, you served a "Request For Default" directly on Mr. Tessimond, even though I had served a copy of my Notice of Appearance on behalf of Mr. Tessimond two weeks earlier, on October 12, 2004, and filed an answer on behalf of Mr. Tessimond in the same time frame.

Please send me a written assurance that you will immediately cease your communication with my client in violation of Rule 4.2 of the Massachusetts Rules of Professional Conduct.

Very truly yours,

Richard J. Poliferno

RJP/RJP