**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


| | | |
|---|---|---|
| MELANIE JOI FEUERSTEIN, | ) | |
| On behalf of herself and others similarly | ) | |
| situated, | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | C.A. Number 04-11593-JLT |
| | ) | |
| ZWICKER & ASSOCIATES, P.C., | ) | |
| PAUL W. ZWICKER, | ) | |
| JEFF WOODS, | ) | |
| BRIAN COYLE, | ) | |
| ARTHUR J. TESSIMOND, JR., | ) | |
| PHILLIP M. THOMPSON, | ) | |
| ROBERT W. THUOTTE, and | ) | |
| DOES 1 – 5 | ) | |


**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO CONDUCT
LIMITED, EXPEDITED DISCOVERY RELATIVE TO WHEREABOUTS OF
DEFENDANTS WOODS AND COYLE**

Plaintiff hereby withdraws her motion to conduct limited, expedited discovery in

order to determine the whereabouts of defendants Jeff Woods and Brian Coyle.  Plaintiff

states that defendants' counsel has voluntarily furnished the relevant information in

response to said motion.


/s/ Kenneth D. Quat
BBO 408640
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848