### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELANIE JOI FEUERSTEIN,<br>On behalf of herself and<br>others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br><br>ZWICKER & ASSOCIATES, P.C.,<br>PAUL W. ZWICKER,<br>ROBERT W. THUOTTE,<br>ARTHUR J. TESSIMOND, JR.,<br>PHILLIP M. THOMPSON,<br>JEFF WOODS,<br>BRIAN COYLE, and<br>DOES 1-5<br><br>　　　　　Defendants | Civil Action No.<br>04-11593-JLT |

**DEFENDANTS, ZWICKER & ASSOCIATES, P.C., PAUL W. ZWICKER, ROBERT W. THUOTTE, ARTHUR J. TESSIMOND, JR., and PHILLIP M. THOMPSON'S, LOCAL RULE 26.2(A) DISCLOSURE**

Pursuant to Fed.R.Civ.P. Rule 26(a)(1) and Local Rule 26.2(A), Defendants, ZWICKER & ASSOCIATES, P.C., PAUL W. ZWICKER, ROBERT W. THUOTTE, ARTHUR J. TESSIMOND, JR., and PHILLIP M. THOMPSON ("the defendants"), make the following disclosures:

A.    <u>Individuals likely to have Discoverable Information:</u>

　　　1.    Jason Fisher
　　　　　　Subject: Plaintiff's boyfriend alleged to have
　　　　　　had interactions with the defendants.

　　　2.    Melanie Feuerstein
　　　　　　Subject: Plaintiff.

3.  Kenneth Quat
    Subject:  non-privileged communications with
    parties and/or third parties with discoverable
    information.

4.  William Schwank
    Subject:  Co-signer of plaintiff's promissory
    notes.

5.  Michael DeZorett
    Subject:  William Schwank's attorney; had
    conversations with the defendants.

6.  Based on the allegations of the plaintiff's
    complaint, the following may have information in
    their business records pertinent to those
    allegations.  The identities of specific
    individuals are currently unknown:

    a.  Ms. Feuerstein's present and former
        employers;
    b.  Ms. Feuerstein's medical and mental health
        providers, including but not limited to
        doctors, psychologists, psychiatrists,
        counselors and therapists;
    c.  Utility companies, telephone companies and
        any other companies providing services to
        Feuerstein at a residential address;
    d.  Feuerstein's banks and investment companies;
    e.  Feuerstein's credit card companies and
        companies providing other forms of credit
        and companies acting on behalf of such
        creditors;
    f.  The United States Post Office

Present Employees of Zwicker & Associates, P.C.:
(Unless noted as a named defendant, the Vice
President/General Counsel of Zwicker & Associates, PC
represents all employees of this firm.)

The address and telephone of each present employee is:
            Zwicker & Associates, PC
            800 Federal Street
            Andover, MA 01810
            (978) 686-2255

1. Phillip M. Thompson, Esq.
   Subject: Named defendant.

2. Robert W. Thuotte, Esq.
   Subject: Named defendant.

3. Paul W. Zwicker, Esq.
   Subject: Named defendant.

Subject for the following present employees: each
worked on various aspects of the Feuerstein account:

4. Lucille Lacasse

5. Mary Alley

6. Michael Lasonde

7. Vicki Varano

8. Chris Barzyk

9. Sean Russo

10. Wendy Nicks

11. James Castro

12. Cynthia Colon

13. Richard Lacasse

14. Gary Shore

15. Barbara Carnevale

16. Michelle Sullivan

17. Jamie McGlaughlin

18. Brenda Clark-Price

19. Gina Tugman

20. Jane Zaytseva

21. Andrew Dick

22.  Stacey Connor

<u>Former Employees of Zwicker & Associates, P.C.:</u>

1.  Arthur Tessimond
     Richard J. Boudreau & Associates, LLC
     5 Industrial Way
     Salem, NH 03079
     Subject:  Named defendant.

2.  Brian Coyle
     15B Intervale Street
     Hudson, NH 03051
     Subject:  Named defendant.

3.  Jeffrey Widronik (Jeff Woods)
     1420 Taylor Street, Apt. 5
     San Francisco, CA 94133
     Subject:  Named defendant.


Subject for the following former employees: each
worked on various aspects of the Feuerstein account
(last known address will be provided by way of
supplementation):

4.  Frank Leonard

5.  Greg Curtis

6.  Tiffany Mottola

7.  Kirk Taschereau

8.  Jennifer Pettingill

9.  Kris Coates

10.  Barry Smith

11.  Jocelyn Thomsen

12.  Karen O'Connor

13.  Jamie Parker

Massachusetts Educational Financing Authority
Employees:

1.   Ed Hatchey
     Subject:  Name appears on MEFA documentation.

2.   Peter Mazareas
     Subject:  Name appears on MEFA documentation.

3.   Christine Montgomery
     Subject:  Knowledge of power of attorney.

Boston University Employees:

Subject for the following: Name appears on MEFA
documentation.

1.   Matthew Kiely

2.   Michael Silvermail

3.   Ernestine Gardner

4.   Tom Lally


B.   Documents that are in the Possession, Custody, or
     Control of the defendants and that they May Use to
     Support their Claims or Defenses

     Note:  All documents listed pursuant to Fed. R. Civ.
            P. Rule 26(a)(1)(B) are located at Zwicker &
            Associates, P.C., 800 Federal Street Andover,
            MA 01810.

     Documents Produced on July 27, 2004 pursuant to 940
     C.M.R. 7.08:

     1.   Promissory Notes

     2.   History Review of Ms. Feuerstein's accounts
          provided by Massachusetts Educational Financing
          Authority

     3.   Transaction Screen Printout for each of Ms.
          Feuerstein's accounts generated by Zwicker &
          Associates, P.C.

Telephone calls regarding Ms. Feuerstein's accounts:

1.    Recovery Management Systems Contract Master (with redaction of information subject to a claim of privilege, the protection under the work product rule or on the basis of having been prepared in anticipation of litigation), including information reflected on transaction screen printouts.

2.    List of telephone calls

Correspondence to/from Zwicker & Associates, PC, Massachusetts Educational Financing Authority, Melanie Feuerstein, William Schwank and their counsel regarding these accounts.

Documents regarding the underlying transactions, including but not limited to Promissory Notes, Disclosure Statements and Power of Attorney.

Contract between Zwicker & Associates, P.C. and Massachusetts Educational Financing Authority.


C.    Computation of Damages

Not applicable.


D.    Insurance Agreements

Please see the applicable declarations page attached as Exhibit A.

I hereby certify that a true copy of the above document was served upon each attorney of record by mail on December 23, 2004.

Respectfully submitted,
ZWICKER & ASSOCIATES, P.C.,
PAUL W. ZWICKER, ROBERT W.
THUOTTE, ARTHUR J. TESSIMOND,
JR., and PHILLIP M. THOMPSON,
by their Attorney,

Richard J. Poliferno
BBO# 402120
Long & Houlden
100 Summer Street, 11 FL
Boston, MA  02110
(617) 439-4777

# Exhibit A

**AIG** **AMERICAN INTERNATIONAL COMPANIES** ®

☐ AIU Insurance Company
☐ Birmingham Fire Insurance Company of Pennsylvania
☐ Granite State Insurance Company

☐ Illinois National Insurance Company
☒ National Union Fire Insurance Co. of Pittsburgh, Pa. ☐
☐ New Hampshire Insurance Company

(each of the above being a capital stock company)

**(This policy is issued only by the insurance company indicated by the box checked above.)**

### MISCELLANEOUS PROFESSIONAL LIABILITY POLICY

**NOTICE: THIS IS A CLAIMS MADE POLICY. EXCEPT TO SUCH EXTENT AS MAY OTHERWISE BE PROVIDED HEREIN, THE COVERAGE OF THIS POLICY IS LIMITED TO LIABILITY FOR ONLY THOSE CLAIMS THAT ARE FIRST MADE AGAINST YOU AND REPORTED IN WRITING TO US DURING THE POLICY PERIOD. PLEASE READ THE POLICY CAREFULLY AND DISCUSS THE COVERAGE THEREUNDER WITH YOUR INSURANCE AGENT OR BROKER.**

**THE LIMIT OF LIABILITY AVAILABLE TO PAY JUDGMENTS OR SETTLEMENTS SHALL BE REDUCED BY CLAIM EXPENSES. FURTHER NOTE THAT AMOUNTS INCURRED FOR CLAIM EXPENSES SHALL BE APPLIED AGAINST THE RETENTION.**

REPLACEMENT OF POLICY NUMBER: 561-71-41          POLICY NUMBER: 348-79-11

### DECLARATIONS (MASSACHUSETTS ONLY)

Item 1.    Named insured: *ZWICKER & ASSOCIATES, P.C.*

Address:    *800 FEDERAL STREET*
*ANDOVER, MA 01810*

Item 2.    Policy period:  From *September 20, 2003*  to  *September 20, 2004*
at 12:01 A.M. standard time at the address of the insured as stated above.

Item 3.    Limits of Liability (inclusive of claim expenses).

*$2,000,000*          each wrongful act
*$2,000,000*          aggregate

Item 4.    Retention: *$10,000*          each wrongful act

Item 5.    Premium: *$45,000*

*Premium for Certified Acts of Terrorism Coverage under Terrorism Risk Insurance Act 2002: Not applicable, coverage rejected by insured. Any coverage provided for losses caused by an act of terrorism as defined by TRIA (TRIA Losses) may be partially reimbursed by the United States under a formula established by TRIA as follows: 90% of TRIA Losses in excess of the insurer deductible mandated by TRIA, the deductible to be based on a percentage of the insurer's direct earned premiums for the year preceding the act of terrorism.*
*A copy of the TRIA disclosure sent with the original quote is attached hereto.*

Item 6.    Professional services:  See Endorsement 1

Item 7.    Retroactive date: *September 20, 2002*
7210048

76216 (6/00)  *INSURArchive Copy*          1 of 2

Item 8.    Name and Address of Insurer (in the box checked above)
           *National Union Fire Insurance Company of Pittsburgh, Pa.*
           *175 Water Street*
           *New York, NY 10038*

Producer:    *ARTHUR J. GALLAGHER & CO.*

Producer
License #:   *On File with Insurer*

Address:     *PRESTON RIDGE IV # 425*
             *3440 PRESTON RIDGE ROAD*
             *ALPHARETTA, GA 30005*

*7210048*

76216 (6/00)   *INSUArchive Copy*        2 of 2