UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELANIE JOI FEUERSTEIN, )<br>On behalf of herself and others similarly )<br>situated, )<br>                Plaintiffs )<br>)<br>v. )<br>)<br>ZWICKER & ASSOCIATES, P.C., )<br>PAUL W. ZWICKER, )<br>JEFF WOODS, )<br>BRIAN COYLE, )<br>ARTHUR J. TESSIMOND, JR., )<br>PHILLIP M. THOMPSON, )<br>ROBERT W. THUOTTE, and )<br>DOES 1 – 5 ) | C.A. Number 04-11593-JLT |

## PLAINTIFF'S CERTIFICATION PURSUANT TO L.R. 16.1(D)(3)

Plaintiff and counsel hereby certify by their signatures below that they have conferred as to: (i) establishing a budget for the cost of conducting the full course and various alternative courses of litigation; and (ii) considering the resolution of this litigation by the use of alternative dispute resolution programs. Plaintiff is willing to enter into non-binding mediation at an appropriate time in order to attempt a resolution of this matter.

Plaintiff:

/s/Melanie Joi Feuerstein

Plaintiff's attorney:

/s/Kenneth D. Quat
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848