## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELANIE JOI FEUERSTEIN, On behalf of herself and others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>ZWICKER & ASSOCIATES, P.C., PAUL W. ZWICKER, ROBERT W. THUOTTE, ARTHUR J. TESSIMOND, JR., PHILLIP M. THOMPSON, JEFF WOODS, BRIAN COYLE, and DOES 1-5<br><br>      Defendants | Civil Action No. 04-11593-JLT |

### CERTIFICATION

Defendant, ZWICKER & ASSOCIATES, P.C., hereby certifies that we have conferred with our attorney, Richard J. Poliferno:

(a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Richard J. Poliferno, Esq.


ZWICKER & ASSOCIATES, P.C.
by:

_____
Robert W. Thuotte, Esq.
Vice President/General Counsel