UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MELANIE JOI FEUERSTEIN,
On behalf of herself and others
similarly situated
              Plaintiff

v.

ZWICKER & ASSOCIATES, P.C.,
PAUL W. ZWICKER,
ROBERT W. THUOTTE,
ARTHUR J. TESSIMOND, JR.,
PHILLIP M. THOMPSON,
JEFF WOODS,
BRIAN COYLE, and
DOES 1-5
              Defendants

Civil Action No. 04-11593-JLT

**Rule 7.3 Disclosure**

Pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned for Zwicker & Associates, P.C. (a private, non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

**NONE**

ZWICKER & ASSOCIATES, P.C.

By: _____
Paul W. Zwicker
President

Dated: October 25, 2004