UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELANIE JOI FEUERSTEIN, On behalf of herself and others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>ZWICKER & ASSOCIATES, P.C., PAUL W. ZWICKER, ROBERT W. THUOTTE, ARTHUR J. TESSIMOND, JR., PHILLIP M. THOMPSON, JEFF WOODS, BRIAN COYLE, and DOES 1-5<br><br>      Defendants | Civil Action No. 04-11593-JLT |

**DEFENDANTS, ZWICKER & ASSOCIATES, P.C., PAUL W. ZWICKER, ROBERT W. THUOTTE, ARTHUR J. TESSIMOND, JR., and PHILLIP M. THOMPSON'S, SUPPLEMENTAL LOCAL RULE 26.2(A) DISCLOSURE**

Pursuant to Fed.R.Civ.P. Rule 26(a)(1) and Local Rule 26.2(A), Defendants, ZWICKER & ASSOCIATES, P.C., PAUL W. ZWICKER, ROBERT W. THUOTTE, ARTHUR J. TESSIMOND, JR., and PHILLIP M. THOMPSON ("the defendants"), make the following supplemental disclosures:

A.    Individuals likely to have Discoverable Information:

Former Employees of Zwicker & Associates, P.C.:

Subject for the following former employees: each worked on various aspects of the Feuerstein account:

    1.    Frank Leonard
           16 Spring Pond Rd., Peabody, MA 01960

2.  Greg Curtis
    4 Shortell Ave., Beverly, MA 01915

3.  Tiffany Mottola
    121 Howe St., Methuen, MA 01844

4.  Kirk Taschereau
    441 Amherst St., Manchester, NH 03104

5.  Jennifer Pettingill
    27 Valleyviewfarm Rd., Bradford, MA 01835

6.  Kris Coates
    1347 Pawtucket Blvd., #31, Lowell, MA 01854

7.  Barry Smith
    46 Joseph Rd., Salem, NH 03079

8.  Jocelyn Thomsen
    73 Russett Hill Rd., Haverhill, MA 01830

9.  Karen O'Connor
    49 Lupine Rd., Unit #7, Andover, MA 01810

10. Jamie Parker
    9 Arnold St., Methuen, MA 01844

D.  Insurance Agreements

    The applicable insurance policy, in whole, shall be seasonably provided by supplementation.

I hereby certify that a true copy of the above document was served upon each attorney of record by mail on December 26, 2004.

Respectfully submitted,
ZWICKER & ASSOCIATES, P.C.,
PAUL W. ZWICKER, ROBERT W. THUOTTE, ARTHUR J. TESSIMOND, JR., and PHILLIP M. THOMPSON, by their Attorney,

Richard J. Poliferno
BBO# 402120
Long & Houlden
100 Summer Street, 11 FL
Boston, MA 02110
(617) 439-4777