AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

MELANIE JOI FEUERSTEIN

V.

ZWICKER + ASSOCIATES, P.C.,
et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11593 JLT

TO: (Name and address of Defendant)

BRIAN COYLE
15B Intervale St.
Hudson NH

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth D. Quat
9 Damonmill Square, Suite 4A-4
Concord MA 01742

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS    7/16/04
CLERK

(By) DEPUTY CLERK

AFFIDAVIT OF SERVICE

STATE OF NEW HAMPSHIRE
HILLSBOROUGH, SS

12/28/2004

I, DEPUTY SHERIFF M. MERRIFIELD, BEING FIRST DULY SWORN, DEPOSE AND SAY THAT I AM A DULY APPOINTED AND QUALIFIED DEPUTY SHERIFF IN AND FOR SAID COUNTY OF HILLSBOROUGH, AND THAT I AM AUTHORIZED TO SERVE CIVIL PROCESS BY THE LAW OF THE STATE OF NEW HAMPSHIRE THAT ON 12/28/2004, I MADE SERVICE OF THE SUMMONS IN A CIVIL ACTION UPON THE WITHIN NAMED DEFENDANT BY MAILING VIA FIRST CLASS MAIL AND LEAVING AT THE ABODE OF BRIAN COYLE BEING AT 15B INTERVALE COURT #2, HUDSON, NH, IN SAID COUNTY, A COPY OF SAID DOCUMENTS AT 12:35 PM.

_____
DEPUTY SHERIFF M. MERRIFIELD

STATE OF NEW HAMPSHIRE
HILLSBOROUGH, SS

SUBSCRIBED AND SWORN TO, BEFORE ME, ON 12/30/2004.



_____
NOTARY PUBLIC

My Commission Expires 1-15-08