FILED
UNITED STATES DISTRICT COURT CLERKS OFFICE
DISTRICT OF MASSACHUSETTS

2005 JAN 21  A 9 30

| | |
|---|---|
| MELANIE JOI FEUERSTEIN,<br>On behalf of herself and<br>others similarly situated, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>ZWICKER & ASSOCIATES, P.C., )<br>PAUL W. ZWICKER, )<br>ROBERT W. THUOTTE, )<br>ARTHUR J. TESSIMOND, JR., )<br>PHILLIP M. THOMPSON, )<br>JEFF WOODS, )<br>BRIAN COYLE, and )<br>DOES 1-5 )<br>)<br>Defendants ) | U.S. DISTRICT COURT<br>DISTRICT OF MASS.<br><br>Civil Action No.<br>04-11593-JLT |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:


    Please enter my appearance as attorney for the
Defendant, BRIAN COYLE, in the above-entitled action.


| I hereby certify that a<br>true copy of the above<br>document was served<br>upon each attorney of<br>record by mail on<br>January ___, 2005. | Respectfully submitted,<br><br>Richard J. Poliferno<br>Long & Houlden<br>100 Summer Street, 11 FL<br>Boston, MA  02110<br>(617) 439-4777<br>BBO# 402120 |

DATE: _____