UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -1  P 2: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MELANIE JOI FEUERSTEIN, On behalf of herself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ZWICKER & ASSOCIATES, P.C., PAUL W. ZWICKER, ROBERT W. THUOTTE, ARTHUR J. TESSIMOND, JR., PHILLIP M. THOMPSON, JEFF WOODS, BRIAN COYLE, and DOES 1-5 <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 04-11593-JLT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ANSWER BY THE DEFENDANT, JEFFREY WIDRONAK (aka JEFF WOODS);
DEFENDANT DEMANDS A TRIAL BY JURY AS TO ALL ISSUES**

The defendant, JEFFREY WIDRONAK ("the defendant"),
responds to the individually-numbered paragraphs of the
Complaint as follows:

1.    The defendant denies all of the factual
allegations set forth in this paragraph.  To the extent
that Feuerstein alleges that any of her rights, or those of
any other person, under federal or state statutory law,
regulations or common law has been violated, the defendant
denies all such allegations.  The defendant further denies
that Feuerstein is entitled to any relief individually and

also denies that this case is appropriate for adjudication as a class action.  Further answering, the defendant states that Feuerstein, a practicing attorney, has brought this case for the improper purpose of seeking to avoid her clear liability for student loans which she received from the Massachusetts Educational Financing Authority ("MEFA") to finance her education at Boston University Law School and which remain in default.

**Jurisdiction and Venue**

2.    The defendant admits the allegations contained in this paragraph.

3.    The defendant admits the allegations contained in this paragraph.

**Parties**

4.    The defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

5.    The allegations contained in this paragraph do not pertain to this defendant and so no further answer is required.

6.    The defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph that pertain to "the best of Plaintiff's knowledge and belief."  The remainder of this paragraph does not pertain to this defendant and so no further answer is required.

7.    The allegations contained in this paragraph do not pertain to this defendant and so no further answer is required.

8.    The defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph that pertain to "the best of Plaintiff's knowledge and belief."  The defendant admits that he was employed by Zwicker & Associates, P.C. ("ZAPC") during the time period when ZAPC communicated with Feuerstein regarding her delinquent student loans.  The defendant denies the remainder of the allegations in this paragraph.

9.    The allegations contained in this paragraph do not pertain to this defendant and so no further answer is required.

10.    The allegations contained in this paragraph do not pertain to this defendant and so no further answer is required.

11.   The allegations contained in this paragraph do not pertain to this defendant and so no further answer is required.

12.   The allegations contained in this paragraph do not pertain to this defendant and so no further answer is required.

13.   The allegations contained in this paragraph do not pertain to this defendant and so no further answer is required.

**Factual Allegations**

14.   The defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

15.   The defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

16.   The defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

17.   The defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

4

18.  The defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

19.  The defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

20.  The defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

21.  The defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

22.  The defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

23.  The defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

24.  The defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

25. The defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and its subparagraphs.

26. The defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

27. The defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

27.(sic) The defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

28. The defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

29. The defendant denies the allegations in this paragraph.

   a. The defendant denies the allegations in this subparagraph.

   b. The defendant denies the allegations in this subparagraph.

   c. The defendant denies the allegations in this subparagraph.

6

d.    The defendant denies the allegations in this subparagraph.

e.    The allegations contained in this subparagraph pertaining to the defendant, Brian Coyle ("Coyle"), do not pertain to this defendant and so no further answer is required.  The defendant denies the remaining allegations in this subparagraph.

f.    The allegations contained in this subparagraph pertaining to "Coyle" do not pertain to this defendant and so no further answer is required.  The defendant denies the remaining allegations in this subparagraph.

g.    The defendant denies the allegations in this subparagraph.

h.    The defendant denies the allegations in this subparagraph.

i.    The allegations contained in this subparagraph pertaining to "Coyle" do not pertain to this defendant and so no further answer is required.  The defendant denies the remaining allegations in this subparagraph.

j.    The allegations contained in this subparagraph do not pertain to this defendant and so no further answer is required.

7

k.    The defendant denies the allegations in this subparagraph.

l.    The allegations contained in this subparagraph do not pertain to this defendant and so no further answer is required.

m.    The allegations contained in this subparagraph do not pertain to this defendant and so no further answer is required.

n.    The allegations contained in this subparagraph pertaining to "Coyle" do not pertain to this defendant and so no further answer is required.  The defendant denies the remaining allegations in this subparagraph.

o.    The defendant denies the allegations in this subparagraph.

p.    As to the allegations pertaining to Michael J. DeZorett, the defendant lacks knowledge or information sufficient to form a belief as to their truth.  The defendant denies the remainder of the allegations in this subparagraph.

q.    The allegations contained in this subparagraph do not pertain to this defendant and so no further answer is required.

8

r.    The defendant denies the allegations in this subparagraph.

s.    As to the allegations pertaining to Michael J. DeZorett, the defendant lacks knowledge or information sufficient to form a belief as to their truth.    The defendant denies the remainder of the allegations in this subparagraph.

t.    The allegations contained in this subparagraph do not pertain to this defendant and so no further answer is required.

u.    The defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this subparagraph.

v.    The defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

w.    The defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in the first sentence of this subparagraph.    The remaining allegations contained in this subparagraph do not pertain to this defendant and so no further answer is required.

x.    The allegations contained in this subparagraph do not pertain to this defendant and so no further answer is required.

y.    The allegations contained in this subparagraph do not pertain to this defendant and so no further answer is required.

z.    The allegations contained in this subparagraph do not pertain to this defendant and so no further answer is required.

aa.    The allegations contained in this subparagraph do not pertain to this defendant and so no further answer is required.

bb.    The defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this subparagraph.

cc.    The defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this subparagraph.

dd.    The allegations contained in this subparagraph do not pertain to this defendant and so no further answer is required.

ee.    The allegations contained in this subparagraph do not pertain to this defendant and so no further answer is required.

10

ff.   The defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this subparagraph.

gg.   The allegations contained in this subparagraph do not pertain to this defendant and so no further answer is required.

30.   The defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of this paragraph.   The defendant denies all remaining allegations in this paragraph.

31.   The defendant denies all allegations in this paragraph.

32.   The defendant denies the allegations in this paragraph.

33.   The defendant denies the allegations in this paragraph.

34.   The defendant denies the allegations in this paragraph.

35.   The defendant denies the allegations in this paragraph.

**Individual Claims for Relief**

**Count I**

**Fair Debt Collection Practices Act ("FDCPA")**

36.  The  defendant incorporates by reference his responses to paragraphs 1-35 as if expressly restated herein.

37.  The defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

38.  The defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

39.  The defendant denies the allegation in this paragraph insofar as it states that every one of the defendants was a debt collector.

40.  The defendant denies the allegations in this paragraph.

a.  The allegations contained in this subparagraph pertaining to "Coyle" do not pertain to this defendant and so no further answer is required.  The defendant denies the remaining allegations in this subparagraph.

b.  The allegations contained in this subparagraph do not pertain to this defendant and so no further answer is required.

12

c.    The allegations contained in this subparagraph pertaining to "Coyle" do not pertain to this defendant and so no further answer is required.  The defendant denies the remaining allegations in this subparagraph.

d.    The allegations contained in this subparagraph pertaining to "Coyle" do not pertain to this defendant and so no further answer is required.  The defendant denies the remaining allegations in this subparagraph.

e.    The allegations contained in this subparagraph pertaining to "Coyle" do not pertain to this defendant and so no further answer is required.  The defendant denies the remaining allegations in this subparagraph.

f.    The allegations contained in this subparagraph pertaining to "Coyle, Tessimond, and Thompson" do not pertain to this defendant and so no further answer is required.  The defendant denies the remaining allegations in this subparagraph.

g.    The allegations contained in this subparagraph pertaining to "Coyle, Tessimond, and Thompson" do not pertain to this defendant and so no further answer is required.  The defendant denies the remaining allegations in this subparagraph.

13

    h.    The allegations contained in this subparagraph pertaining to "Coyle, Tessimond, and Thompson" do not pertain to this defendant and so no further answer is required.  The defendant denies the remaining allegations in this subparagraph.

    i.    The allegations contained in this subparagraph do not pertain to this defendant and so no further answer is required.

    j.    The allegations contained in this subparagraph do not pertain to this defendant and so no further answer is required.

    k.    The allegations contained in this subparagraph do not pertain to this defendant and so no further answer is required.

    l.    The allegations contained in this subparagraph pertaining to "Coyle" do not pertain to this defendant and so no further answer is required.  The defendant denies the remaining allegations in this subparagraph.

    m.    The defendant denies the allegations in this subparagraph.

    n.    The defendant denies the allegations in this subparagraph.

WHEREFORE, the defendant prays for judgment as follows:

- a)   dismissing each part of the Complaint on its merits;

- b)   for costs, disbursements and attorney fees; and

- c)   for such other relief as the Court deems just and proper.

## Count II

### Invasion of Privacy (G.L. c. 214, § 1B)

41.  The  defendant incorporates by reference his responses to paragraphs 1-40 as if expressly restated herein.

42.  The defendant denies the allegations in this paragraph.


WHEREFORE, the defendant prays for judgment as follows:

- a)   dismissing each part of the Complaint on its merits;

- b)   for costs, disbursements and attorney fees; and

- c)   for such other relief as the Court deems just and proper.

## Count III

### Abuse of Process

43.  The  defendant incorporates by reference his responses to paragraphs 1-42 as if expressly restated herein.

44.   The allegations contained in this paragraph do not pertain to this defendant and so no further answer is required.

45.   The allegations contained in this paragraph do not pertain to this defendant and so no further answer is required.


WHEREFORE, the defendant prays for judgment as follows:

    a)    dismissing each part of the Complaint on its merits;

    b)    for costs, disbursements and attorney fees; and

    c)    for such other relief as the Court deems just and proper.

**Count IV**

**Intentional Infliction of Emotional Distress**

46.   The  defendant incorporates by reference his responses to paragraphs 1-45 as if expressly restated herein.

47.   The defendant denies the allegations in this paragraph.

48.   The defendant denies the allegations in this paragraph.

49.   The defendant denies the allegations in this paragraph.

WHEREFORE, the defendant prays for judgment as follows:

a) dismissing each part of the Complaint on its merits;

b) for costs, disbursements and attorney fees; and

c) for such other relief as the Court deems just and proper.

**Count V**

**G.L. c. 93A**

50. The defendant incorporates by reference his responses to paragraphs 1-49 as if expressly restated herein.

51. The defendant denies the allegations in this paragraph.

52. The defendant denies the allegations in this paragraph and in its subparagraphs (a)-(e).

53. The defendant denies the allegations contained in this paragraph.

54. The allegations contained in this paragraph do not pertain to this defendant and so no further answer is required.

55. The allegations contained in this paragraph do not pertain to this defendant and so no further answer is required.

17

56. The allegations contained in this paragraph do not pertain to this defendant and so no further answer is required.

WHEREFORE, the defendant prays for judgment as follows:

a) dismissing each part of the Complaint on its merits;

b) for costs, disbursements and attorney fees; and

c) for such other relief as the Court deems just and proper.

**Count VI**

**Class Action Claims**

57. The defendant incorporates by reference his responses to paragraphs 1-56 as if expressly restated herein.

58. The defendant denies that the plaintiff is entitled to bring any action on behalf of any other persons and the defendant denies all remaining allegations contained in this paragraph.

59. The allegations contained in this paragraph do not pertain to this defendant and so no further answer is required.

60.   The defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

61.   The defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

62.   The defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

63.   The allegations contained in this paragraph do not pertain to this defendant and so no further answer is required.

64.   The defendant denies that the plaintiff has suffered any harm and denies the remaining allegations contained in this paragraph.

65.   The defendant denies the allegations contained in this paragraph.  The defendant further denies that it is appropriate for this case to proceed as a class action and denies that any judgment or any other relief should be awarded to any person individually or as a member of the class.

WHEREFORE, the defendant prays for judgment as follows:

    a)   dismissing each part of the Complaint on its merits;

    b)   for costs, disbursements and attorney fees; and

    c)   for such other relief as the Court deems just and proper.

**Count VII**

**G.L. c. 93A**

66.  The defendant incorporates by reference his responses to paragraphs 1-65 as if expressly restated herein.

67.  The defendant denies that the plaintiff is entitled to bring any action on behalf of any other persons and the defendant denies all remaining allegations contained in this paragraph.

68.  The allegations contained in this paragraph do not pertain to this defendant and so no further answer is required.

69.  The allegations contained in this paragraph do not pertain to this defendant and so no further answer is required.

70.  The allegations contained in this paragraph do not pertain to this defendant and so no further answer is required.

71. The allegations contained in this paragraph do not pertain to this defendant and so no further answer is required.

72. The allegations contained in this paragraph do not pertain to this defendant and so no further answer is required.

73. The allegations contained in this paragraph do not pertain to this defendant and so no further answer is required.

74. The defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

75. The defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

76. The allegations contained in this paragraph do not pertain to this defendant and so no further answer is required.

77. The defendant denies that the plaintiff has suffered any harm and denies the remaining allegations contained in this paragraph.

78. The defendant denies the allegations contained in this paragraph. The defendant further denies that it is appropriate for this case to proceed as a class action and denies that any judgment or any other relief should be awarded to any person individually or as a member of the class.

## DEMAND FOR JURY TRIAL

The Defendant, JEFFREY WIDRONAK, demands a trial by jury for all of the issues and all of the counts alleged by the Plaintiff, Melanie Joi Feuerstein, in her Complaint.

WHEREFORE, the defendant prays for judgment as follows:

   a)    dismissing each part of the Complaint on its merits;

   b)    for costs, disbursements and attorney fees; and

   c)    for such other relief as the Court deems just and proper.

## FIRST AFFIRMATIVE DEFENSE

The defendant states that the plaintiff's Complaint should be dismissed pursuant to Rule 12(b)(1) insofar as this Court lacks subject matter jurisdiction.

## SECOND AFFIRMATIVE DEFENSE

The defendant states that the plaintiff's Complaint should be dismissed pursuant to Rule 12(b)(2) insofar as this Court lacks personal jurisdiction over the defendant.

### THIRD AFFIRMATIVE DEFENSE

The defendant states that the plaintiff's Complaint should be dismissed pursuant to Rule 12(b)(3) insofar as venue is not proper.

### FOURTH AFFIRMATIVE DEFENSE

The defendant states that the plaintiff's Complaint should be dismissed against the defendant pursuant to Rule 12(b)(4) for insufficiency of process.

### FIFTH AFFIRMATIVE DEFENSE

The defendant states that the plaintiff's Complaint should be dismissed against the defendant pursuant to Rule 12(b)(5) insofar as service of process upon the defendant was not sufficient.

### SIXTH AFFIRMATIVE DEFENSE

The defendant states that the plaintiff's Complaint should be dismissed against the defendant pursuant to Rule 12(b)(6) for failure to state a claim upon which relief may be granted.

### SEVENTH AFFIRMATIVE DEFENSE

The defendant states that if the plaintiff sustained damages as alleged in the Complaint, such damages were caused by a third person over whom the defendant exercised no control, and for whom the defendant is and was not responsible.

### EIGHTH AFFIRMATIVE DEFENSE

The defendant states that if the plaintiff sustained damages as alleged in the Complaint, such damages were caused by the intervening and superseding acts of a third person, which acts the defendant was not and reasonably could not foresee.

## NINTH AFFIRMATIVE DEFENSE

The defendant states that the plaintiff is estopped from bringing this action.

## TENTH AFFIRMATIVE DEFENSE

The defendant states that this action was not commenced within the time required by the applicable statute of limitations, and, therefore, plaintiff's claim should be barred.

## ELEVENTH AFFIRMATIVE DEFENSE

The defendant states that the plaintiff has waived any right to bring this action, and, therefore, the plaintiff's claim should be dismissed.

## TWELFTH AFFIRMATIVE DEFENSE

The defendant states that the plaintiff has failed to mitigate her damages.

## THIRTEENTH AFFIRMATIVE DEFENSE

The award of statutory damages in this case, if any, is limited to a total of $1,000.

## FOURTEENTH AFFIRMATIVE DEFENSE

The defendant states that upon information and belief, if any violations of the FDCPA are found, then, and in that event, the defendant is not liable pursuant to 15 U.S.C. § 1692k(c), as such violations were the result of bona fide errors, notwithstanding the maintenance of procedures reasonably adopted to avoid any such errors.

**FIFTEENTH AFFIRMATIVE DEFENSE**

The defendant states that the plaintiff has failed to serve a written demand for relief at least (30) thirty days in advance of filing suit pursuant to M.G.L. ch. 93A, § 9(3), and/or any such written demand for relief that may have been served was insufficient and, as such, the plaintiff is barred from recovery.

**SIXTEENTH AFFIRMATIVE DEFENSE**

The defendant states that the plaintiff's Complaint should be dismissed pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted insofar as the plaintiff claims relief pursuant to M.G.L. ch. 93A.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

The defendant states that any interactions he may have had with the plaintiff did not constitute an "unreasonable, substantial or serious interference" with the plaintiff's statutory right of privacy.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

The defendant states that the plaintiff gave consent in fact and/or apparent consent to any alleged actions of the defendant thereby barring the plaintiff's action and/or recovery.

**NINETEENTH AFFIRMATIVE DEFENSE**

The defendant states that the plaintiff has failed to show any physical harm causally related to the allegations in the plaintiff's Complaint thereby barring any recovery for intentional infliction of emotional distress.

**TWENTIETH AFFIRMATIVE DEFENSE**

The defendant states that the plaintiff has failed to show the required element of intent thereby barring any recovery for intentional infliction of emotional distress.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

The defendant states that the plaintiff has failed to show the required element that the conduct of said defendant was extreme and outrageous thereby barring any recovery for intentional infliction of emotional distress.

I hereby certify that a true copy of the above document was served upon each attorney of record by mail on January 31, 2005.

Respectfully submitted,

Richard J. Poliferno
Attorney for Answering Defendant,
JEFFREY WIDRONAK
Long & Houlden
100 Summer Street, 11 FL
Boston, MA  02110
(617) 439-4777
BBO# 402120

DATE:  1/31/2005