**KENNETH D. QUAT**
*Attorney at Law*
9 Damonmill Square, Suite 4A-4
Concord MA 01742

---

Phone: 978-369-0848                                                             ken@quatlaw.com
Fax: 978-371-2296

February 18, 2005

Richard J. Poliferno, Esquire
Long & Houlden
100 Summer Street
Boston MA 02110

    RE: Feuerstein v. Zwicker et al., US. District Court 04-11593-JLT

Dear Attorney Poliferno:

    I am in receipt of your letter dated February 15, 2005 regarding the above matter, and accompanying documents. You indicate in your letter that no actual letters to individual MEFA debtors were produced because your client "does not retain hard copies" of such letters. Even if this is the case – which we have no way to confirm at this point – your client would certainly at least maintain electronic files of such correspondence, which can obviously be printed out and produced. Please take steps to remedy this omission as soon as possible.

                                                                        Sincerely,

                                                                        Kenneth D. Quat

Cc: M. Feuerstein