UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELANIE JOI FEUERSTEIN,                 )<br>On behalf of herself and others similarly  )<br>situated,                                )<br>                Plaintiffs      )<br>                                         )<br>v.                                       )<br>                                         )<br>ZWICKER & ASSOCIATES, P.C.,              )<br>PAUL W. ZWICKER,                         )<br>JEFF WOODS,                              )<br>BRIAN COYLE,                             )<br>ARTHUR J. TESSIMOND, JR.,                )<br>PHILLIP M. THOMPSON,                     )<br>ROBERT W. THUOTTE, and                   )<br>DOES 1 – 5                               )  | C.A. Number 04-11593-JLT |

**PLAINTIFF'S SECOND MOTION FOR CONTEMPT DUE TO FAILURE OF ZWICKER & ASSOCIATES, P.C. TO MAKE REQUIRED DISCLOSURES**

Plaintiff hereby moves that this Honorable Court enter an order finding and holding defendant Zwicker & Associates, P.C. in contempt for failing to disclose and provide to plaintiff certain materials within the scope of Local Rule 26.2(A) and Fed.R.Civ.P. 26(a)(1), to wit, all documents which contain information regarding the net worth of defendant Zwicker & Associates, P.C.

This Court's "Discovery Order" of December 8, 2004 provided that "all documents in accordance with Local Rule 26.2(a)" were to be "exchanged and reviewed" on or before December 27, 2004.   The documents in question are directly relevant to plaintiff's class claim brought under the Fair Debt Collection Practices Act, which

provides for an award of statutory damages in the amount of $500,000 or 1% of the net worth of the defendant, whichever is less. 15 U.S.C. 1692k(a)(2)(B). Nonetheless, defendant provided no such documents by the deadline established by the Court, or indeed through the present time. While plaintiff was not obligated to do so, her counsel nonetheless specifically identified and requested said documents in a letter to defendant's counsel forwarded on March 1, 2005.

Plaintiff requests that defendant Zwicker & Associates, P.C. be adjudged in contempt and that the Court grant the following relief:

(a) that defendant be ordered to produce all relevant within ten (10) days of the Court's order or, in the alternative, that the "net worth" limitation on statutory damages set forth in section 1692k(a)(2)(B) not apply with respect to the class claim asserted against Zwicker & Associates, P.C. in the present action; and

(b) that plaintiff be awarded reasonable counsel fees incurred in connection with this motion.

### Certification Pursuant to Local Rules 7.1(A)(2) and 37.1

I, Kenneth D. Quat, hereby certify that on March 1, 2005 I forwarded a letter to defendant's counsel via fax and first class mail which requested that defendant either provide the documents in question or contact me regarding same. No response to this letter has been received to date.

/s/ Kenneth D. Quat
BBO 408640
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848