UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELANIE JOI FEUERSTEIN, On behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZWICKER & ASSOCIATES, P.C., PAUL W. ZWICKER, JEFF WOODS, BRIAN COYLE, ARTHUR J. TESSIMOND, JR., PHILLIP M. THOMPSON, ROBERT W. THUOTTE, and DOES 1-5,<br><br>Defendants. | Civil Action No. 04-11593-JLT |

ORDER

January 6, 2005

TAURO, J.

After the Scheduling Conference held on January 5, 2005, this court hereby orders that:

1. The Parties are to comply with this court's Rule 26 Discovery Order;

2. The Parties may depose the record keepers indicated in their Joint Statement;

3. All additional formal discovery is suspended; and

4. A Status Conference is scheduled for February 28, 2005 at 10:00 a.m.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge

