**LONG & HOULDEN**
100 SUMMER STREET
BOSTON, MASSACHUSETTS 02110
TEL. (617) 439-4777 * FAX (617) 439-3153

ROBERT A. LONG, JR
MICHAEL S. HOULDEN
JOHN F. LEAHY, JR.
RICHARD J. POLIFERNO

STEVEN M. O'BRIEN
PAUL A. LADAS
BRIAN KEANE

February 15, 2005

**BY OVERNIGHT DELIVERY**
Kenneth D. Quat, Esq.
9 Damonmill Square, Suite 4A-4
Concord, MA 01742

RE: Feuerstein v. Zwicker & Associates, P.C., et. al.
The United States District Court For The District of
Massachusetts, Civil Action No. 04-11593-JLT

Dear Attorney Quat:

Enclosed please find documents voluntarily and informally produced pursuant to our prior agreement. These documents include documents produced on July 27, 2004 pursuant to 940 CMR 7.08; a list of inbound/outbound telephone calls regarding Ms. Feuerstein's accounts; copies of demand letters sent to Massachusetts MEFA debtors in the four years preceding the filing of the instant complaint; additional correspondence between the parties; recovery management system contract masters for Ms. Feuerstein's accounts; documents regarding the underlying transactions including the power of attorney and emails regarding efforts to obtain a copy of it; Ms. Feuerstein's credit report; the contract between Zwicker & Associates, P.C. and MEFA. Please be advised that the two-page list of inbound/outbound telephone calls was generated as a result of a computerized search for the pertinent telephone numbers.

As I have previously advised you by telephone, Zwicker & Associates, P.C. does not retain hard copies of letters sent to individual debtors and therefore we are producing copies of the types of demand letters sent out.

I can also advise you that Zwicker & Associates, P.C. has researched its records and determined that during the four year period preceding the filing of this case a total of 148 Massachusetts debtors were sent MEFA demand letters of the type in issue.

Very truly yours,

Richard J. Poliferno

RJP/jjb
Encls.