Contract Addendum

The Collector shall be entitled to retain from each payment received from or made on behalf of the borrower, or any other obligor on an account, a collection fee equal to eighteen percent (18%) of the amount of such payment, except that such collection fee shall be twenty percent (20%) with respect to payments received as a result of any litigation commenced by Collector through its Andover, Massachusetts office. The fee for accounts placed prior to the date of this contract is twenty-five percent (25%). This rate shall remain in effect until 30 June 1996, at which time the above referenced fee structure of 18% and 20% (as defined) shall supersede this arrangement. With respect to payments received as a result of litigation commenced by referral counsel, a collection fee equal to twenty percent (20%) of the amount of payment shall apply. Collector shall consult with the Authority in the event that the fee for referral counsel is greater than twenty percent (20%), at which point the Authority reserves the right to advise Collector to close and return the account to the Authority without additional compensation. In any event, Collector shall not be compelled to litigate any account in which the rate exceeds twenty percent (20%). Collector shall be entitled to the collection fee with respect to any payment made to the Collector or the Authority on a referred account, except as provided in Section 6 and Section 7. The Authority shall report to Collector monthly the amount of payments received by the Authority on each referred account for which Collector is entitled to the collection fee hereunder, with such account identified by debtor name and MEFA Account Number. Collector shall post each such payment to the appropriate account as of the date of receipt of such report from the Authority and reflect the collection fee attributable to such payment in the next remittance to the Authority. The Authority shall also reimburse Collector for expenses incurred by the Collector in the prosecution of civil suits on referred accounts, including court fees and other service costs, but excluding attorneys' fees. The Authority shall advance to Collector amounts reasonably requested by the Authority to cover anticipated costs for which it is entitled to reimbursement under this section.

COLLECTOR

BY: _____
Paul Zwicker
President
ZWICKER & ASSOCIATES, P.C.

DATE: 5/8/96

THE AUTHORITY

BY: _____
Peter Mazareas, Ph.D.
Executive Director
MASSACHUSETTS
EDUCATIONAL
FINANCING AUTHORITY

DATE: 5-8-96