UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MELANIE JOI FEUERSTEIN, | ) | |
| On behalf of herself and others similarly | ) | |
| situated, | ) | |
|               Plaintiffs | ) | |
| | ) | |
| v. | ) | C.A. Number 04-11593-JLT |
| | ) | |
| ZWICKER & ASSOCIATES, P.C., | ) | |
| PAUL W. ZWICKER, | ) | |
| JEFF WOODS, | ) | |
| BRIAN COYLE, | ) | |
| ARTHUR J. TESSIMOND, JR., | ) | |
| PHILLIP M. THOMPSON, | ) | |
| ROBERT W. THUOTTE, and | ) | |
| DOES 1 – 5 | ) | |

**PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR CONTEMPT**

Plaintiff hereby replies to defendant Zwicker & Associates, P.C.'s Opposition to her motion for contempt, and states as follows:

1. Defendant's Opposition fails to address the primary issue raised by the motion for contempt, namely, its failure to produce copies of dunning letters sent to potential class members, the legality of which is at the heart of Counts VI and VII of the Complaint. Defendant's purported excuse for not providing the letters was that it "does not retain hard copies of letters sent to individual debtors." Exhibit B to Motion for Contempt (Exhibit D to Opposition). Even if this is true – a proposition which on its face clearly warrants further scrutiny - at no time, even in its Opposition, has defendant indicated that it cannot produce or re-construct

copies from electronically-stored data. Defendant has thus clearly failed to comply with its obligation under Rule 26(a) and this Court's discovery order.

2. With regard to materials reflecting attorney's fees collected as a result of the dunning letters, defendant now admits in its Opposition that it is able to produce documents which in fact reflect the fees collected from potential class members, or which at a minimum will permit the fee amounts to be determined. For failing to produce same, initially and at present, defendant is clearly in violation of its duty of mandatory disclosure under Rule 26 and the Court's discovery order.

For the above reasons, as well as those set forth in plaintiff's original motion, plaintiff requests that defendant be found in contempt, that it be ordered to produce the materials in question, and that plaintiff be awarded reasonable counsel fees.

/s/ Kenneth D. Quat
BBO 408640
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848