UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MELANIE JOI FEUERSTEIN | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. 04-11593-JLT |
| ZWICKER & ASSOCIATES, P.C., et al. | ) | |
| Defendants | ) | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as co-counsel for the following defendants:

        ZWICKER & ASSOCIATES, P.C.
        PAUL W. ZWICKER
        ROBERT W. THUOTTE
        PHILLIP M. THOMPSON

        _____
        Robert W. Thuotte
        Zwicker & Associates, P.C.
        800 Federal Street
        Andover, MA  01810

Dated: March 18, 2005

**CERTIFICATE OF SERVICE**

    I, Robert W. Thuotte, certify that on this day, I have caused copies of this Notice of Appearance to be served by first class mail, postage prepaid on all counsel of record and that I additionally have caused a copy to be served by hand on plaintiff's counsel of record.

                            _____