UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELANIE JOI FEUERSTEIN, )<br>On behalf of herself and )<br>others similarly situated, )<br>            )<br>       Plaintiff, )<br>            )<br>v.          )<br>            )<br>            )<br>ZWICKER & ASSOCIATES, P.C., )<br>PAUL W. ZWICKER, )<br>ROBERT W. THUOTTE, )<br>ARTHUR J. TESSIMOND, JR., )<br>PHILLIP M. THOMPSON, )<br>JEFF WOODS, )<br>BRIAN COYLE, and )<br>DOES 1-5 )<br>            )<br>       Defendants ) | Civil Action No.<br>04-11593-JLT |

**DEFENDANTS, ZWICKER & ASSOCIATES, P.C., PAUL W. ZWICKER, ROBERT W. THUOTTE, ARTHUR J. TESSIMOND, JR., and PHILLIP M. THOMPSON'S, LOCAL RULE 26.2(A) DISCLOSURE**

Pursuant to Fed.R.Civ.P. Rule 26(a)(1) and Local Rule 26.2(A), Defendants, ZWICKER & ASSOCIATES, P.C., PAUL W. ZWICKER, ROBERT W. THUOTTE, ARTHUR J. TESSIMOND, JR., and PHILLIP M. THOMPSON ("the defendants"), make the following disclosures:

A.   Individuals likely to have Discoverable Information:

   1.   Jason Fisher
        Subject: Plaintiff's boyfriend alleged to have had interactions with the defendants.

   2.   Melanie Feuerstein
        Subject: Plaintiff.

3. Kenneth Quat
   Subject: non-privileged communications with parties and/or third parties with discoverable information.

4. William Schwank
   Subject: Co-signer of plaintiff's promissory notes.

5. Michael DeZorett
   Subject: William Schwank's attorney; had conversations with the defendants.

6. Based on the allegations of the plaintiff's complaint, the following may have information in their business records pertinent to those allegations. The identities of specific individuals are currently unknown:

   a. Ms. Feuerstein's present and former employers;
   b. Ms. Feuerstein's medical and mental health providers, including but not limited to doctors, psychologists, psychiatrists, counselors and therapists;
   c. Utility companies, telephone companies and any other companies providing services to Feuerstein at a residential address;
   d. Feuerstein's banks and investment companies;
   e. Feuerstein's credit card companies and companies providing other forms of credit and companies acting on behalf of such creditors;
   f. The United States Post Office

Present Employees of Zwicker & Associates, P.C.:
(Unless noted as a named defendant, the Vice President/General Counsel of Zwicker & Associates, PC represents all employees of this firm.)

The address and telephone of each present employee is:
   Zwicker & Associates, PC
   800 Federal Street
   Andover, MA 01810
   (978) 686-2255

1. Phillip M. Thompson, Esq.
   Subject: Named defendant.

2. Robert W. Thuotte, Esq.
   Subject: Named defendant.

3. Paul W. Zwicker, Esq.
   Subject: Named defendant.

Subject for the following present employees: each worked on various aspects of the Feuerstein account:

4. Lucille Lacasse

5. Mary Alley

6. Michael Lasonde

7. Vicki Varano

8. Chris Barzyk

9. Sean Russo

10. Wendy Nicks

11. James Castro

12. Cynthia Colon

13. Richard Lacasse

14. Gary Shore

15. Barbara Carnevale

16. Michelle Sullivan

17. Jamie McGlaughlin

18. Brenda Clark-Price

19. Gina Tugman

20. Jane Zaytseva

21. Andrew Dick

22. Stacey Connor

Former Employees of Zwicker & Associates, P.C.:

1.  Arthur Tessimond
    Richard J. Boudreau & Associates, LLC
    5 Industrial Way
    Salem, NH 03079
    Subject: Named defendant.

2.  Brian Coyle
    15B Intervale Street
    Hudson, NH 03051
    Subject: Named defendant.

3.  Jeffrey Widronik (Jeff Woods)
    1420 Taylor Street, Apt. 5
    San Francisco, CA 94133
    Subject: Named defendant.

Subject for the following former employees: each worked on various aspects of the Feuerstein account (last known address will be provided by way of supplementation):

4.  Frank Leonard

5.  Greg Curtis

6.  Tiffany Mottola

7.  Kirk Taschereau

8.  Jennifer Pettingill

9.  Kris Coates

10. Barry Smith

11. Jocelyn Thomsen

12. Karen O'Connor

13. Jamie Parker

<u>Massachusetts Educational Financing Authority Employees</u>:

1. Ed Hatchey
   Subject: Name appears on MEFA documentation.

2. Peter Mazareas
   Subject: Name appears on MEFA documentation.

3. Christine Montgomery
   Subject: Knowledge of power of attorney.

<u>Boston University Employees</u>:

Subject for the following: Name appears on MEFA documentation.

1. Matthew Kiely

2. Michael Silvermail

3. Ernestine Gardner

4. Tom Lally

B. <u>Documents that are in the Possession, Custody, or Control of the defendants and that they May Use to Support their Claims or Defenses</u>

Note: All documents listed pursuant to Fed. R. Civ. P. Rule 26(a)(1)(B) are located at Zwicker & Associates, P.C., 800 Federal Street Andover, MA 01810.

<u>Documents Produced on July 27, 2004 pursuant to 940 C.M.R. 7.08</u>:

1. Promissory Notes

2. History Review of Ms. Feuerstein's accounts provided by Massachusetts Educational Financing Authority

3. Transaction Screen Printout for each of Ms. Feuerstein's accounts generated by Zwicker & Associates, P.C.

<u>Telephone calls regarding Ms. Feuerstein's accounts:</u>

1. Recovery Management Systems Contract Master (with redaction of information subject to a claim of privilege, the protection under the work product rule or on the basis of having been prepared in anticipation of litigation), including information reflected on transaction screen printouts.

2. List of telephone calls

Correspondence to/from Zwicker & Associates, PC, Massachusetts Educational Financing Authority, Melanie Feuerstein, William Schwank and their counsel regarding these accounts.

Documents regarding the underlying transactions, including but not limited to Promissory Notes, Disclosure Statements and Power of Attorney.

Contract between Zwicker & Associates, P.C. and Massachusetts Educational Financing Authority.

C. <u>Computation of Damages</u>

   Not applicable.

D. <u>Insurance Agreements</u>

   Please see the applicable declarations page attached as Exhibit A.

|  |  |
|---|---|
| I hereby certify that a true copy of the above document was served upon each attorney of record by mail on December 23, 2004.<br><br>*[signature]* | Respectfully submitted,<br>ZWICKER & ASSOCIATES, P.C.,<br>PAUL W. ZWICKER, ROBERT W. THUOTTE, ARTHUR J. TESSIMOND, JR., and PHILLIP M. THOMPSON, by their Attorney,<br><br>*[signature]*<br>Richard J. Poliferno<br>BBO# 402120<br>Long & Houlden<br>100 Summer Street, 11 FL<br>Boston, MA  02110<br>(617) 439-4777 |