UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MELANIE JOI FEUERSTEIN, On behalf of herself and others similarly situated,<br><br>          Plaintiffs<br><br>v.<br><br>ZWICKER & ASSOCIATES, P.C.,<br>PAUL W. ZWICKER,<br>JEFF WOODS,<br>BRIAN COYLE,<br>ARTHUR J. TESSIMOND, JR.,<br>PHILLIP M. THOMPSON,<br>ROBERT W. THUOTTE, and<br>DOES 1 – 5 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. Number 04-11593-JLT |

## PLAINTIFF'S INTIAL DISCLOSURES PURSUANT TO FED.R.CIV.P. 26(a)(1)

Plaintiff Melanie Joi Feuerstein, by and through his undersigned counsel, pursuant to Fed. R. Civ. Proc. 26(a)(1), hereby makes the following disclosures to plaintiff:

A. Persons Likely to Have Discoverable Information:

(i)    Melanie Joi Feuerstein, 151 Stone Ridge Rd., Franklin MA (617-620-1235)

(ii)   Jason Fischer, 151 Stone Ridge Rd., Franklin MA (508-520-6622)

- Ms. Feuerstein has information regarding the unlawful correspondence by defendants, the unlawful suit filed in Middlesex Superior Court, the status and payment history of the subject loans, attempts to obtain records and information regarding the subject loans, and costs and time incurred due to defendants' unlawful conduct. Mr. Fischer resides in plaintiff's household.  Both Ms. Feuerstein and Mr. Fischer have information regarding the unlawful telephone contact and other misconduct engaged in

by defendants and the emotional distress suffered by Ms. Feuerstein as a result of defendants' conduct as alleged in the complaint.

(iii)    William Schwank, 3901 Nostrand Ave., L6R Brooklyn NY (718-934-5147).

- Mr. Schwank is the co-signer with plaintiff on the subject loans. He has information regarding unlawful telephone contacts, correspondence, and other misconduct by defendants, status and payment history of the subject loans, attempts by himself and plaintiff to obtain records and information regarding the subject loans, and defendant Thuotte's attempt to obtain a false affidavit from him.

(iv)    Michael DeZorett, Esquire, 150 Broadway, New York NY (212-962-4814)

- Attorney DeZorett practices law in New York City. During relevant periods, he represented Mr. Schwank with respect to the subject loans and defendants' collection efforts. He has information regarding defendants' unlawful collection activity as set forth in the complaint, as well as defendant Thuotte's attempt to obtain a false affidavit regarding plaintiff and William Schwank.

(v)    As yet unidentified MEFA/Key Bank present and former employees with knowledge of plaintiff's payments, loan histories, and plaintiff's attempts to rectify MEFA/Key Bank records.

(vi)    Defendants.

B.    Documents Relevant to Disputed Facts:

(i)    All exhibits to the complaint;
(ii)    Plaintiff's Demand Letter Pursuant to G.L. c. 93A, Section 9, and all exhibits thereto;
(iii)    Response of Zwicker & Associates, P.C., to Plaintiff's Demand Letter;
(iv)    Complaint, summons, and related documents filed in Middlesex Superior Court, Case No. 03-0349;
(v)    Account histories and transaction screen printouts provided to plaintiff by Zwicker & Associates, P.C. on or about July 27, 2004;
(vi)    Cancelled checks for payments made on the subject loans.

Documents in categories (i) – (v) are in possession of defendant Zwicker & Associates, P.C. (and presumably defendants' counsel) and plaintiff's counsel. Documents in category (vi) are in possession of plaintiff.

C. Damages Claimed: Plaintiff has sustained severe emotional distress and mental anguish as a result of defendants' unlawful conduct which occurred over the course of approximately 18 months.  The conduct included unlawful collection letters, regular harassing and abusive phone calls to herself and others, and the filing of a frivolous, bad faith lawsuit. Some of defendants' unlawful conduct occurred while plaintiff was pregnant, and other unlawful conduct occurred in the aftermath of a miscarriage suffered by plaintiff. Plaintiff has also incurred costs and attorneys fees necessitated by defendants' unlawful conduct.

D. Insurance Agreements: N/A.

E. Expert Witnesses and Consultants: None retained or consulted at present. Plaintiff will provide expert information, if any, within the time frame established by the Court's scheduling order.

Kenneth D. Quat
BBO 408640
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848

## Certificate of Service

I hereby certify that a copy of the foregoing has been served on counsel for defendants by faxing and mailing via first class mail, postage prepaid, to Richard J. Polifemo, Esquire, Long & Houlden, 100 Summer Street, Boston MA 021110 on the date below.

Dated:  12\27\04