UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
MELANIE JOI FEUERSTEIN,        )
On behalf of herself and       )
others similarly situated,     )
        Plaintiffs,            )
                               )    C.A. Number 04-11593-JLT
v.                             )
                               )
ZWICKER & ASSOCIATES, P.C.,    )
PAUL W. ZWICKER,               )
JEFF WOODS,                    )
BRIAN COYLE.                   )
ARTHUR J. TESSIMOND, JR.,      )
PHILLIP M. THOMPSON,           )
ROBERT W. THUOTTE, and         )
DOES 1-5                       )
        Defendants.            )
```

### JOINT STATEMENT OF THE PARTIES

Pursuant to the Court's scheduling order of December 9, 2004, the parties hereby submit this Joint Statement, including a Joint Discovery Plan and Schedule for filing motions.

I.  **Proposed Agenda for Scheduling Conference**

  A.  The parties do not consent to trial by magistrate judge at this time, but may do so if warranted as the case develops.

  B.  The parties discovery plan and schedule for certain anticipated motions.

  C.  Plaintiff's written settlement proposal.

II. **Discovery Plan**

A. First Phase

The first phase of discovery will consist of non-expert related discovery. All such discovery, including depositions of non-expert witnesses, shall be completed by June 30, 2005. The Discovery Event Limitations set forth in LR 26.1 (C) shall apply, except for recordkeeper depositions.

B. Second Phase

The second phase of discovery will consist of expert-related discovery. The plaintiff shall provide expert witness disclosures, if any, in accordance with Fed. R. Civ. P. 26(a)(2) by August 15, 2005. The defendants shall provide expert witness disclosures, if any, in accordance with Fed. R. Civ. P. 26(a)(2) by September 30, 2005. Expert witness depositions, if any, may be commenced on October 14, 2005, and shall be completed by November 14, 2005.

III. **Motions**

The parties propose the following motion deadlines:

C. Motions to Amend or Supplement (if any) pursuant to Fed. R. Civ. P. 15 shall be brought subject to LR 15.1, and, in any event, no later than April 29, 2005.

D. Motion for Class Certification (if any) shall be brought after the first phase of discovery is completed, i.e., after June 30, 2005, and, in any event, no later than August 15, 2005.

E. Motions for Summary Judgment (if any) pursuant to Fed. R. Civ. P. 56 and LR 56.1, and/or other dispositive motions shall be filed on or before December 21, 2005, with oppositions to be filed on or before January 23, 2006.

F. Final Pretrial Conference date to schedule hearings on dispositive motions and to set a trial date will be held in February, 2006.

**IV.  Depositions**

a. Plaintiff

At this time, plaintiff anticipates taking the deposition of each defendant, and keeper and 30(b)(6) depositions of MEFA/Key Bank. Plaintiff may also wish to take out-of-state depositions of William Schwank and Attorney Michael DeZorett. Depending on the results of discovery, plaintiff may also wish to take depositions of non-defendant present or past employees of Zwicker & Associates, P.C., and additional persons and/or entities unknown to plaintiff at the present time.

b. Defendants

At this time, defendants anticipate taking the depositions of the following, based on the current allegations of the complaint:

- Melanie Feuerstein;
- Kenneth Quat;
- William Schwank;
- Michael DeZorett;
- Jason Fisher;
- Recordkeepers and/or Rule 30(b)(6) designated deponents for:
  a. Ms. Feuerstein's present and former employers;

  b. Ms. Feuerstein's medical and mental health providers, including but not limited to doctors, psychologists, psychiatrists, counselors and therapists;

  c. Utility companies, telephone companies and other companies providing services to Ms. Feuerstein at a residential address;

  d. Ms. Feuerstein's banking and investment companies;

e. Ms. Feuerstein's credit card companies and companies providing other forms of credit and companies acting on behalf of such creditors;

f. U.S. Post Office;

g. Boston University;

h. Massachusetts Educational Financing Authority.

### V. Certifications

Counsel for the parties have caused to be filed the certifications pursuant to LR 16.1(D)(3).

Respectfully submitted:

For the Plaintiff by her attorney,

_____
Kenneth D. Quat
9 Damonmill Square, STE 4A-4
Concord, MA 01742
(978) 369-0848
BBO# 408640                                    Date: 12/29/2004

For the Defendants by their attorney,

_____
Richard J. Poliferno
Long & Houlden
100 Summer Street, 11 FL
Boston, MA 02110
(617) 439-4777
BBO# 402120                                    Date: 12/29/2004