UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MELANIE JOI FEUERSTEIN, On behalf of
herself and others similarly situated,

    Plaintiffs,

v.

ZWICKER & ASSOCIATES, P.C.,
PAUL W. ZWICKER, JEFF WOODS,
BRIAN COYLE, ARTHUR J. TESSIMOND, JR.,
PHILLIP M. THOMPSON, ROBERT W.
THUOTTE, and DOES 1-5,

    Defendants.

Civil Action No. 04-11593-JLT

## ORDER

January 6, 2005

TAURO, J.

After the Scheduling Conference held on January 5, 2005, this court hereby orders that:

1. The Parties are to comply with this court's Rule 26 Discovery Order;

2. The Parties may depose the record keepers indicated in their Joint Statement;

3. All additional formal discovery is suspended; and

4. A Status Conference is scheduled for February 28, 2005 at 10:00 a.m.

IT IS SO ORDERED.

                                                          /s/ Joseph L. Tauro
                                            United States District Judge

