**LONG & HOULDEN**
100 SUMMER STREET
BOSTON, MASSACHUSETTS 02110
TEL. (617) 439-4777 * FAX (617) 439-3153

ROBERT A. LONG, JR.  
MICHAEL S. HOULDEN  
JOHN F. LEAHY, JR.  
RICHARD J. POLIFERNO  

STEVEN M. O'BRIEN  
PAUL A. LADAS  
BRIAN KEANE  

February 16, 2005

**BY FAX: (978) 371-2296**
**AND MAIL**
Kenneth D. Quat, Esq.
9 Damonmill Square, Suite 4A-4
Concord, MA 01742

RE: Feuerstein v. Zwicker & Associates, P.C., et. al.
    The United States District Court For The District of
    Massachusetts, Civil Action No. 04-11593-JLT

Dear Attorney Quat:

As mentioned in our Joint Statement and as approved by the Court, I wish to conduct Keeper of Record Depositions of, but not limited to, the following entities:

1. Ms. Feuerstein's present and former employers;
2. Ms. Feuerstein's medical and mental health providers, including but not limited to doctors, psychologists, psychiatrists, counselors and therapists;
3. Utility companies, telephone companies and other companies providing services to Ms. Feuerstein at a residential address;
4. Ms. Feuerstein's banking and investment companies;
5. Ms. Feuerstein's credit card companies and companies providing other forms of credit and companies acting on behalf of such creditors

I have not yet received from you the identities for these entities which would enable me to serve the subpoenas for the records.

Kindly provide me with the identity and addresses of the above entities, together with Ms. Feuerstein's telephone numbers, account numbers, and personal identification number(s) (such as a social security number), so that I may obtain her records held by these entities. Please provide this information

prior to your departure for your vacation next week, so that I may serve the subpoenas.

In addition, please complete and have your client sign a release form for any of the above that may entail releasing medical information. For your convenience I have enclosed several HIPAA-compliant release forms. Kindly return the original release forms to my attention.

Very truly yours,

Richard J. Poliferno

RJP/jjb
Encls.

## AUTHORIZATION TO USE OR DISCLOSE PROTECTED HEALTH INFORMATION

1. I hereby authorize _____ to use or disclose the following
                                     Name of hospital/physician

protected health information from the medical records of the patient listed below. I understand that information used or disclosed pursuant to this authorization could be subject to **redisclosure** by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

2. **Patient Name:**   Melanie Joi Feuerstein              **Date of Birth:** _____

**Address:** _____
        Street               City               State         Zip

3. **Information to be disclosed to:**   Richard J. Poliferno, Esq.
                                 Name

                            100 Summer Street, 11 FL
                                  Address
       Boston         Massachusetts         02110
        City              State             Zip

4. **Disclose the following information for treatment dates:** Jan 1, 2000 to present

| | | |
|---|---|---|
| ☒ Complete Records | ☐ Consult | ☐ Physical Therapy |
| ☐ Abstract | ☐ Outpatient Reports | ☐ Emergency Reports |
| ☐ Face Sheet | ☐ X-Ray | ☒ Other Specified _____ |
| ☐ Discharge Summary | ☐ Laboratory | Mental Health Records |
| ☐ History & Physical | ☐ Pathology | |

5. The above information is **disclosed for the following purposes:**

☐ **Medical Care**    ☒ **Legal**    ☐ **Insurance**    ☐ **Personal**    ☐ **Other** _____

6. I understand I may **revoke this authorization** at any time by requesting such of the above referenced hospital/physician practice in writing, unless action has already been taken in reliance upon it, or during a contestability period under applicable law.

7. This authorization **expires** upon   Close of litigation  .

_____       _____
8. **Signature of Patient or Legally Recognized Representative**     9. **Date**

_____
Printed name of patient or patient's representative     10. **Relationship to patient or authority to act for patient**