**KENNETH D. QUAT**
*Attorney at Law*
**9 Damonmill Square, Suite 4A-4**
**Concord MA 01742**

---

Phone: 978-369-0848                                             ken@quatlaw.com
Fax:   978-371-2296

February 18, 2005

Richard J. Poliferno, Esquire
Long & Houlden
100 Summer Street
Boston MA 02110

     RE:  Feuerstein v. Zwicker et al., US. District Court 04-11593-JLT

Dear Attorney Poliferno:

     I am in receipt of your letter dated February 16, 2005 regarding the above matter. I fail to see how records which may be in the possession of my client's employers, utility providers, banking and investment companies, and other creditors are in any way relevant to the claims or issues raised in this case. Furthermore, Ms. Feuerstein did not consult any physician or other health care provider as a result of the events set forth in the complaint and does not intend to produce any medical testimony, expert or otherwise, at trial. Therefore, your proposed Keeper depositions of these entities are, in my opinion, solely in the nature of a fishing expedition designed to further harass and inconvenience my client. Of those listed, the only conceivably relevant deposition would be of telephone companies which provided service to Ms. Feuerstein during the time frame in question, and your client is obviously in possession of the residential phone number used by her during this period.

                                                         Sincerely,

                                                         Kenneth D. Quat

Cc:  M. Feuerstein