**KENNETH D. QUAT**
*Attorney at Law*
9 Damonmill Square, Suite 4A-4
Concord MA 01742

Phone: 978-369-0848
Fax: 978-371-2296

ken@quatlaw.com

March 9, 2005

Richard J. Poliferno, Esquire
Long & Houlden
100 Summer Street
Boston MA 02110

RE: Feuerstein v. Zwicker et al., US. District Court 04-11593-JLT

Dear Attorney Poliferno:

Enclosed with respect to the above please find notices of deposition of Paul W. Zwicker, Robert W. Thuotte, and Arthur J. Tessimond, Jr.

This will also confirm that in a phone conversation earlier today you indicated that you were not able to discuss with me any specific dates for depositions because you had not yet consulted with your clients regarding same and would not be doing so until some time "next week." Even though I had suggested certain deposition dates in a letter faxed and mailed to you on March 3, today you gave no explanation as to why you had not already discussed this issue with your clients, or why you could not do so this week. Nor did you state when such a discussion would occur "next week," except to say that it would be when your clients "got back to you." While it is my usual practice to minimize scheduling issues by agreeing to dates in advance of serving deposition notices, it is apparent that under the present circumstances this will be impossible.

Sincerely,

Kenneth D. Quat

Encl.

Cc: M. Feuerstein