## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELANIE JOI FEUERSTEIN, )<br>On behalf of herself and )<br>others similarly situated, )<br> )<br>       Plaintiff, )<br> )<br>v. )<br> )<br> )<br>ZWICKER & ASSOCIATES, P.C., )<br>PAUL W. ZWICKER, )<br>ROBERT W. THUOTTE, )<br>ARTHUR J. TESSIMOND, JR., )<br>PHILLIP M. THOMPSON, )<br>JEFF WOODS, )<br>BRIAN COYLE, and )<br>DOES 1-5 )<br> )<br> )<br>       Defendants )  | Civil Action No.<br>04-11593-JLT |

**DEFENDANTS, ZWICKER & ASSOCIATES, P.C., PAUL W. ZWICKER, ROBERT W. THUOTTE, ARTHUR J. TESSIMOND, JR., and PHILLIP M. THOMPSON'S, LOCAL RULE 26.2(A) DISCLOSURE**

Pursuant to Fed.R.Civ.P. Rule 26(a)(1) and Local Rule 26.2(A), Defendants, ZWICKER & ASSOCIATES, P.C., PAUL W. ZWICKER, ROBERT W. THUOTTE, ARTHUR J. TESSIMOND, JR., and PHILLIP M. THOMPSON ("the defendants"), make the following disclosures:

A.   <u>Individuals likely to have Discoverable Information:</u>

    1.   Jason Fisher
        Subject: Plaintiff's boyfriend alleged to have had interactions with the defendants.

    2.   Melanie Feuerstein
        Subject: Plaintiff.

3.  Kenneth Quat
    Subject: non-privileged communications with
    parties and/or third parties with discoverable
    information.

4.  William Schwank
    Subject: Co-signer of plaintiff's promissory
    notes.

5.  Michael DeZorett
    Subject: William Schwank's attorney; had
    conversations with the defendants.

6.  Based on the allegations of the plaintiff's
    complaint, the following may have information in
    their business records pertinent to those
    allegations. The identities of specific
    individuals are currently unknown:

    a.  Ms. Feuerstein's present and former
        employers;
    b.  Ms. Feuerstein's medical and mental health
        providers, including but not limited to
        doctors, psychologists, psychiatrists,
        counselors and therapists;
    c.  Utility companies, telephone companies and
        any other companies providing services to
        Feuerstein at a residential address;
    d.  Feuerstein's banks and investment companies;
    e.  Feuerstein's credit card companies and
        companies providing other forms of credit
        and companies acting on behalf of such
        creditors;
    f.  The United States Post Office

Present Employees of Zwicker & Associates, P.C.:
(Unless noted as a named defendant, the Vice
President/General Counsel of Zwicker & Associates, PC
represents all employees of this firm.)

The address and telephone of each present employee is:
            Zwicker & Associates, PC
            800 Federal Street
            Andover, MA 01810
            (978) 686-2255

1.    Phillip M. Thompson, Esq.
      Subject:  Named defendant.

2.    Robert W. Thuotte, Esq.
      Subject:  Named defendant.

3.    Paul W. Zwicker, Esq.
      Subject:  Named defendant.

Subject for the following present employees: each
worked on various aspects of the Feuerstein account:

4.    Lucille Lacasse

5.    Mary Alley

6.    Michael Lasonde

7.    Vicki Varano

8.    Chris Barzyk

9.    Sean Russo

10.   Wendy Nicks

11.   James Castro

12.   Cynthia Colon

13.   Richard Lacasse

14.   Gary Shore

15.   Barbara Carnevale

16.   Michelle Sullivan

17.   Jamie McGlaughlin

18.   Brenda Clark-Price

19.   Gina Tugman

20.   Jane Zaytseva

21.   Andrew Dick

22.   Stacey Connor


Former Employees of Zwicker & Associates, P.C.:

1.    Arthur Tessimond
      Richard J. Boudreau & Associates, LLC
      5 Industrial Way
      Salem, NH 03079
      Subject:  Named defendant.

2.    Brian Coyle
      15B Intervale Street
      Hudson, NH 03051
      Subject:  Named defendant.

3.    Jeffrey Widronik (Jeff Woods)
      1420 Taylor Street, Apt. 5
      San Francisco, CA 94133
      Subject:  Named defendant.


Subject for the following former employees: each
worked on various aspects of the Feuerstein account
(last known address will be provided by way of
supplementation):

4.    Frank Leonard

5.    Greg Curtis

6.    Tiffany Mottola

7.    Kirk Taschereau

8.    Jennifer Pettingill

9.    Kris Coates

10.   Barry Smith

11.   Jocelyn Thomsen

12.   Karen O'Connor

13.   Jamie Parker

Massachusetts Educational Financing Authority
Employees:

1.   Ed Hatchey
     Subject:  Name appears on MEFA documentation.

2.   Peter Mazareas
     Subject:  Name appears on MEFA documentation.

3.   Christine Montgomery
     Subject:  Knowledge of power of attorney.

Boston University Employees:

Subject for the following: Name appears on MEFA
documentation.

1.   Matthew Kiely

2.   Michael Silvermail

3.   Ernestine Gardner

4.   Tom Lally


B.   Documents that are in the Possession, Custody, or
     Control of the defendants and that they May Use to
     Support their Claims or Defenses

     Note:   All documents listed pursuant to Fed. R. Civ.
             P. Rule 26(a)(1)(B) are located at Zwicker &
             Associates, P.C., 800 Federal Street Andover,
             MA 01810.

     Documents Produced on July 27, 2004 pursuant to 940
     C.M.R. 7.08:

     1.   Promissory Notes

     2.   History Review of Ms. Feuerstein's accounts
          provided by Massachusetts Educational Financing
          Authority

     3.   Transaction Screen Printout for each of Ms.
          Feuerstein's accounts generated by Zwicker &
          Associates, P.C.

Telephone calls regarding Ms. Feuerstein's accounts:

1.    Recovery Management Systems Contract Master (with
      redaction of information subject to a claim of
      privilege, the protection under the work product
      rule or on the basis of having been prepared in
      anticipation of litigation), including
      information reflected on transaction screen
      printouts.

2.    List of telephone calls

Correspondence to/from Zwicker & Associates, PC,
Massachusetts Educational Financing Authority, Melanie
Feuerstein, William Schwank and their counsel
regarding these accounts.

Documents regarding the underlying transactions,
including but not limited to Promissory Notes,
Disclosure Statements and Power of Attorney.

Contract between Zwicker & Associates, P.C. and
Massachusetts Educational Financing Authority.

C.    Computation of Damages

      Not applicable.

D.    Insurance Agreements

      Please see the applicable declarations page attached
      as Exhibit A.

Respectfully submitted,
ZWICKER & ASSOCIATES, P.C.,
PAUL W. ZWICKER, ROBERT W.
THUOTTE, ARTHUR J. TESSIMOND,
JR., and PHILLIP M. THOMPSON,
by their Attorney,

I hereby certify that a
true copy of the above
document was served
upon each attorney of
record by mail on
December ___ , 2004.

Richard J. Poliferno
BBO# 402120
Long & Houlden
100 Summer Street, 11 FL
Boston, MA  02110
(617) 439-4777