# KENNETH D. QUAT
*Attorney at Law*
9 Damonmill Square, Suite 4A-4
Concord MA 01742

---

Phone: 978-369-0848
Fax: 978-371-2296

ken@quatlaw.com

January 6, 2005

By fax and first class mail:
617-439-3153

Richard J. Poliferno, Esquire
Long & Houlden
100 Summer Street
Boston MA 02110

      RE: Feuerstein v. Zwicker et al., US. District Court 04-11593-JLT

Dear Attorney Poliferno:

      Pursuant to yesterday's agreement regarding document production, please forward at your earliest convenience all materials set forth in Section B of plaintiff's Rule 26 disclosures which have not already been furnished to plaintiff, to wit: (i) "Telephone calls" (recovery management systems contract master and list of telephone calls); (ii) "Correspondence to/from Zwicker & Associates, P.C. . . ."; (iii) "Documents regarding the underlying transactions . . . " and (iv) Contract between Zwicker & Associates, P.C. and Massachusetts Educational Financing Authority." Also please forward any and all documents which pertain to plaintiff's class claims. At a minimum, these should include all collection/demand letters sent to debtors on MEFA accounts within 4 years prior to the filing of the lawsuit, and records which reflect the amount of attorney's fees recovered on said accounts.

      Of the documents listed in plaintiff's disclosures, I believe the only ones you do not already have are copies of canceled checks for payments made on the subject loans by Ms. Feuerstein. These will be provided forthwith. If there are any other documents which you would like plaintiff to produce at this stage of the case, please let me know and I will immediately review such request with my client.

      I suggest that we exchange all documents, and schedule all keeper depositions, prior to February 1. This should enable both of us to review and analyze all materials, and formulate any follow-up requests, sufficiently in advance of the February 28 review date.

Richard J. Poliferno, Esquire
January 6, 2005
Page 2


       Please let me know immediately if the above is not acceptable or not consistent with your understanding.

                                  Very sincerely,

                                  Kenneth D. Quat

Cc:  M. Feuerstein