# KENNETH D. QUAT
*Attorney at Law*
9 Damonmill Square, Suite 4A-4
Concord MA 01742

Phone: 978-369-0848　　　　　　　　　　　　　　　　　　　　　ken@quatlaw.com
Fax: 978-371-2296

March 1, 2005

By fax and first class mail:
617-439-3153

Richard J. Poliferno, Esquire
Long & Houlden
100 Summer Street
Boston MA 02110

　　RE: Feuerstein v. Zwicker et al., US. District Court 04-11593-JLT

Dear Attorney Poliferno:

　　I disagree strongly with the characterizations set forth in your last letter. I fail to see how my client's performance or attendance at Boston University Law School have anything to do with allegations of emotional distress and mental anguish which occurred *well after she graduated from that program.* Nor do I understand how payments which she made, or didn't make, to Boston University have anything to do with the claims or defenses raised in this case involving her MEFA loans. I will let you know our final position on this matter tomorrow.

　　In the meantime, it appears that in addition to the missing documents which are the subject of plaintiff's pending motion for contempt, Zwicker & Associates has failed to produce any materials relative to its net worth. As you know, this factor is relevant to a determination of statutory damages pursuant to 15 U.S.C. 1692k(a)(2)(B). Failure to produce such information violates the Court's discovery order and your client's obligations under Federal and Local Rule 26. If this information is not provided in a timely fashion, we may proceed to file a second motion for contempt and/or ask the Court to rule that any class certified under FDCPA may recover up to $500,000 in statutory damages. I look forward to your prompt response.

Sincerely,

Kenneth D. Quat

Cc: M. Feuerstein