# KENNETH D. QUAT
*Attorney at Law*
9 Damonmill Square, Suite 4A-4
Concord MA 01742

Phone: 978-369-0848
Fax: 978-371-2296

ken@quatlaw.com

March 15, 2005

By fax and first class mail:
617-439-3153

Richard J. Poliferno, Esquire
Long & Houlden
100 Summer Street
Boston MA 02110

    RE: Feuerstein v. Zwicker et al., US. District Court 04-11593-JLT

Dear Attorney Poliferno:

    Forwarded herewith please find letter which our office received by fax from Zwicker & Associates, along with draft confidentiality agreement referenced therein.

    Please note that despite Mr. Thuotte's "authorizing" me to respond directly to him, I decline to do so and will not do so as long as he and his law firm are represented by counsel in this matter.

    Please also be advised that we do not consider the so-called "net worth affidavit" offered by Mr. Thuotte to be a sufficient or satisfactory discharge of Zwicker's disclosure obligation under Rule 26(a). We have no objection to being supplied with such an affidavit; however, it must be accompanied by all documents on which it is based and/or which contain any relevant information. These would include, at a minimum, tax returns, financial statements, financing and credit applications, appraisals, inventories, and similar materials.

    Finally, I do not believe that the subject materials are entitled to protection under Rule 26(c)(7) or other authority, as they contain no trade secrets or proprietary information which, if disclosed, would provide an advantage to a competitor of Zwicker & Associates

Richard J. Poliferno, Esquire
March 15, 2005
Page 2


or otherwise harm the firm.  Nonetheless, I will be glad to limit disclosure to the parties, attorneys, appropriate witnesses and experts, and the Court.

Sincerely,

Kenneth D. Quat


Cc:  M. Feuerstein