

**ZWICKER & ASSOCIATES, P.C.**

ATTORNEYS AT LAW
800 FEDERAL STREET
ANDOVER, MASSACHUSETTS 01810-1041
Tel. (800) 370-2251 / (978) 686-2255
Fax (978) 686-3538

March 18, 2005

Paul W. Zwicker
*MA Bar*

Robert W. Thuotte
*MA Bar*

Amy Edith Britt
*CA Bar*

Andrew J. Dick
*NY & FL Bars*

Phillip M. Thompson
*MA Bar*

Barbara A. Carnevale
*MA Bar*

Mireille H. Vartanian
*MA Bar*

Kevin A. Gordon
*CA Bar*

Ron Z. Opher*
*NJ & PA Bars*

Dwight Baylor
*AZ Bar*

Mitchell A. Meyers*
*FL & NC Bars*

Randall Pratt*
*ME & NH Bars*

Francesco Fabiano*
*NY Bar*

Robert G. Markoff*
*IL Bar*

Temple B. Ingram, Jr.
*TX & NM Bars*

Gerald F. Dumas
*OK Bar*

Irvin Borenstein
*CO & NY Bars*

Sanford J. Pollack
*NE & MO Bars*

Michael R. Stillman*
*MI Bar*

Jeffrey M Wilson*
*ID Bar*

Louis A. Vlasaty*
*MO & IL Bars*

* Of Counsel

**BY FACSIMILE: 978-371-2296**
Kenneth D. Quat, Esq.
9 Damonmill Square
Suite 4A-4
Concord, MA  01742

Re:   Melanie Feuerstein v. Zwicker & Associates, P.C., et al., U.S. District Court
       for the District of Massachusetts, C.A. No. 04-11593-JLT

Dear Mr. Quat:

Based on information provided by our outside CPA firm, it is my understanding that as of December 31, 2004, one percent of the net worth of this firm, applying Generally Accepted Accounting Principles, was approximately $15,190.  As I previously have informed you in writing, we remain willing to provide you with an affidavit of Paul W. Zwicker, the principal of this firm and a member in good standing of the Bar of the Commonwealth, setting forth the net worth information.

Very truly yours,

Robert W. Thuotte

cc:   Richard Polifemo, Esq.