UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELANIE JOI FEUERSTEIN,<br>On behalf of herself and<br>others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ZWICKER & ASSOCIATES, P.C.,<br>PAUL W. ZWICKER,<br>ROBERT W. THUOTTE,<br>ARTHUR J. TESSIMOND, JR.,<br>PHILLIP M. THOMPSON,<br>JEFF WOODS,<br>BRIAN COYLE, and<br>DOES 1-5<br><br>　　　　Defendants | Civil Action No.<br>04-11593-JLT |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

　　Please enter my notice of withdrawal of appearance as attorney for the Defendants, ZWICKER & ASSOCIATES, P.C., PAUL W. ZWICKER, ROBERT W. THUOTTE, ARTHUR J. TESSIMOND, JR., PHILLIP M. THOMPSON, JEFF WOODS and BRIAN COYLE, in the above-entitled action.

I hereby certify that a true copy of the above document was served upon each attorney of record by mail on March ____, 2005.

Respectfully submitted,

_____
Richard J. Poliferno
Long & Houlden
100 Summer Street, 11 FL
Boston, MA  02110
(617) 439-4777
BBO# 402120

DATE:_____