UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| MELANIE JOI FEUERSTEIN, on behalf of Herself and others similarly situated, Plaintiffs<br><br>v.<br><br>ZWICKER & ASSOCIATES, P.C., PAUL W. ZWICKER, JEFF WOODS, BRIAN COYLE, ARTHUR J. TESSIMOND, JR., and PHILLIP M. THOMPSON, ROBERT W. THUOTTE and DOES 1 – 5 Defendants | C.A. No. 04-11593-JLT |

## NOTICE OF APPEARANCE

William T. Bogaert and Mark R. Freitas of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby give notice of their appearance for the Defendants, Zwicker & Associates, P.C., Paul W. Zwicker, Arthur J. Tessimond, Jr., Phillip M. Thompson and Robert W. Thuotte.

*Mark R. Freitas*
William T. Bogaert, BBO #546321
Mark R. Freitas, BBO #641205
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110
(617) 422-5400

36184.1

## CERTIFICATE OF SERVICE

I Mark R. Freitas, do hereby certify that I have on this 1st day of April, 2005, served a copy of the foregoing on the following:

Kenneth Quat, Esq.
9 Dammonmill Square
Suite 4A-4
Concord, MA 01742

Richard J. Poliferno, Esq.
Long & Houlden
100 Summer Street
Boston, MA 02110

Robert W. Thuotte
Zwicker & Associates
100 Old River Road
Andover, MA 01810

_____
Mark R. Freitas

36184.1