UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS





| | |
|---|---|
| MELANIE JOI FEUERSTEIN, on behalf of Herself and others similarly situated, Plaintiffs<br><br>v.<br><br>ZWICKER & ASSOCIATES, P.C., PAUL W. ZWICKER, JEFF WOODS, BRIAN COYLE, ARTHUR J. TESSIMOND, JR., and PHILLIP M. THOMPSON, ROBERT W. THUOTTE and DOES 1 – 5 Defendants | C.A. No. 04-11593-JLT |

## MOTION TO APPEAR PRO HAC VICE

The Defendants, Zwicker & Associates, P.C., Paul W. Zwicker, Arthur J. Tessimond, Jr., Phillip M. Thompson and Robert W. Thuotte (collectively referred to herein as the "Defendants"), by their attorneys, William T. Bogaert and Mark R. Freitas of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, respectfully move that attorney Thomas A. Leghorn of the Bar of the State of New York, be admitted to practice for the purposes of depositions, motions and the trial of this case, before the Bar of the District Court for the District of Massachusetts, pro hac vice. In support of this Motion, Defendants state as follows:

1. Thomas A. Leghorn is a member of the firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, 3 Gannett Drive, White Plains, New York 10604-3407.

2. Defendants wish to have Thomas A. Leghorn represent their interests in the captioned lawsuit.

3. Attorney Leghorn is a member of the New York Bar.

36313.1

4. Attorney Leghorn is a member in good standing of the New York Bar, is not aware of any disciplinary actions pending against him in any jurisdiction, and is not currently disbarred or suspended in any jurisdiction.

5. Attorneys William T. Bogaert and Mark R. Freitas will remain associated with the captioned lawsuit and shall sign all pleadings, and shall attend all hearings unless excused by the Court.

WHEREFORE, Defendants respectfully requests that this Court grant this Motion and allow Thomas A. Leghorn to appear as attorney of record and practice before this Court for the purposes of representing Defendants' interests in the captioned suit.

Respectfully submitted,
By their attorneys,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

*Mark R. Freitas*

William T. Bogaert, BBO #546321
Mark R. Freitas, BBO #641205
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

36313.1

## CERTIFICATE OF SERVICE

I Mark R. Freitas, do hereby certify that I have on this 1st day of April, 2005, served a copy of the foregoing on the following:

Kenneth Quat, Esq.
9 Dammonmill Square
Suite 4A-4
Concord, MA 01742

Richard J. Poliferno, Esq.
Long & Houlden
100 Summer Street
Boston, MA 02110

Robert W. Thuotte
Zwicker & Associates
100 Old River Road
Andover, MA 01810

_Mark R. Freitas_
Mark R. Freitas

36313.1