UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

MELANIE JOI FEUERSTEIN, on behalf of
Herself and others similarly situated,
        Plaintiffs

v.

ZWICKER & ASSOCIATES, P.C.,
PAUL W. ZWICKER, JEFF WOODS,
BRIAN COYLE, ARTHUR J. TESSIMOND,
JR., and PHILLIP M. THOMPSON,
ROBERT W. THUOTTE and DOES 1 – 5
        Defendants

C.A. No. 04-11593-JLT

## AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

Under oath, I depose and state the following:

1.     My name is Thomas A. Leghorn.

2.     I am a partner in the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, 3 Gannett Drive, White Plains, New York 10604-3407.

3.     I have been a member of the Bar of the State of New York since 1982.

4.     I am a member in good standing of the Bar of the State of New York.

36311.1

WHEREFORE, I respectfully request that the Defendants' motion to have me admitted pro hac vice for the purposes of this case be allowed.

Signed under the pains and penalties of perjury this 31st day of March, 2005.

*[signature]*

Thomas A. Leghorn

36311.1