# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

155 Federal Street, Boston, Massachusetts 02110   Tel: (617) 422-5300   Fax: (617) 423-6917

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago • White Plains, NY*
*Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • McLean, VA • Stamford • London*
*Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich*

www.wemed.com

**Mark R. Freitas**
Writer's Ext.: 5403
FreitasM@wemed.com

April 19, 2005

**VIA FACSIMILE and**
**FIRST CLASS MAIL**

Zita Lovett, Courtroom Clerk to
Judge Joseph L. Tauro
U.S. District Court
One Courthouse Way
Boson, MA  02210

      Re:    Feuerstein v. Zwicker & Associates, et al.
              Civil Action No. 04-11593-JLT
              Our File No.:  00873.01885

Dear Ms. Lovett:

    I would like to reschedule a scheduling conference which was set for April 13, 2005. Unfortunately, the parties involved had conflicts, and we could not get in touch with you beforehand. As a result, no one appeared at the scheduling conference.

    All parties are available on Monday, April 25, 2005. If this meets with Judge Tauro's approval, would you kindly confirm it with my office.

                                                Very truly yours,

                                                Mark R. Freitas

MRF/smm

cc:    Kenneth Quat, Esq.
         Robert W. Thuotte, Esq.

37182.1