UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MELANIE JOI FEUERSTEIN, on behalf of
Herself and others similarly situated,
    Plaintiffs

v.

ZWICKER & ASSOCIATES, P.C.,
PAUL W. ZWICKER, JEFF WOODS,
BRIAN COYLE, ARTHUR J. TESSIMOND,
JR., and PHILLIP M. THOMPSON,
ROBERT W. THUOTTE and DOES 1 – 5
    Defendants

C.A. No. 04-11593-JLT

## NOTICE OF APPEARANCE

Thomas A. Leghorn of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby give notice of their appearance for the Defendants, Jeff Woods and Brian Coyle.

_____
Thomas A. Leghorn (*pro hac vice*)
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
150 East 42nd Street
New York, NY 10017
(212) 490-3000

37089.1