UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| MELANIE JOI FEUERSTEIN, on behalf of Herself and others similarly situated,<br>Plaintiffs<br><br>v.<br><br>ZWICKER & ASSOCIATES, P.C.,<br>PAUL W. ZWICKER, JEFF WOODS,<br>BRIAN COYLE, ARTHUR J. TESSIMOND,<br>JR., and PHILLIP M. THOMPSON,<br>ROBERT W. THUOTTE and DOES 1 – 5<br>Defendants |
|---|

C.A. No. 04-11593-JLT

## NOTICE OF APPEARANCE

William T. Bogaert of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby give notice of their appearance for the Defendants, Jeff Woods and Brian Coyle.

_William T. Bogaert /WCF_
William T. Bogaert, BBO #546321
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110
(617) 422-5400

37089.1