UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



| MELANIE JOI FEUERSTEIN, on behalf of Herself and others similarly situated, Plaintiffs |
|---|
| v. |
| ZWICKER & ASSOCIATES, P.C., PAUL W. ZWICKER, JEFF WOODS, BRIAN COYLE, ARTHUR J. TESSIMOND, JR., and PHILLIP M. THOMPSON, ROBERT W. THUOTTE and DOES 1 – 5 Defendants |

C.A. No. 04-11593-JLT

## NOTICE OF APPEARANCE

Mark R. Freitas of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby give notice of their appearance for the Defendants, Jeff Woods and Brian Coyle.

*[signature]*

Mark R. Freitas, BBO #641205
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110
(617) 422-5400

37089.1

## CERTIFICATE OF SERVICE

      I Mark R. Freitas, do hereby certify that I have on this _____ day of April, 2005, served a copy of the foregoing on the following:

Kenneth Quat, Esq.
9 Dammonmill Square
Suite 4A-4
Concord, MA 01742

Robert W. Thuotte, Esq.
Zwicker & Associates
100 Old River Road
Andover, MA 01810

_____
Mark R. Freitas

37089.1