

**ZWICKER & ASSOCIATES, P.C.**

ATTORNEYS AT LAW
800 FEDERAL STREET
ANDOVER, MASSACHUSETTS 01810-1041
Tel. (800) 370-2251 / (978) 686-2255
Fax (978) 686-3538

Paul W. Zwicker
*MA Bar*

Robert W. Thuotte
*MA Bar*

Jocelyn A. Thomsen
*MA & NH Bars*

Amy Edith Britt
*CA Bar*

Andrew J. Dick
*NY & FL Bars*

Phillip M. Thompson
*MA Bar*

Kevin A. Gordon
*CA Bar*

Ron Z. Opher*
*NJ & PA Bars*

Michael F. Braun
*AL & GA Bars*

Mitchell A. Meyers*
*FL & NC Bars*

Paul M. Weich
*AZ Bar*

Randall Pratt*
*ME & NH Bars*

Francesco Fabiano*
*NY Bar*

Robert G. Markoff*
*IL Bar*

Stephen E. Kaplan
*TX & NY Bars*

Riecke Baumann
*TX Bar*

Gerald F. Dumas
*OK Bar*

Irvin Borenstein
*CO & NY Bars*

Sanford J. Pollack
*NE & MO Bars*

Michael R. Stillman*
*MI Bar*

Jeffrey M. Wilson*
*ID Bar*

Louis A. Vlasaty*
*MO & IL Bars*

* Of Counsel

*Personal and Confidential*

03/01/2004

MELANIE J FEUERSTEIN
151 STONE RIDGE RD.
FRANKLIN, MA 02038

Re: Massachusetts Educational Financing Auth        DFEL001
Account No: 000589556-97[1][2]        Balance: $11,501.44

Dear MELANIE J FEUERSTEIN:

This office has been retained by the above stated client to assist it in the collection of your defaulted student loan(s). As of the date of this letter, the balance on your account is $11,501.44. Interest has accrued and will continue to accrue on the principal balance at the promissory note rate of 7.5% per annum. Please note that if your promissory note provides for a variable interest rate, the interest rate stated herein is the current rate as of the date on this letter.

Please be advised that your student loan(s) is in default. In accordance with the terms of your promissory note(s), the entire outstanding balance is due and payable on demand. Unless payment in full is made or you arrange for repayment of this debt in a manner acceptable to our client, this office will conduct a review of your account. As this office represents the above stated client, our review is undertaken to determine the presence, or lack thereof, of a dispute to the indebtedness and, if none, the most effective means to secure repayment. It is our hope that you will take this opportunity to contact our office concerning this matter. Our client seeks a non-litigious resolution to this situation and no decision has been made on whether a suit would ever be filed.

*Please note that this office shall assume the validity of this debt unless you dispute said debt, or any portion thereof, within thirty (30) days of receipt of this letter. Upon written notification that this debt, or any portion thereof, is disputed, this office shall obtain verification of the debt or a copy of a judgment against you and mail you a copy of such verification or judgment. Furthermore, upon written request within said (30) day period, this office shall provide you with the name and address of the original creditor, if different from the current creditor.*

Again, unless you either dispute the debt within 30 days of receipt of this letter or contact this office to discuss repayment with Sean Russo, one of our non-attorney account managers, this office shall have no alternative but to proceed as indicated above.

Sincerely,

*P. Thompson*

Phillip M. Thompson

---

[1] This correspondence is from a debt collector. As such this correspondence is an attempt to collect a debt and any information obtained shall be used for that purpose.

[2] Important notices appear on the back of this letter. Please read them as they may affect your rights.

## IMPORTANT NOTICES:

THIS LAW FIRM EMPLOYS SOME PERSONS WHO ARE NOT ATTORNEYS TO MAINTAIN CERTAIN CORRESPONDENCE IN WHICH THOSE PERSONS DO NOT ENGAGE IN THE PRACTICE OF LAW. THE NAMES OF OUR ATTORNEYS APPEAR IN THE ROSTER OF FIRM ATTORNEYS ON THE REVERSE SIDE OF THIS LETTER.

ANY LETTER WITH A SERIES OF NUMBERS AND/OR LETTERS THAT APPEAR AFTER THE ALLEGED CREDITOR'S NAME IN THE 'RE:' SECTION OF THE LETTER WAS GENERATED BY A COMPUTERIZED PROCESS THAT WAS INITIATED FOLLOWING A REVIEW OF COMPUTERIZED DATA REFLECTING THE STATUS OF YOUR ACCOUNT. THIS DATA INCLUDES ITEMS SUCH AS YOUR NAME, ACCOUNT NUMBER, ACCOUNT STATUS, NAME OF THE ALLEGED CREDITOR, ALLEGED DEBT BALANCE, AND PAYMENT ACTIVITY OR LACK THEREOF. THIS COMPUTERIZED PROCESS WAS DESIGNED AND TESTED BY AN OFFICE ATTORNEY IN ORDER TO DETERMINE THE APPROPRIATENESS OF THE CORRESPONDENCE TO THE RECIPIENT. WHETHER THE LETTER STATES THAT THE PERSON SIGNING IT IS AN ATTORNEY, OR THE SIGNER'S NAME APPEARS IN THE ROSTER OF FIRM ATTORNEYS ON THE TOP OF THE LETTER, OR IF SIGNED BY A NON-ATTORNEY, THE REVIEW OF THE COMPUTERIZED DATA BASED UPON THE COMPUTERIZED PROCESS TO DETERMINE THE APPROPRIATENESS OF THE CORRESPONDENCE WAS MADE BY AN ATTORNEY AND AN ATTORNEY DID AUTHORIZE THE SENDING OF THE LETTER.

ATTORNEYS IN THIS LAW FIRM ARE LICENSED TO PRACTICE LAW OR COMMENCE LAWSUITS ONLY IN THOSE STATES LISTED ON THE REVERSE SIDE OF THIS LETTER. IN THE EVENT THAT THIS LAW FIRM, AT SOME POINT, SHOULD RECOMMEND TO ITS CLIENT THAT A LAWSUIT SHOULD BE COMMENCED IN A STATE WHERE THIS LAW FIRM IS NOT LICENSED TO DO SO, THE CLIENT, UPON DECIDING TO START SUCH A LAWSUIT, WILL DO SO ONLY THROUGH A LAW FIRM LICENSED IN YOUR STATE. FURTHERMORE, THE FACT THAT OUR LAW FIRM MAY RECOMMEND THAT A SUIT BE COMMENCED DOES NOT MEAN THAT THE CLIENT WILL ACCEPT THE RECOMMENDATION TO INITIATE SUIT.

**OFFICE HOURS:**   Monday through Thursday 8:00 AM - 9:00 PM, Friday 8:00 AM - 5:00 PM. Saturday 8:00 AM - 1:00 PM. (All times are Eastern)

The following language is required by Colorado state law to be contained in the initial debt collection letter sent to Colorado residents:

For information about the Colorado Fair Debt Collection Practices Act, see www.ago.state.co.us/cab.htm



**ZWICKER & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
800 FEDERAL STREET
ANDOVER, MASSACHUSETTS 01810-1041
Tel. (800) 370-2251 / (978) 686-2255
Fax (978) 686-3538

Paul W. Zwicker
*MA Bar*

Robert W. Thuotte
*MA Bar*

Jocelyn A. Thomsen
*MA & NH Bars*

Amy Edith Britt
*CA Bar*

Andrew J. Dick
*NY & FL Bars*

Phillip M. Thompson
*MA Bar*

Kevin A. Gordon
*CA Bar*

Ron Z. Opher*
*NJ & PA Bars*

Michael F. Braun
*AL & GA Bars*

Mitchell A. Meyers*
*FL & NC Bars*

Paul M. Weich
*AZ Bar*

Randall Pratt*
*ME & NH Bars*

Francesco Fabiano*
*NY Bar*

Robert G. Markoff*
*IL Bar*

Stephen E. Kaplan
*TX & NY Bars*

Riecke Baumann
*TX Bar*

Gerald F. Dumas
*OK Bar*

Irvin Borenstein
*CO & NY Bars*

Sanford J. Pollack
*NE & MO Bars*

Michael R. Stillman*
*MI Bar*

Jeffrey M. Wilson*
*ID Bar*

Louis A. Vlasaty*
*MO & IL Bars*

* *Of Counsel*

*Personal and Confidential*

03/01/2004

MELANIE J FEUERSTEIN
151 STONE RIDGE RD.
FRANKLIN, MA 02038

Re: Massachusetts Educational Financing Auth            DFEL001
Account No: 000846063-98[1][2]         Balance: $12,775.15

Dear MELANIE J FEUERSTEIN:

This office has been retained by the above stated client to assist it in the collection of your defaulted student loan(s). As of the date of this letter, the balance on your account is $12,775.15. Interest has accrued and will continue to accrue on the principal balance at the promissory note rate of 6.89% per annum. Please note that if your promissory note provides for a variable interest rate, the interest rate stated herein is the current rate as of the date on this letter.

Please be advised that your student loan(s) is in default. In accordance with the terms of your promissory note(s), the entire outstanding balance is due and payable on demand. Unless payment in full is made or you arrange for repayment of this debt in a manner acceptable to our client, this office will conduct a review of your account. As this office represents the above stated client, our review is undertaken to determine the presence, or lack thereof, of a dispute to the indebtedness and, if none, the most effective means to secure repayment. It is our hope that you will take this opportunity to contact our office concerning this matter. Our client seeks a non-litigious resolution to this situation and no decision has been made on whether a suit would ever be filed.

*Please note that this office shall assume the validity of this debt unless you dispute said debt, or any portion thereof, within thirty (30) days of receipt of this letter. Upon written notification that this debt, or any portion thereof, is disputed, this office shall obtain verification of the debt or a copy of a judgment against you and mail you a copy of such verification or judgment. Furthermore, upon written request within said (30) day period, this office shall provide you with the name and address of the original creditor, if different from the current creditor.*

Again, unless you either dispute the debt within 30 days of receipt of this letter or contact this office to discuss repayment with Sean Russo, one of our non-attorney account managers, this office shall have no alternative but to proceed as indicated above.

Sincerely,

Phillip M. Thompson

---

[1] This correspondence is from a debt collector. As such this correspondence is an attempt to collect a debt and any information obtained shall be used for that purpose.

[2] Important notices appear on the back of this letter. Please read them as they may affect your rights.

## IMPORTANT NOTICES:

THIS LAW FIRM EMPLOYS SOME PERSONS WHO ARE NOT ATTORNEYS TO MAINTAIN CERTAIN CORRESPONDENCE IN WHICH THOSE PERSONS DO NOT ENGAGE IN THE PRACTICE OF LAW. THE NAMES OF OUR ATTORNEYS APPEAR IN THE ROSTER OF FIRM ATTORNEYS ON THE REVERSE SIDE OF THIS LETTER.

ANY LETTER WITH A SERIES OF NUMBERS AND/OR LETTERS THAT APPEAR AFTER THE ALLEGED CREDITOR'S NAME IN THE 'RE:' SECTION OF THE LETTER WAS GENERATED BY A COMPUTERIZED PROCESS THAT WAS INITIATED FOLLOWING A REVIEW OF COMPUTERIZED DATA REFLECTING THE STATUS OF YOUR ACCOUNT. THIS DATA INCLUDES ITEMS SUCH AS YOUR NAME, ACCOUNT NUMBER, ACCOUNT STATUS, NAME OF THE ALLEGED CREDITOR, ALLEGED DEBT BALANCE, AND PAYMENT ACTIVITY OR LACK THEREOF. THIS COMPUTERIZED PROCESS WAS DESIGNED AND TESTED BY AN OFFICE ATTORNEY IN ORDER TO DETERMINE THE APPROPRIATENESS OF THE CORRESPONDENCE TO THE RECIPIENT. WHETHER THE LETTER STATES THAT THE PERSON SIGNING IT IS AN ATTORNEY, OR THE SIGNER'S NAME APPEARS IN THE ROSTER OF FIRM ATTORNEYS ON THE TOP OF THE LETTER, OR IF SIGNED BY A NON-ATTORNEY, THE REVIEW OF THE COMPUTERIZED DATA BASED UPON THE COMPUTERIZED PROCESS TO DETERMINE THE APPROPRIATENESS OF THE CORRESPONDENCE WAS MADE BY AN ATTORNEY AND AN ATTORNEY DID AUTHORIZE THE SENDING OF THE LETTER.

ATTORNEYS IN THIS LAW FIRM ARE LICENSED TO PRACTICE LAW OR COMMENCE LAWSUITS ONLY IN THOSE STATES LISTED ON THE REVERSE SIDE OF THIS LETTER. IN THE EVENT THAT THIS LAW FIRM, AT SOME POINT, SHOULD RECOMMEND TO ITS CLIENT THAT A LAWSUIT SHOULD BE COMMENCED IN A STATE WHERE THIS LAW FIRM IS NOT LICENSED TO DO SO, THE CLIENT, UPON DECIDING TO START SUCH A LAWSUIT, WILL DO SO ONLY THROUGH A LAW FIRM LICENSED IN YOUR STATE. FURTHERMORE, THE FACT THAT OUR LAW FIRM MAY RECOMMEND THAT A SUIT BE COMMENCED DOES NOT MEAN THAT THE CLIENT WILL ACCEPT THE RECOMMENDATION TO INITIATE SUIT.

OFFICE HOURS:   Monday through Thursday 8:00 AM - 9:00 PM, Friday 8:00 AM - 5:00 PM. Saturday 8:00 AM - 1:00 PM. (All times are Eastern)

The following language is required by Colorado state law to be contained in the initial debt collection letter sent to Colorado residents:

For information about the Colorado Fair Debt Collection Practices Act, see www.ago.state.co.us/cab.htm

ZWICKER & ASSOCIATES, P.C.

ATTORNEYS AT LAW
800 FEDERAL STREET
ANDOVER, MASSACHUSETTS 01810-1041
Tel. (800) 370-2251 / (978) 686-2255
Fax (978) 686-3538

Paul W. Zwicker
*MA Bar*

Robert W. Thuotte
*MA Bar*

Jocelyn A. Thomsen
*MA & NH Bars*

Amy Edith Britt
*CA Bar*

Andrew J. Dick
*NY & FL Bars*

Phillip M. Thompson
*MA Bar*

Kevin A. Gordon
*CA Bar*

Ron Z. Opher[*]
*NJ & PA Bars*

Michael F. Braun
*AL & GA Bars*

Mitchell A. Meyers[*]
*FL & NC Bars*

Paul M. Weich
*AZ Bar*

Randall Pratt[*]
*ME & NH Bars*

Francesco Fabiano[*]
*NY Bar*

Robert G. Markoff[*]
*IL Bar*

Stephen E. Kaplan
*TX & NY Bars*

Rieeke Baumann
*TX Bar*

Gerald F. Dumas
*OK Bar*

Irvin Borenstein
*CO & NY Bars*

Sanford J. Pollack
*NE & MO Bars*

Michael R. Stillman[*]
*MI Bar*

Jeffrey M. Wilson[*]
*ID Bar*

Louis A. Vlasaty[*]
*MO & IL Bars*

[*] *Of Counsel*

*Personal and Confidential*

03/01/2004

MELANIE J FEUERSTEIN
151 STONE RIDGE RD.
FRANKLIN, MA 02038

Re: Massachusetts Educational Financing Auth        DFEL001
Account No: 001711878-99[1,2]        Balance: $13,917.58

Dear MELANIE J FEUERSTEIN:

This office has been retained by the above stated client to assist it in the collection of your defaulted student loan(s). As of the date of this letter, the balance on your account is $13,917.58. Interest has accrued and will continue to accrue on the principal balance at the promissory note rate of 6.85% per annum. Please note that if your promissory note provides for a variable interest rate, the interest rate stated herein is the current rate as of the date on this letter.

Please be advised that your student loan(s) is in default. In accordance with the terms of your promissory note(s), the entire outstanding balance is due and payable on demand. Unless payment in full is made or you arrange for repayment of this debt in a manner acceptable to our client, this office will conduct a review of your account. As this office represents the above stated client, our review is undertaken to determine the presence, or lack thereof, of a dispute to the indebtedness and, if none, the most effective means to secure repayment. It is our hope that you will take this opportunity to contact our office concerning this matter. Our client seeks a non-litigious resolution to this situation and no decision has been made on whether a suit would ever be filed.

*Please note that this office shall assume the validity of this debt unless you dispute said debt, or any portion thereof, within thirty (30) days of receipt of this letter. Upon written notification that this debt, or any portion thereof, is disputed, this office shall obtain verification of the debt or a copy of a judgment against you and mail you a copy of such verification or judgment. Furthermore, upon written request within said (30) day period, this office shall provide you with the name and address of the original creditor, if different from the current creditor.*

Again, unless you either dispute the debt within 30 days of receipt of this letter or contact this office to discuss repayment with Sean Russo, one of our non-attorney account managers, this office shall have no alternative but to proceed as indicated above.

Sincerely,

*Phillip M. Thompson*
Phillip M. Thompson

---

[1] This correspondence is from a debt collector. As such this correspondence is an attempt to collect a debt and any information obtained shall be used for that purpose.

[2] Important notices appear on the back of this letter. Please read them as they may affect your rights.

IMPORTANT NOTICES:

THIS LAW FIRM EMPLOYS SOME PERSONS WHO ARE NOT ATTORNEYS TO MAINTAIN CERTAIN CORRESPONDENCE IN WHICH THOSE PERSONS DO NOT ENGAGE IN THE PRACTICE OF LAW. THE NAMES OF OUR ATTORNEYS APPEAR IN THE ROSTER OF FIRM ATTORNEYS ON THE REVERSE SIDE OF THIS LETTER.

ANY LETTER WITH A SERIES OF NUMBERS AND/OR LETTERS THAT APPEAR AFTER THE ALLEGED CREDITOR'S NAME IN THE 'RE:' SECTION OF THE LETTER WAS GENERATED BY A COMPUTERIZED PROCESS THAT WAS INITIATED FOLLOWING A REVIEW OF COMPUTERIZED DATA REFLECTING THE STATUS OF YOUR ACCOUNT. THIS DATA INCLUDES ITEMS SUCH AS YOUR NAME, ACCOUNT NUMBER, ACCOUNT STATUS, NAME OF THE ALLEGED CREDITOR, ALLEGED DEBT BALANCE, AND PAYMENT ACTIVITY OR LACK THEREOF. THIS COMPUTERIZED PROCESS WAS DESIGNED AND TESTED BY AN OFFICE ATTORNEY IN ORDER TO DETERMINE THE APPROPRIATENESS OF THE CORRESPONDENCE TO THE RECIPIENT. WHETHER THE LETTER STATES THAT THE PERSON SIGNING IT IS AN ATTORNEY, OR THE SIGNER'S NAME APPEARS IN THE ROSTER OF FIRM ATTORNEYS ON THE TOP OF THE LETTER, OR IF SIGNED BY A NON-ATTORNEY, THE REVIEW OF THE COMPUTERIZED DATA BASED UPON THE COMPUTERIZED PROCESS TO DETERMINE THE APPROPRIATENESS OF THE CORRESPONDENCE WAS MADE BY AN ATTORNEY AND AN ATTORNEY DID AUTHORIZE THE SENDING OF THE LETTER.

ATTORNEYS IN THIS LAW FIRM ARE LICENSED TO PRACTICE LAW OR COMMENCE LAWSUITS ONLY IN THOSE STATES LISTED ON THE REVERSE SIDE OF THIS LETTER. IN THE EVENT THAT THIS LAW FIRM, AT SOME POINT, SHOULD RECOMMEND TO ITS CLIENT THAT A LAWSUIT SHOULD BE COMMENCED IN A STATE WHERE THIS LAW FIRM IS NOT LICENSED TO DO SO, THE CLIENT, UPON DECIDING TO START SUCH A LAWSUIT, WILL DO SO ONLY THROUGH A LAW FIRM LICENSED IN YOUR STATE. FURTHERMORE, THE FACT THAT OUR LAW FIRM MAY RECOMMEND THAT A SUIT BE COMMENCED DOES NOT MEAN THAT THE CLIENT WILL ACCEPT THE RECOMMENDATION TO INITIATE SUIT.

**OFFICE HOURS:**   Monday through Thursday 8:00 AM - 9:00 PM, Friday 8:00 AM - 5:00 PM. Saturday 8:00 AM - 1:00 PM. (All times are Eastern)

**The following language is required by Colorado state law to be contained in the initial debt collection letter sent to Colorado residents:**

For information about the Colorado Fair Debt Collection Practices Act, see www.ago.state.co.us/cab.htm



**ZWICKER & ASSOCIATES, P.C.**

ATTORNEYS AT LAW
800 FEDERAL STREET
ANDOVER, MASSACHUSETTS 01810-1041
Tel. (800) 370-2251 / (978) 686-2255
Fax (978) 686-3538

Paul W. Zwicker
*MA Bar*

Robert W. Thuotte
*MA Bar*

Jocelyn A. Thomsen
*MA & NH Bars*

Amy Edith Britt
*CA Bar*

Andrew J. Dick
*NY & FL Bars*

Phillip M. Thompson
*MA Bar*

Kevin A. Gordon
*CA Bar*

Ron Z. Opher*
*NJ & PA Bars*

Michael F. Braun
*AL & GA Bars*

Mitchell A. Meyers*
*FL & NC Bars*

Paul M. Weich
*AZ Bar*

Randall Pratt*
*ME & NH Bars*

Francesco Fabiano*
*NY Bar*

Robert G. Markoff*
*IL Bar*

Stephen E. Kaplan
*TX & NY Bars*

Riecke Baumann
*TX Bar*

Gerald F. Dumas
*OK Bar*

Irvin Borenstein
*CO & NY Bars*

Sanford J. Pollack
*NE & MO Bars*

Michael R. Stillman*
*MI Bar*

Jeffrey M. Wilson*
*ID Bar*

Louis A. Vlasaty*
*MO & IL Bars*

* *Of Counsel*

*Personal and Confidential*

03/01/2004

MELANIE J FEUERSTEIN
151 STONE RIDGE RD.
FRANKLIN, MA 02038

Re: Massachusetts Educational Financing Auth      DFEL001
Account No: 001886522-00[12]      Balance: $6,489.81

Dear MELANIE J FEUERSTEIN:

This office has been retained by the above stated client to assist it in the collection of your defaulted student loan(s). As of the date of this letter, the balance on your account is $6,489.81. Interest has accrued and will continue to accrue on the principal balance at the promissory note rate of 6.85% per annum. Please note that if your promissory note provides for a variable interest rate, the interest rate stated herein is the current rate as of the date on this letter.

Please be advised that your student loan(s) is in default. In accordance with the terms of your promissory note(s), the entire outstanding balance is due and payable on demand. Unless payment in full is made or you arrange for repayment of this debt in a manner acceptable to our client, this office will conduct a review of your account. As this office represents the above stated client, our review is undertaken to determine the presence, or lack thereof, of a dispute to the indebtedness and, if none, the most effective means to secure repayment. It is our hope that you will take this opportunity to contact our office concerning this matter. Our client seeks a non-litigious resolution to this situation and no decision has been made on whether a suit would ever be filed.

*Please note that this office shall assume the validity of this debt unless you dispute said debt, or any portion thereof, within thirty (30) days of receipt of this letter. Upon written notification that this debt, or any portion thereof, is disputed, this office shall obtain verification of the debt or a copy of a judgment against you and mail you a copy of such verification or judgment. Furthermore, upon written request within said (30) day period, this office shall provide you with the name and address of the original creditor, if different from the current creditor.*

Again, unless you either dispute the debt within 30 days of receipt of this letter or contact this office to discuss repayment with Sean Russo, one of our non-attorney account managers, this office shall have no alternative but to proceed as indicated above.

Sincerely,

Phillip M. Thompson

---

[1] This correspondence is from a debt collector. As such this correspondence is an attempt to collect a debt and any information obtained shall be used for that purpose.

[2] Important notices appear on the back of this letter. Please read them as they may affect your rights.

IMPORTANT NOTICES:

THIS LAW FIRM EMPLOYS SOME PERSONS WHO ARE NOT ATTORNEYS TO MAINTAIN CERTAIN CORRESPONDENCE IN WHICH THOSE PERSONS DO NOT ENGAGE IN THE PRACTICE OF LAW. THE NAMES OF OUR ATTORNEYS APPEAR IN THE ROSTER OF FIRM ATTORNEYS ON THE REVERSE SIDE OF THIS LETTER.

ANY LETTER WITH A SERIES OF NUMBERS AND/OR LETTERS THAT APPEAR AFTER THE ALLEGED CREDITOR'S NAME IN THE 'RE:' SECTION OF THE LETTER WAS GENERATED BY A COMPUTERIZED PROCESS THAT WAS INITIATED FOLLOWING A REVIEW OF COMPUTERIZED DATA REFLECTING THE STATUS OF YOUR ACCOUNT. THIS DATA INCLUDES ITEMS SUCH AS YOUR NAME, ACCOUNT NUMBER, ACCOUNT STATUS, NAME OF THE ALLEGED CREDITOR, ALLEGED DEBT BALANCE, AND PAYMENT ACTIVITY OR LACK THEREOF. THIS COMPUTERIZED PROCESS WAS DESIGNED AND TESTED BY AN OFFICE ATTORNEY IN ORDER TO DETERMINE THE APPROPRIATENESS OF THE CORRESPONDENCE TO THE RECIPIENT. WHETHER THE LETTER STATES THAT THE PERSON SIGNING IT IS AN ATTORNEY, OR THE SIGNER'S NAME APPEARS IN THE ROSTER OF FIRM ATTORNEYS ON THE TOP OF THE LETTER, OR IF SIGNED BY A NON-ATTORNEY, THE REVIEW OF THE COMPUTERIZED DATA BASED UPON THE COMPUTERIZED PROCESS TO DETERMINE THE APPROPRIATENESS OF THE CORRESPONDENCE WAS MADE BY AN ATTORNEY AND AN ATTORNEY DID AUTHORIZE THE SENDING OF THE LETTER.

ATTORNEYS IN THIS LAW FIRM ARE LICENSED TO PRACTICE LAW OR COMMENCE LAWSUITS ONLY IN THOSE STATES LISTED ON THE REVERSE SIDE OF THIS LETTER. IN THE EVENT THAT THIS LAW FIRM, AT SOME POINT, SHOULD RECOMMEND TO ITS CLIENT THAT A LAWSUIT SHOULD BE COMMENCED IN A STATE WHERE THIS LAW FIRM IS NOT LICENSED TO DO SO, THE CLIENT, UPON DECIDING TO START SUCH A LAWSUIT, WILL DO SO ONLY THROUGH A LAW FIRM LICENSED IN YOUR STATE. FURTHERMORE, THE FACT THAT OUR LAW FIRM MAY RECOMMEND THAT A SUIT BE COMMENCED DOES NOT MEAN THAT THE CLIENT WILL ACCEPT THE RECOMMENDATION TO INITIATE SUIT.

OFFICE HOURS:   Monday through Thursday 8:00 AM - 9:00 PM. Friday 8:00 AM - 5:00 PM. Saturday 8:00 AM - 1:00 PM. (All times are Eastern)

The following language is required by Colorado state law to be contained in the initial debt collection letter sent to Colorado residents:

For information about the Colorado Fair Debt Collection Practices Act, see www.ago.state.co.us/cab.htm