# KENNETH D. QUAT
*Attorney at Law*
9 Damonmill Square, Suite 4A-4
Concord MA 01742

Phone: 978-369-0848                                                              ken@quatlaw.com
Fax: 978-371-2296

March 29, 2004

By fax and first class mail
(978-686-3538)

Phillip M. Thompson, Jr., Esquire
Zwicker & Associates, P.C.
800 Federal Street
Andover MA 01810

    RE: Melanie J. Feuerstein, Acct. 000589556-97

Dear Attorney Thompson:

    With respect to your letter of March 1, 2004 concerning the above-referenced account, please be advised that Ms. Feuerstein disputes the validity of this debt, specifically, that she is in default and that the balance due is as stated.

                                          Very sincerely,

                                          Kenneth D. Quat

Cc: Client

# KENNETH D. QUAT
*Attorney at Law*
9 Damonmill Square, Suite 4A-4
Concord MA 01742

---

Phone: 978-369-0848  ken@quatlaw.com
Fax: 978-371-2296

March 29, 2004

By fax and first class mail
(978-686-3538)

Phillip M. Thompson, Jr., Esquire
Zwicker & Associates, P.C.
800 Federal Street
Andover MA 01810

    RE:  Melanie J. Feuerstein, Acct. 000846063-98

Dear Attorney Thompson:

    With respect to your letter of March 1, 2004 concerning the above-referenced account, please be advised that Ms. Feuerstein disputes the validity of this debt, specifically, that she is in default and that the balance due is as stated.

                            Very sincerely,

                            Kenneth D. Quat

Cc: Client

**KENNETH D. QUAT**
*Attorney at Law*
9 Damonmill Square, Suite 4A-4
Concord MA 01742

Phone: 978-369-0848    ken@quatlaw.com
Fax: 978-371-2296

March 29, 2004

By fax and first class mail
(978-686-3538)

Phillip M. Thompson, Jr., Esquire
Zwicker & Associates, P.C.
800 Federal Street
Andover MA 01810

    RE:  Melanie J. Feuerstein, Acct. 001711878-99

Dear Attorney Thompson:

    With respect to your letter of March 1, 2004 concerning the above-referenced account, please be advised that Ms. Feuerstein disputes the validity of this debt, specifically, that she is in default and that the balance due is as stated.

Very sincerely,

Kenneth D. Quat

Cc: Client

# KENNETH D. QUAT
*Attorney at Law*
9 Damonmill Square, Suite 4A-4
Concord MA 01742

Phone: 978-369-0848
Fax: 978-371-2296

ken@quatlaw.com

March 29, 2004

By fax and first class mail
(978-686-3538)

Phillip M. Thompson, Jr., Esquire
Zwicker & Associates, P.C.
800 Federal Street
Andover MA 01810

    RE: Melanie J. Feuerstein, Acct. 001886522-00

Dear Attorney Thompson:

    With respect to your letter of March 1, 2004 concerning the above-referenced account, please be advised that Ms. Feuerstein disputes the validity of this debt, specifically, that she is in default and that the balance due is as stated.

Very sincerely,

Kenneth D. Quat

Cc: Client