#3434

## OFFICER'S RETURN

Middlesex, ss.                                              April 21, 2004

    I this day at 11:22 A.M., delivered to Zwicker & Associates, P.C., 800 Federal Street, Andover, Massachusetts, a letter dated April 21, 2004 to same from Attorney Kenneth D. Quat, said letter entitled "Melanie J. Feuerstein – Demand for Settlement Pursuant to G.L. c. 93A, Section 9" and consisting of ten (10) pages plus Exhibits A-G. Delivery was made as follows: by leaving at 800 Federal Street, 2nd Floor Andover Ma. 01810 by leaving, in hand, with Jennifer Sullivan, a person of suitable age and discretion employed therein at the time of service.

                                                         _____

                                          Lawrence E. Hartnett, Constable/Disinterested Person