UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELANIE JOI FEUERSTEIN, On behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZWICKER & ASSOCIATES, P.C., PAUL W. ZWICKER, JEFF WOODS, BRIAN COYLE, ARTHUR J. TESSIMOND, JR., PHILLIP M. THOMPSON, ROBERT W. THUOTTE, and DOES 1-5,<br><br>Defendants. | *<br>*<br>*<br>*<br>*  Civil Action No. 04-11593-JLT<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

ORDER

April 26, 2005

TAURO, J.

After the Further Conference held on April 25, 2005, this court hereby orders that:

1. The Parties are to comply with this court's Rule 26 Discovery Order by June 30, 2005;

2. Plaintiff's Motion for Contempt Due to Failure of Zwicker & Associates, P.C. to Make Required Disclosures [#28] is DENIED AS MOOT;

3. Plaintiff's Second Motion for Contempt Due to Failure of Zwicker & Associates, P.C. to Make Required Disclosures [#29] is DENIED AS MOOT;

4. Plaintiff's Motion to Amend Complaint [#30] is ALLOWED;

5. Plaintiff's Motion to Reschedule Status Conference and to Allow Commencement of Formal Discovery [#33] is DENIED AS MOOT;

6. <u>Defendants' Motion to Dismiss Plaintiff, Melanie Feuerstein's Complaint, or, in the Alternative, to Hold Plaintiff in Contempt and Preclude the Plaintiff from Engaging in Any Further Discovery Until All Disclosures and Materials Are Provided to the Defendants, for Failure of the Plaintiff to Provide Discovery</u> [#35] is DENIED AS MOOT;

7. This case will be referred to a Magistrate Judge for mediation to take place after July 1, 2005; and

8. No further discovery will be permitted without leave of this court.

IT IS SO ORDERED.

      /s/ Joseph L. Tauro
United States District Judge