**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| MELANIE JOI FEUERSTEIN, | ) | |
| On behalf of herself and others similarly | ) | |
| situated, | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | C.A. Number 04-11593-JLT |
| | ) | |
| ZWICKER & ASSOCIATES, P.C., | ) | |
| PAUL W. ZWICKER, | ) | |
| JEFF WOODS, | ) | |
| BRIAN COYLE, | ) | |
| ARTHUR J. TESSIMOND, JR., | ) | |
| PHILLIP M. THOMPSON, | ) | |
| ROBERT W. THUOTTE, and | ) | |
| DOES 1 – 5 | ) | |

## REQUEST FOR DEFAULT AGAINST ALL DEFENDANTS EXCEPT ROBERT W. THUOTTE

Pursuant to Fed.R.Civ.P. 55(a), plaintiff Melanie Joi Feuerstein hereby requests that all defendants except Robert W. Thuotte be defaulted for failing to file a responsive pleading to the First Amended Complaint within the time specified by Rule 15(a). Plaintiff states that the First Amended Complaint was served on April 26, 2005, yet defendants have not filed or served a responsive pleading to date.

Plaintiff further states that although defendant Robert W. Thuotte has also not filed or served a responsive pleading, due to ongoing negotiations between the parties plaintiff is not requesting a default as to said defendant at the present time.

Signed under the pains and penalties of perjury, this 12th day of May, 2005.

/s/Kenneth D. Quat
BBO 408640
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848

Certificate of Service

  I hereby certify that a copy of the foregoing was served on defendant Robert W. Thuotte, Esq. by mailing same via first class mail, postage prepaid, to him at 800 Federal St., Andover MA 01810.

/s/Kenneth D. Quat

Date: 5/12/05