UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELANIE JOI FEUERSTEIN, )<br>On behalf of herself and others similarly )<br>situated, )<br>      Plaintiffs )<br>)<br>v. )<br>)<br>ZWICKER & ASSOCIATES, P.C., )<br>PAUL W. ZWICKER, )<br>JEFF WOODS, )<br>BRIAN COYLE, )<br>ARTHUR J. TESSIMOND, JR., )<br>PHILLIP M. THOMPSON, )<br>ROBERT W. THUOTTE, and )<br>DOES 1 – 5 ) | C.A. Number 04-11593-JLT |

## WITHDRAWAL OF REQUEST FOR DEFAULT AGAINST ALL DEFENDANTS EXCEPT ROBERT W. THUOTTE

Plaintiff hereby withdraws her request that default enter against all defendants except Robert W. Thuotte.

/s/Kenneth D. Quat
BBO 408640
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848

Certificate of Service

I hereby certify that a copy of the foregoing was served on defendant Robert W. Thuotte, Esq. by mailing same via first class mail, postage prepaid, to him at 800 Federal St., Andover MA 01810.

/s/Kenneth D. Quat

Date: 5/12/05