UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELANIE JOI FEUERSTEIN,<br>On behalf of herself and others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>ZWICKER & ASSOCIATES, P.C.,<br>PAUL W. ZWICKER,<br>JEFF WRODONIK a/k/a "Jeff Woods" BRIAN COYLE<br>ARTHUR J. TESSIMOND, JR.,<br>PHILLIP M. THOMPSON, ROBERT W. THUOTTE,<br>and DOES 1-5<br>    Defendants | Civil Action No. 04-11593-JLT |

**STIPULATION OF DISMISSAL WITH PREJUDICE ONLY AS TO CLAIMS AGAINST ROBERT W. THUOTTE**

The parties hereby agree and stipulate that all claims against the defendant, Robert W. Thuotte, shall be dismissed with prejudice, each party waiving costs, attorney's fees, and rights of appeal. The parties further state that no monetary consideration has been exchanged in connection with this dismissal.

The Plaintiff,
MELANIE JOI FEUERSTEIN,
By her attorney,

_____
Kenneth D. Quat, BBO #408640
9 Damonmill Square, Suite 4A-4
Concord, MA 01742
(978) 369-0848

The Defendants,
ZWICKER & ASSOCIATES, P.C., PAUL W. ZWICKER, JEFF WRODONIK, BRIAN COYLE, ARTHUR J. TESSIMOND, JR., PHILLIP M. THOMPSON, and ROBERT W. THUOTTE,
By their attorneys,

_____
William T. Bogaert, BBO #546321
Mark R. Freitas, BBO #641205
Thomas A. Leghorn, (*pro hac vice*)
Wilson, Elser, Moskowitz, Edleman & Dicker LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

Dated: 6/4/05

39496.1