# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**MELANIE JOI FEUERSTEIN,**
      **Plaintiff,**

     **v.**                   **CIVIL ACTION NO. 04-11593-JLT**

**ZWICKER & ASSOCIATES, P.C.,**
**ET AL,**
      **Defendant**s.

## ***NOTICE OF MEDIATION***

COLLINGS, U.S.M.J.

Please take notice that a **MEDIATION** in the above-entitled case is scheduled for **10:30 A.M. on Tuesday, July 19, 2005**, with principals present, before the Honorable Robert B. Collings, United States Magistrate Judge at Courtroom 23, 7th floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, MA 02210.

               ROBERT B. COLLINGS
               United States Magistrate Judge

      By:   *Kathleen M. Dolan*

               Deputy Clerk
               617-748-9229

Date: June 16, 2005.

Notice sent to:
Messrs. Kenneth D. Quat, Mark R. Freitas, Robert W. Thuotte, Thomas A. Leghorn, William T. Bogaert