# United States District Court
# District of Massachusetts

MELANIE JOI FEUERSTEIN,
        Plaintiff,

v.                                  CIVIL ACTION NO. 2004-11593-JLT

ZWICKER & ASSOCIATES, P.C., ET AL.,
        Defendants.

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

    On July 19, 2005, I held the following ADR proceeding:

    \_\_\_\_\_ EARLY NEUTRAL EVALUATION    \_\_X\_\_ MEDIATION
    \_\_\_\_\_ MINI-TRIAL    \_\_\_\_\_ SUMMARY JURY TRIAL
    \_\_\_\_\_ SETTLEMENT CONFERENCE

[X]    There was some progress. A further mediation session is set for August 2, 2005 at 11:00 A.M.

<u>July 19, 2005</u>                        *Robert B. Collings*
DATE                                  ROBERT B. COLLINGS
                                          United States Magistrate Judge

Copy to:    Judge Tauro
                Rebecca Tyler, Esquire
                Counsel for all parties.