# United States District Court
# District of Massachusetts

MELANIE JOI FEUERSTEIN,
    Plaintiff,

v.                              CIVIL ACTION NO. 2004-11593-JLT

ZWICKER & ASSOCIATES, P.C., ET AL.,
    Defendants.

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

On July 19, 2005, and August 2, 2005, I held the following ADR proceeding:

| | | | |
|---|---|---|---|
| _____ | EARLY NEUTRAL EVALUATION | __X__ | MEDIATION |
| _____ | MINI-TRIAL | _____ | SUMMARY JURY TRIAL |
| _____ | SETTLEMENT CONFERENCE | | |

[X]    The case did NOT SETTLE. I RECOMMEND that the suspension of discovery be VACATED forthwith and that the parties be permitted to do plenary discovery. The undersigned stands ready to conduct further mediation proceedings in the future if the parties believe that further proceedings might be fruitful.

<u>August 2, 2005</u>                              *Robert B. Collings*
    DATE                                      ROBERT B. COLLINGS
                                               United States Magistrate Judge

Copy to:    Judge Tauro
                Rebecca Tyler, Esquire
                Counsel for all parties.