UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELANIE JOI FEUERSTEIN,<br>On behalf of herself and others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>ZWICKER & ASSOCIATES, P.C.,<br>PAUL W. ZWICKER,<br>JEFF WIDRONIK a/k/a "Jeff Woods"<br>BRIAN COYLE,<br>ARTHUR J. TESSIMOND, JR.,<br>PHILLIP M. THOMPSON, and<br>DOES 1-5<br>    Defendants | Civil Action No. 04-11593-JLT |

## NOTICE OF FILING AMENDED ANSWER

The Defendants, ZWICKER & ASSOCIATES, P.C., PAUL W. ZWICKER, JEFF WIDRONIK, BRIAN COYLE, ARTHUR J. TESSIMOND, JR., and PHILLIP M. THOMPSON, hereby notify this Court that, pursuant to Fed. R. Civ. P. 15(a), on this date they filed an Amended Answer to Plaintiff's Second Amended Complaint.

Respectfully Submitted,
ZWICKER & ASSOCIATES, P.C., PAUL W. ZWICKER, JEFF WRODONIK, BRIAN COYLE, ARTHUR J. TESSIMOND, JR., PHILLIP M. THOMPSON, and ROBERT W. THUOTTE
The defendants,

*/s/ Mark R. Freitas*

William T. Bogaert, BBO #546321
Mark R. Freitas, BBO #641205
Thomas A. Leghorn, (*pro hac vice*)
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

41804.1

## CERTIFICATE OF SERVICE

I, Mark R. Freitas, do hereby certify that I have on this 5th day of August 2005, served a copy of the foregoing on the following:

Kenneth Quat, Esq.
9 Dammonmill Square
Suite 4A-4
Concord, MA 01742

Robert W. Thuotte
Zwicker & Associates
100 Old River Road
Andover, MA 01810

_____
Mark R. Freitas

41804.1