UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Melanie Joi Feuerstein, On behalf of herself and Others similarly situated<br><br>V.<br><br>Zwicker Associates, P.C., Paul W. Zwicker, Jeff Wrodonik a/k/a "Jeff Woods", Brian Coyle, Arthur J. Tessimond, Jr., Phillip M. Thompson, Robert W. Thuotte, and DOES 1-5 | SUBPOENA IN A CIVIL CASE<br><br>Case Number: 04-11593-JLT<br>Eastern District of Massachusetts |

## OBJECTION TO SUBPOENA DUCES TECUM

COMES NOW New Vision Financial, LLC (hereinafter "New Vision") by and through the undersigned counsel and objects to the subpoena duces tecum served on behalf of Defendant in the above-referenced action.

New Vision objects to the subpoena on the ground that the documents requested are overly broad, unduly burdensome and are not in the possession or control of New Vision Financial.

New Vision further objects to the subpoena on the ground that it seeks production of documents at a location that is outside of the Northern District of Georgia and more than 100 miles from the principal place of business of New Vision Financial.

This ____ day of August, 2005.

Respectfully submitted,

FOLTZ MARTIN, LLC

_____
Jefferson M. Allen
Georgia Bar No. 010898

402204.1

Five Piedmont Center, Suite 750
Atlanta, Georgia 30305-1541
Telephone: (404) 231-9397
Facsimile: (404) 237-1659
*Attorney for New Vision Financial, LLC*

402204.1

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of New Vision Financial's Objection to Subpoena Duces Tecum upon Plaintiff's counsel by depositing a copy of the same into the United States mail with adequate postage to ensure delivery thereon to:

>Mark R. Freitas, Esq.
>Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
>155 Federal Street
>Boston, MA 02110

This 17th day of August, 2005.

>Respectfully submitted,
>
>**FOLTZ MARTIN, LLC**
>
>_____
>Jefferson M. Allen
>Georgia Bar No. 010898

Five Piedmont Center, Suite 750
Atlanta, Georgia 30305-1541
Telephone: (404) 231-9397
Facsimile: (404) 237-1659
*Attorney for New Vision Financial, LLC*

402204.1