Arizona
California
Colorado
Florida
Idaho
Illinois
Michigan
Nebraska
New Jersey
New York
Oklahoma
Pennsylvania
Texas

Paul W. Zwicker
*MA Bar*

Arthur J. Tessimond
*MA & NH Bars*

Jocelyn A. Thomsen
*MA & NH Bars*

Amy Edith Britt
*CA Bar*

Andrew J. Dick
*NY & FL Bars*

Ron Z. Opher*
*NJ & PA Bars*

Michael F. Braun
*AL & GA Bars*

Richard G. Fowler*
*Fl Bar*

Paul M. Weich
*AZ Bar*

Randall Pratt*
*ME & NH Bars*

Francesco Fabiano*
*NY Bar*

Robert G. Markoff*
*IL Bar*

Stephen E. Kaplan
*TX & NY Bars*

Riecke Baumann
*TX Bar*

Gerald F. Dumas
*OK Bar*

Irvin Borenstein
*CO Bar*

Sanford J. Pollack
*NE & MO Bars*

Michael R. Stillman*
*MI Bar*

Jeffrey M. Wilson*
*ID Bar*

* Of Counsel

ATTORNEYS AT LAW
800 FEDERAL STREET
ANDOVER, MASSACHUSETTS 01810-1030
Tel. (800) 370-2251 / (978) 686-2255
Fax (978) 686-3538

*Personal and Confidential*

1052263003030320                                                                03/26/2003
MELANIE J FEUERSTEIN
1403 APPLEBRIAR LN.
MARLBORO, MA 01752

Re: Massachusetts Educational Financing Auth                    DFEL003
Account No: 000589556-97[12]          Balance: $10,555.54

Dear MELANIE J FEUERSTEIN:

This office has been retained by the above-stated client to assist it in the collection of the funds you owe on your defaulted student loan(s). As of the date of this letter, the balance on the account is $10,555.54. Due to the fact that you have ignored all previous correspondence and attempts by this office to collect this debt, this firm, apparently, has no alternative but to commence a review of this account wherein an attempt is undertaken to determine the appropriateness, manner and method of further collection activity. In making a determination with respect to further collection activity the following factors shall be considered: balance outstanding to our client, presence of any valid legal defense to the obligation, effectiveness of prior collection efforts, whether there are sufficient means to satisfy the indebtedness or a substantial portion thereof, and whether the cost of litigation would exceed the likely recovery, if litigation were to be commenced.

In view of the above, your reason for non-payment may have a substantial influence on this office's determination with regard to this account. It should also be noted that our client seeks a non-litigious resolution to this matter, and no decision has been made on whether a suit would ever be filed. Therefore, please contact Jeff Woods, one of our non-attorney account managers to discuss your intentions with respect hereto.

Unless payment in full is made after receipt of this letter or you contact this office to arrange for repayment or, in the alternative, you notify the firm with respect to your reason for non-payment, this office shall have no alternative but to proceed as outlined above.

Sincerely,

Arthur J. Tessimond, Jr.

---

[1] *THIS CORRESPONDENCE IS FROM A DEBT COLLECTOR. AS SUCH THIS CORRESPONDENCE IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.*

[2] *IMPORTANT NOTICES APPEAR ON THE BACK OF THIS LETTER. PLEASE READ THEM AS THEY MAY AFFECT YOUR RIGHTS.*

ATTORNEYS AT LAW
800 FEDERAL STREET
ANDOVER, MASSACHUSETTS 01810-1030
Tel. (800) 370-2251 / (978) 686-2255
Fax (978) 686-3538

Paul W. Zwicker
. Bar

thur J. Tessimond
1 & NH Bars

celyn A. Thomsen
A & NH Bars

my Edith Britt
A Bar

ndrew J. Dick
Y & FL Bars

ton Z. Opher*
IJ & PA Bars

Michael F. Braun
AL & GA Bars

Richard G. Fowler*
Fl Bar

Paul M. Weich
AZ Bar

Randall Pratt*
ME & NH Bars

Francesco Fabiano*
NY Bar

Robert G. Markoff*
IL Bar

Stephen E. Kaplan
TX & NY Bars

Riecke Baumann
TX Bar

Gerald F. Dumas
OK Bar

Irvin Borenstein
CO Bar

Sanford J. Pollack
NE & MO Bars

Michael R. Stillman*
MI Bar

Jeffrey M. Wilson*
ID Bar

*Personal and Confidential*

1052265003030320                                                      03/26/2003
MELANIE J FEUERSTEIN
1403 APPLEBRIAR LN.
MARLBORO, MA 01752

Re: Massachusetts Educational ̲ ̲ ncing Auth              DFEL003
Account No: 001711878-̲ ̲ ̲ Final            Balance: $13,214.76

Dear MELANIE J FEUERSTEIN:

This office has been retained by the above-stated client to assist it in the collection of the funds you owe on your defaulted student loan(s). As of the date of this letter, the balance on the account is $13,214.76. Due to the fact that you have ignored all previous correspondence and attempts by this office to collect this debt, this firm, apparently, has no alternative but to commence a review of this account wherein an attempt is undertaken to determine the appropriateness, manner and method of further collection activity. In making a determination with respect to further collection activity the following factors shall be considered: balance outstanding to our client, presence of any valid legal defense to the obligation, effectiveness of prior collection efforts, whether there are sufficient means to satisfy the indebtedness or a substantial portion thereof, and whether the cost of litigation would exceed the likely recovery, if litigation were to be commenced.

In view of the above, your reason for non-payment may have a substantial influence on this office's determination with regard to this account. It should also be noted that our client seeks a non-litigious resolution to this matter, and no decision has been made on whether a suit would ever be filed. Therefore, please contact Jeff Woods, one of our non-attorney account managers to discuss your intentions with respect hereto.

Unless payment in full is made after receipt of this letter or you contact this office to arrange for repayment or, in the alternative, you notify the firm with respect to your reason for non-payment, this office shall have no alternative but to proceed as outlined above.

Sincerely,

Arthur J. Tessimond, Jr.

[1] *THIS CORRESPONDENCE IS FROM A DEBT COLLECTOR. AS SUCH THIS CORRESPONDENCE IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.*

[2] *IMPORTANT NOTICES APPEAR ON THE BACK OF THIS LETTER. PLEASE READ THEM AS THEY MAY AFFECT YOUR RIGHTS.*

**IMPORTANT NOTICES:**

THIS LAW FIRM EMPLOYS SOME PERSONS WHO ARE NOT ATTORNEYS TO MAINTAIN CERTAIN CORRESPONDENCE IN WHICH THOSE PERSONS DO NOT ENGAGE IN THE PRACTICE OF LAW. THE NAMES OF OUR ATTORNEYS APPEAR IN THE ROSTER OF FIRM ATTORNEYS ON THE REVERSE SIDE OF THIS LETTER.

ANY LETTER WITH A SERIES OF NUMBERS AND/OR LETTERS THAT APPEAR AFTER THE ALLEGED CREDITOR'S NAME IN THE 'RE:' SECTION OF THE LETTER WAS GENERATED BY A COMPUTERIZED PROCESS THAT WAS INITIATED FOLLOWING A REVIEW OF COMPUTERIZED DATA REFLECTING THE STATUS OF YOUR ACCOUNT. THIS DATA INCLUDES ITEMS SUCH AS YOUR NAME, ACCOUNT NUMBER, ACCOUNT STATUS, NAME OF THE ALLEGED CREDITOR, ALLEGED DEBT BALANCE, AND PAYMENT ACTIVITY OR LACK THEREOF. THIS COMPUTERIZED PROCESS WAS DESIGNED AND TESTED BY AN OFFICE ATTORNEY IN ORDER TO DETERMINE THE APPROPRIATENESS OF THE CORRESPONDENCE TO THE RECIPIENT. WHETHER THE LETTER STATES THAT THE PERSON SIGNING IT IS AN ATTORNEY, OR THE SIGNER'S NAME APPEARS IN THE ROSTER OF FIRM ATTORNEYS ON THE TOP OF THE LETTER, OR IF SIGNED BY A NON-ATTORNEY, THE REVIEW OF THE COMPUTERIZED DATA BASED UPON THE COMPUTERIZED PROCESS TO DETERMINE THE APPROPRIATENESS OF THE CORRESPONDENCE WAS MADE BY AN ATTORNEY AND AN ATTORNEY DID AUTHORIZE THE SENDING OF THE LETTER.

ATTORNEYS IN THIS LAW FIRM ARE LICENSED TO PRACTICE LAW OR COMMENCE LAWSUITS ONLY IN THOSE STATES LISTED ON THE REVERSE SIDE OF THIS LETTER. IN THE EVENT THAT THIS LAW FIRM, AT SOME POINT, SHOULD RECOMMEND TO ITS CLIENT THAT A LAWSUIT SHOULD BE COMMENCED IN A STATE WHERE THIS LAW FIRM IS NOT LICENSED TO DO SO, THE CLIENT, UPON DECIDING TO START SUCH A LAWSUIT, WILL DO SO ONLY THROUGH A LAW FIRM LICENSED IN YOUR STATE. FURTHERMORE, THE FACT THAT OUR LAW FIRM MAY RECOMMEND THAT A SUIT BE COMMENCED DOES NOT MEAN THAT THE CLIENT WILL ACCEPT THE RECOMMENDATION TO INITIATE SUIT.

**OFFICE HOURS:**   Monday through Thursday 8:00 AM - 9:00 PM, Friday 8:00 AM - 5:00 PM. Saturday 8:00 AM - 1:00 PM. (All times are Eastern)

**The following language is required by Colorado state law to be contained in all debt collection letters sent to Colorado residents; however all consumers have the same or similar rights under federal statutes:**

If you notify this office in writing to cease contacting you by telephone at your home or place of employment, no further contact shall be made. If you refuse to pay this debt, or wish this office to cease further communications, and you so advise this office, in writing, there will be no further communication with you except to advise you in writing that we intend to invoke specified remedies permitted by law or that we may invoke specified remedies which we ordinarily invoke, or to advise you that our efforts are being terminated. Collection agencies are licensed by the collection agency board in the department of law. The department of law's current address is: Collection Agency Board, State of Colorado, 1525 Sherman Street, 5th Floor, Denver, Colorado 80203. **Do not send payments to the collection agency board.**

| | |
|---|---|
| Alabama<br>Arizona<br>California<br>Colorado<br>Florida<br>Idaho<br>Illinois<br>Michigan<br>Nebraska<br>New Jersey<br>New York<br>Oklahoma<br>Pennsylvania<br>Texas | ZWICKER & ASSOCIATES, P.C.<br>ATTORNEYS AT LAW<br>800 FEDERAL STREET<br>ANDOVER, MASSACHUSETTS 01810-1030<br>Tel. (800) 370-2251 / (978) 686-2255<br>Fax (978) 686-3538 |

*Personal and Confidential*

1052266003030320                                              03/26/2003
MELANIE J FEUERSTEIN
1403 APPLEBRIAR LN.
MARLBORO, MA 01752

Re: Massachusetts Educational Financing Auth                  DFEL003
Account No: 001886522-00[1][2]      Balance: $6,283.93

**Paul W. Zwicker**
*MA Bar*

Dear MELANIE J FEUERSTEIN:

**Arthur J. Tessimond**
*MA & NH Bars*

**Jocelyn A. Thomsen**
*MA & NH Bars*

**Amy Edith Britt**
*CA Bar*

**Andrew J. Dick**
*NY & FL Bars*

**Ron Z. Opher***
*NJ & PA Bars*

This office has been retained by the above-stated client to assist it in the collection of the funds you owe on your defaulted student loan(s). As of the date of this letter, the balance on the account is $6,283.93. Due to the fact that you have ignored all previous correspondence and attempts by this office to collect this debt, this firm, apparently, has no alternative but to commence a review of this account wherein an attempt is undertaken to determine the appropriateness, manner and method of further collection activity. In making a determination with respect to further collection activity the following factors shall be considered: balance outstanding to our client, presence of any valid legal defense to the obligation, effectiveness of prior collection efforts, whether there are sufficient means to satisfy the indebtedness or a substantial portion thereof, and whether the cost of litigation would exceed the likely recovery, if litigation were to be commenced.

**Michael F. Braun**
*AL & GA Bars*

**Richard G. Fowler***
*Fl Bar*

In view of the above, your reason for non-payment may have a substantial influence on this office's determination with regard to this account. It should also be noted that our client seeks a non-litigious resolution to this matter, and no decision has been made on whether a suit would ever be filed. Therefore, please contact Jeff Woods, one of our non-attorney account managers to discuss your intentions with respect hereto.

**Paul M. Weich**
*AZ Bar*

Unless payment in full is made after receipt of this letter or you contact this office to arrange for repayment or, in the alternative, you notify the firm with respect to your reason for non-payment, this office shall have no alternative but to proceed as outlined above.

**Randall Pratt***
*ME & NH Bars*

**Francesco Fabiano***
*NY Bar*

Sincerely,

*[signature]*

Arthur J. Tessimond, Jr.

**Robert G. Markoff***
*IL Bar*

**Stephen E. Kaplan**
*TX & NY Bars*

**Riecke Baumann**
*TX Bar*

**Gerald F. Dumas**
*OK Bar*

**Irvin Borenstein**
*CO Bar*

---

**Sanford J. Pollack**
*NE & MO Bars*

[1] *THIS CORRESPONDENCE IS FROM A DEBT COLLECTOR. AS SUCH THIS CORRESPONDENCE IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.*

**Michael R. Stillman***
*MI Bar*

[2] *IMPORTANT NOTICES APPEAR ON THE BACK OF THIS LETTER. PLEASE READ THEM AS THEY MAY AFFECT YOUR RIGHTS.*

**Jeffrey M. Wilson***
*ID Bar*

\* Of Counsel

**IMPORTANT NOTICES:**

THIS LAW FIRM EMPLOYS SOME PERSONS WHO ARE NOT ATTORNEYS TO MAINTAIN CERTAIN CORRESPONDENCE IN WHICH THOSE PERSONS DO NOT ENGAGE IN THE PRACTICE OF LAW. THE NAMES OF OUR ATTORNEYS APPEAR IN THE ROSTER OF FIRM ATTORNEYS ON THE REVERSE SIDE OF THIS LETTER.

ANY LETTER WITH A SERIES OF NUMBERS AND/OR LETTERS THAT APPEAR AFTER THE ALLEGED CREDITOR'S NAME IN THE 'RE:' SECTION OF THE LETTER WAS GENERATED BY A COMPUTERIZED PROCESS THAT WAS INITIATED FOLLOWING A REVIEW OF COMPUTERIZED DATA REFLECTING THE STATUS OF YOUR ACCOUNT. THIS DATA INCLUDES ITEMS SUCH AS YOUR NAME, ACCOUNT NUMBER, ACCOUNT STATUS, NAME OF THE ALLEGED CREDITOR, ALLEGED DEBT BALANCE, AND PAYMENT ACTIVITY OR LACK THEREOF. THIS COMPUTERIZED PROCESS WAS DESIGNED AND TESTED BY AN OFFICE ATTORNEY IN ORDER TO DETERMINE THE APPROPRIATENESS OF THE CORRESPONDENCE TO THE RECIPIENT. WHETHER THE LETTER STATES THAT THE PERSON SIGNING IT IS AN ATTORNEY, OR THE SIGNER'S NAME APPEARS IN THE ROSTER OF FIRM ATTORNEYS ON THE TOP OF THE LETTER, OR IF SIGNED BY A NON-ATTORNEY, THE REVIEW OF THE COMPUTERIZED DATA BASED UPON THE COMPUTERIZED PROCESS TO DETERMINE THE APPROPRIATENESS OF THE CORRESPONDENCE WAS MADE BY AN ATTORNEY AND AN ATTORNEY DID AUTHORIZE THE SENDING OF THE LETTER.

ATTORNEYS IN THIS LAW FIRM ARE LICENSED TO PRACTICE LAW OR COMMENCE LAWSUITS ONLY IN THOSE STATES LISTED ON THE REVERSE SIDE OF THIS LETTER. IN THE EVENT THAT THIS LAW FIRM, AT SOME POINT, SHOULD RECOMMEND TO ITS CLIENT THAT A LAWSUIT SHOULD BE COMMENCED IN A STATE WHERE THIS LAW FIRM IS NOT LICENSED TO DO SO, THE CLIENT, UPON DECIDING TO START SUCH A LAWSUIT, WILL DO SO ONLY THROUGH A LAW FIRM LICENSED IN YOUR STATE. FURTHERMORE, THE FACT THAT OUR LAW FIRM MAY RECOMMEND THAT A SUIT BE COMMENCED DOES NOT MEAN THAT THE CLIENT WILL ACCEPT THE RECOMMENDATION TO INITIATE SUIT.

**OFFICE HOURS:**   Monday through Thursday 8:00 AM - 9:00 PM, Friday 8:00 AM - 5:00 PM. Saturday 8:00 AM - 1:00 PM. (All times are Eastern)

**The following language is required by Colorado state law to be contained in all debt collection letters sent to Colorado residents; however all consumers have the same or similar rights under federal statutes:**

If you notify this office in writing to cease contacting you by telephone at your home or place of employment, no further contact shall be made. If you refuse to pay this debt, or wish this office to cease further communications, and you so advise this office, in writing, there will be no further communication with you except to advise you in writing that we intend to invoke specified remedies permitted by law or that we may invoke specified remedies which we ordinarily invoke, or to advise you that our efforts are being terminated. Collection agencies are licensed by the collection agency board in the department of law. The department of law's current address is: Collection Agency Board, State of Colorado, 1525 Sherman Street, 5th Floor, Denver, Colorado 80203. <u>Do not send payments to the collection agency board.</u>

Post Office Box 9043
Andover, MA 01810-0943

ADDRESS SERVICE REQUESTED

1052263003030320
MELANIE J FEUERSTEIN
1403 APPLEBRIAR LN.
MARLBORO, MA 01752

```
FEUE403    017523007 1C02 21 03/27/03
                                FORM 3547
FEUERSTEIN'MELANIE J % J FISHER
151 STONE RIDGE RD
FRANKLIN MA 02038-3169
```

0175244624 05

ADDRESS SERVICE REQUESTED

1052265003030320
MELANIE J FEUERSTEIN
1403 APPLEBRIAR LN.
MARLBORO, MA 01752

```
FEUE403    017523007 1C02 21 03/27/03
                                FORM 3547
FEUERSTEIN'MELANIE J % J FISHER
151 STONE RIDGE RD
FRANKLIN MA 02038-3169
```

0175244624 05

Post Office Box 9043
ndover, MA 01810-0943

DRESS SERVICE REQUESTED

1052266003030220
MELANIE J FEUERSTEIN
1403 APPLEBRIAR LN.
MARLBORO, MA 01752

```
FEUE403    017523028 1C02 21 02/27/03
NOTIFY SENDER OF NEW ADDRESS
FEUERSTEIN'MELANIE J % J FISHER
151 STONE RIDGE RD
FRANKLIN MA 02038-3169
```

0175244624 05