| | |
|---|---|
| Alabama | ZWICKER & ASSOCIATES, P.C. |
| Arizona | |
| California | ATTORNEYS AT LAW |
| Colorado | 800 FEDERAL STREET |
| Florida | ANDOVER, MASSACHUSETTS 01810-1041 |
| Idaho | Tel. (800) 370-2251 / (978) 686-2255 |
| Illinois | Fax (978) 686-3538 |
| Michigan | |
| Nebraska | |
| New Jersey | *Personal and Confidential* |
| New York | |
| Oklahoma | 1052263003030710                          07/16/2003 |
| Pennsylvania | MELANIE J FEUERSTEIN |
| Texas | 1403 APPLEBRIAR LN. |
| | MARLBORO, MA 01752 |

Re: Massachusetts Educational Financing Auth                 DFEL003
Account No: 000589556-97[1][2]        Balance: $10,757.29

**Paul W. Zwicker**
*MA Bar*

Dear MELANIE J FEUERSTEIN:

**Arthur J. Tessimond**
*MA & NH Bars*

This office has been retained by the above-stated client to assist it in the collection of the funds you owe on your defaulted student loan(s). As of the date of this letter, the balance on the account is $10,757.29. Due to the fact that you have ignored all previous correspondence and attempts by this office to collect this debt, this firm, apparently, has no alternative but to commence a review of this account wherein an attempt is undertaken to determine the appropriateness, manner and method of further collection activity. In making a determination with respect to further collection activity the following factors shall be considered: balance outstanding to our client, presence of any valid legal defense to the obligation, effectiveness of prior collection efforts, whether there are sufficient means to satisfy the indebtedness or a substantial portion thereof, and whether the cost of litigation would exceed the likely recovery, if litigation were to be commenced.

**Jocelyn A. Thomsen**
*MA & NH Bars*

**Amy Edith Britt**
*CA Bar*

**Andrew J. Dick**
*NY & FL Bars*

**Ron Z. Opher***
*NJ & PA Bars*

In view of the above, your reason for non-payment may have a substantial influence on this office's determination with regard to this account. It should also be noted that our client seeks a non-litigious resolution to this matter, and no decision has been made on whether a suit would ever be filed. Therefore, please contact Sean Russo, one of our non-attorney account managers to discuss your intentions with respect hereto.

**Michael F. Braun**
*AL & GA Bars*

**Richard G. Fowler***
*Fl Bar*

**Paul M. Weich**
*AZ Bar*

Unless payment in full is made after receipt of this letter or you contact this office to arrange for repayment or, in the alternative, you notify the firm with respect to your reason for non-payment, this office shall have no alternative but to proceed as outlined above.

**Randall Pratt***
*ME & NH Bars*

Sincerely,

**Francesco Fabiano***
*NY Bar*

*[signature]*

**Robert G. Markoff***
*IL Bar*

Arthur J. Tessimond, Jr.

**Stephen E. Kaplan**
*TX & NY Bars*

**Riecke Baumann**
*TX Bar*

**Gerald F. Dumas**
*OK Bar*

**Irvin Borenstein**
*CO Bar*

---

**Sanford J. Pollack**
*NE & MO Bars*

[1] *THIS CORRESPONDENCE IS FROM A DEBT COLLECTOR. AS SUCH THIS CORRESPONDENCE IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.*

**Michael R. Stillman***
*MI Bar*

[2] *IMPORTANT NOTICES APPEAR ON THE BACK OF THIS LETTER. PLEASE READ THEM AS THEY MAY AFFECT YOUR RIGHTS.*

**Jeffrey M. Wilson***
*ID Bar*

*\* Of Counsel*

| | |
|---|---|
| Alabama | ZWICKER & ASSOCIATES, P.C. |
| Arizona | ATTORNEYS AT LAW |
| California | 800 FEDERAL STREET |
| Colorado | ANDOVER, MASSACHUSETTS 01810-1041 |
| Florida | Tel. (800) 370-2251 / (978) 686-2255 |
| Idaho | Fax (978) 686-3538 |
| Illinois | |
| Michigan | |
| Nebraska | |
| New Jersey | *Personal and Confidential* |
| New York | |
| Oklahoma | 1052264003030710                                07/16/2003 |
| Pennsylvania | MELANIE J FEUERSTEIN |
| Texas | 1403 APPLEBRIAR LN. |
| | MARLBORO, MA 01752 |

Re: Massachusetts Educational Financing Auth          DFEL003
Account No: 000846063-98[12]         Balance: $12,334.98

Paul W. Zwicker
*MA Bar*

Dear MELANIE J FEUERSTEIN:

Arthur J. Tessimond
*MA & NH Bars*

This office has been retained by the above-stated client to assist it in the collection of the funds you owe on your defaulted student loan(s). As of the date of this letter, the balance on the account is $12,334.98. Due to the fact that you have ignored all previous correspondence and attempts by this office to collect this debt, this firm, apparently, has no alternative but to commence a review of this account wherein an attempt is undertaken to determine the appropriateness, manner and method of further collection activity. In making a determination with respect to further collection activity the following factors shall be considered: balance outstanding to our client, presence of any valid legal defense to the obligation, effectiveness of prior collection efforts, whether there are sufficient means to satisfy the indebtedness or a substantial portion thereof, and whether the cost of litigation would exceed the likely recovery, if litigation were to be commenced.

Jocelyn A. Thomsen
*MA & NH Bars*

Amy Edith Britt
*CA Bar*

Andrew J. Dick
*NY & FL Bars*

Ron Z. Opher*
*NJ & PA Bars*

In view of the above, your reason for non-payment may have a substantial influence on this office's determination with regard to this account. It should also be noted that our client seeks a non-litigious resolution to this matter, and no decision has been made on whether a suit would ever be filed. Therefore, please contact Sean Russo, one of our non-attorney account managers to discuss your intentions with respect hereto.

Michael F. Braun
*AL & GA Bars*

Richard G. Fowler*
*Fl Bar*

Unless payment in full is made after receipt of this letter or you contact this office to arrange for repayment or, in the alternative, you notify the firm with respect to your reason for non-payment, this office shall have no alternative but to proceed as outlined above.

Paul M. Weich
*AZ Bar*

Randall Pratt*
*ME & NH Bars*

Sincerely,

Francesco Fabiano*
*NY Bar*

Arthur J. Tessimond, Jr.

Robert G. Markoff*
*IL Bar*

Stephen E. Kaplan
*TX & NY Bars*

Riecke Baumann
*TX Bar*

Gerald F. Dumas
*OK Bar*

Irvin Borenstein
*CO Bar*

Sanford J. Pollack
*NE & MO Bars*

[1] THIS CORRESPONDENCE IS FROM A DEBT COLLECTOR. AS SUCH THIS CORRESPONDENCE IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Michael R. Stillman*
*MI Bar*

[2] IMPORTANT NOTICES APPEAR ON THE BACK OF THIS LETTER. PLEASE READ THEM AS

| | |
|---|---|
| Alabama<br>Arizona<br>California<br>Colorado<br>Florida<br>Idaho<br>Illinois<br>Michigan<br>Nebraska<br>New Jersey<br>New York<br>Oklahoma<br>Pennsylvania<br>Texas | **ZWICKER & ASSOCIATES, P.C.**<br>ATTORNEYS AT LAW<br>800 FEDERAL STREET<br>ANDOVER, MASSACHUSETTS 01810-1041<br>Tel. (800) 370-2251 / (978) 686-2255<br>Fax (978) 686-3538 |

*Personal and Confidential*

1052265003030710                                                                      07/16/2003
MELANIE J FEUERSTEIN
1403 APPLEBRIAR LN.
MARLBORO, MA 01752

Re: Massachusetts Educational Financing Auth         DFEL003
Account No: 001711878-99[1,2]         Balance: $13,445.60

Paul W. Zwicker
*MA Bar*

Dear MELANIE J FEUERSTEIN:

Arthur J. Tessimond
*MA & NH Bars*

This office has been retained by the above-stated client to assist it in the collection of the funds you owe on your defaulted student loan(s). As of the date of this letter, the balance on the account is $13,445.60. Due to the fact that you have ignored all previous correspondence and attempts by this office to collect this debt, this firm, apparently, has no alternative but to commence a review of this account wherein an attempt is undertaken to determine the appropriateness, manner and method of further collection activity. In making a determination with respect to further collection activity the following factors shall be considered: balance outstanding to our client, presence of any valid legal defense to the obligation, effectiveness of prior collection efforts, whether there are sufficient means to satisfy the indebtedness or a substantial portion thereof, and whether the cost of litigation would exceed the likely recovery, if litigation were to be commenced.

Jocelyn A. Thomsen
*MA & NH Bars*

Amy Edith Britt
*CA Bar*

Andrew J. Dick
*NY & FL Bars*

Ron Z. Opher*
*NJ & PA Bars*

In view of the above, your reason for non-payment may have a substantial influence on this office's determination with regard to this account. It should also be noted that our client seeks a non-litigious resolution to this matter, and no decision has been made on whether a suit would ever be filed. Therefore, please contact Sean Russo, one of our non-attorney account managers to discuss your intentions with respect hereto.

Michael F. Braun
*AL & GA Bars*

Richard G. Fowler*
*Fl Bar*

Unless payment in full is made after receipt of this letter or you contact this office to arrange for repayment or, in the alternative, you notify the firm with respect to your reason for non-payment, this office shall have no alternative but to proceed as outlined above.

Paul M. Weich
*AZ Bar*

Randall Pratt*
*ME & NH Bars*

Sincerely,

Francesco Fabiano*
*NY Bar*

Robert G. Markoff*
*IL Bar*

Arthur J. Tessimond, Jr.

Stephen E. Kaplan
*TX & NY Bars*

Riecke Baumann
*TX Bar*

Gerald F. Dumas
*OK Bar*

Irvin Borenstein
*CO Bar*

---

Sanford J. Pollack
*NE & MO Bars*

[1] **THIS CORRESPONDENCE IS FROM A DEBT COLLECTOR. AS SUCH THIS CORRESPONDENCE IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Michael R. Stillman*
*MI Bar*

[2] *IMPORTANT NOTICES APPEAR ON THE BACK OF THIS LETTER. PLEASE READ THEM AS THEY MAY AFFECT YOUR RIGHTS.*

Jeffrey M. Wilson*
*ID Bar*

\* Of Counsel

**ZWICKER & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
800 FEDERAL STREET
ANDOVER, MASSACHUSETTS 01810-1041
Tel. (800) 370-2251 / (978) 686-2255
Fax (978) 686-3538

Alabama
Arizona
California
Colorado
Florida
Idaho
Illinois
Michigan
Nebraska
New Jersey
New York
Oklahoma
Pennsylvania
Texas

Paul W. Zwicker
*MA Bar*

Arthur J. Tessimond
*MA & NH Bars*

Jocelyn A. Thomsen
*MA & NH Bars*

Amy Edith Britt
*CA Bar*

Andrew J. Dick
*NY & FL Bars*

Ron Z. Opher*
*NJ & PA Bars*

Michael F. Braun
*AL & GA Bars*

Richard G. Fowler*
*Fl Bar*

Paul M. Weich
*AZ Bar*

Randall Pratt*
*ME & NH Bars*

Francesco Fabiano*
*NY Bar*

Robert G. Markoff*
*IL Bar*

Stephen E. Kaplan
*TX & NY Bars*

Riecke Baumann
*TX Bar*

Gerald F. Dumas
*OK Bar*

Irvin Borenstein
*CO Bar*

Sanford J. Pollack
*NE & MO Bars*

Michael R. Stillman*
*MI Bar*

Jeffrey M. Wilson*
*ID Bar*

\* Of Counsel

---

*Personal and Confidential*

1052266003030710
MELANIE J FEUERSTEIN
1403 APPLEBRIAR LN.
MARLBORO, MA 01752

07/16/2003

Re: Massachusetts Educational Financing Auth                DFEL003
Account No: 001886522-00[1][2]         Balance: $6,283.93

Dear MELANIE J FEUERSTEIN:

This office has been retained by the above-stated client to assist it in the collection of the funds you owe on your defaulted student loan(s). As of the date of this letter, the balance on the account is $6,283.93. Due to the fact that you have ignored all previous correspondence and attempts by this office to collect this debt, this firm, apparently, has no alternative but to commence a review of this account wherein an attempt is undertaken to determine the appropriateness, manner and method of further collection activity. In making a determination with respect to further collection activity the following factors shall be considered: balance outstanding to our client, presence of any valid legal defense to the obligation, effectiveness of prior collection efforts, whether there are sufficient means to satisfy the indebtedness or a substantial portion thereof, and whether the cost of litigation would exceed the likely recovery, if litigation were to be commenced.

In view of the above, your reason for non-payment may have a substantial influence on this office's determination with regard to this account. It should also be noted that our client seeks a non-litigious resolution to this matter, and no decision has been made on whether a suit would ever be filed. Therefore, please contact Sean Russo, one of our non-attorney account managers to discuss your intentions with respect hereto.

Unless payment in full is made after receipt of this letter or you contact this office to arrange for repayment or, in the alternative, you notify the firm with respect to your reason for non-payment, this office shall have no alternative but to proceed as outlined above.

Sincerely,

Arthur J. Tessimond, Jr.

---

[1] *THIS CORRESPONDENCE IS FROM A DEBT COLLECTOR. AS SUCH THIS CORRESPONDENCE IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.*

[2] *IMPORTANT NOTICES APPEAR ON THE BACK OF THIS LETTER. PLEASE READ THEM AS THEY MAY AFFECT YOUR RIGHTS.*

Post Office Box 9043
Andover, MA 01810-0943

ADDRESS SERVICE REQUESTED

1052263003030710
MELANIE J FEUERSTEIN
1403 APPLEBRIAR LN.
MARLBORO, MA 01752

FEUE403   017523016 1C02 13 07/22/
                                FORM 3547
FEUERSTEIN'MELANIE J % J FISHER
151 STONE RIDGE RD
FRANKLIN MA 02038-3169

Post Office Box 9043
Andover, MA 01810-0943

ADDRESS SERVICE REQUESTED

1052266003030710
MELANIE J FEUERSTEIN
1403 APPLEBRIAR LN.
MARLBORO, MA 01752

FEUE403   017523016 1C02 13 07/22/03
                                FORM 3547
FEUERSTEIN'MELANIE J % J FISHER
151 STONE RIDGE RD
FRANKLIN MA 02038-3169

Post Office Box 9043
Andover, MA 01810-0943

ADDRESS SERVICE REQUESTED

1052266003030710
MELANIE J FEUERSTEIN
1403 APPLEBRIAR LN.
MARLBORO, MA 01752

FEUE403   017523016 1C02 13 07/22/
                                FORM 3547
FEUERSTEIN'MELANIE J % J FISHER
151 STONE RIDGE RD
FRANKLIN MA 02038-3169