UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELANIE JOI FEUERSTEIN, On behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZWICKER & ASSOCIATES, P.C., PAUL W. ZWICKER, JEFF WOODS, BRIAN COYLE, ARTHUR J. TESSIMOND, JR., PHILLIP M. THOMPSON, ROBERT W. THUOTTE, and DOES 1-5,<br><br>Defendants. | *<br>*<br>*<br>*<br>*    Civil Action No. 04-11593-JLT<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

ORDER

September 13, 2005

TAURO, J.

After the Further Conference held on September 13, 2005, this court hereby orders that:

1. Plaintiff's Emergency Motion for Contempt [#55] is DENIED as MOOT.

2. Plaintiff's Motion for Leave to File a Third Amended Complaint [#63] is ALLOWED.

3. Plaintiff may depose: (1) Zwicker & Associates, P.C.; (2) Paul Zwicker; (3) Jeff Woods; (4) Brian Coyle; (5) Arthur Tessimond, Jr.; (6) Phillip M. Thompson; (7) Massachusetts Educational Finance Authority ("MEFA"); (8) William Schwank; (9) Michael DeZorett; and (10) Key Bank;

4. Defendant may depose: (1) William Schwank; (2) Kenneth Quat; (3) Michael DeZorett; (4) Jason Fisher; (5) Ms. Feuerstein's present and former employers

whose names are currently unknown; (6) Ms. Feuerstein's medical and mental health providers, including, but not limited to her doctors, psychologists, psychiatrists, counselors, and therapists; (7) Utility companies, telephone companies, and other companies providing services to Ms. Feuerstein at a residential address; and (8) Ms. Feuerstein's banking and investment companies;

5. All abovementioned depositions must be completed by February 28, 2006;

6. No further discovery will be permitted without leave of this court; and

7. A Further Conference will be held on March 7, 2006 at 10:30 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge