# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELANIE JOI FEUERSTEIN, On behalf of herself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ZWICKER & ASSOCIATES, P.C., PAUL W. ZWICKER, JEFF W WIDRONIK a/k/a "Jeff Woods" BRIAN COYLE, ARTHUR J. TESSIMOND, JR., PHILLIP M. THOMPSON,  and DOES 1-5 <br><br> Defendants | Civil Action No. 04-11593-JLT |

## DEFENDANTS' MOTION TO DISMISS CERTAIN COUNTS OF PLAINTIFF'S COMPLAINT

NOW COME the defendants, Zwicker & Associates, P.C., Paul W. Zwicker, Jeff Widronik, Brian Coyle, Arthur J. Tessimond, Jr., and Phillip M. Thompson (collectively referred to hereinafter as "defendants"), and move that this Court dismiss, pursuant to Fed. R. Civ. P. 12(b)(6), Counts VII, IX, and XI of the plaintiff's Third Amended Complaint, as well as all claims against Paul W. Zwicker, as the plaintiff has failed to state a claim upon which relief can be granted.  In support of their Motion, the defendants rely on the accompanying Memorandum of Law.

WHEREFORE, the defendants respectfully requests that the Court dismiss all claims against Paul W. Zwicker from this action as the plaintiff has failed to state a claim against him upon which relief can be granted and that the Court dismiss Counts VII, IX,

44441.3

and XI as against all defendants as the allegations in those counts fail to state a claim upon which relief can be granted.

## GOOD FAITH ATTEMPT TO NARROW ISSUES

Pursuant to Local Rule 7.1(A)(2), counsel for the defendants certify that they have conferred with counsel for the plaintiff in an attempt, in good faith, to narrow the issues raised herein.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), the defendants request that oral argument be permitted.

Respectfully Submitted,
ZWICKER & ASSOCIATES, P.C.,
PAUL W. ZWICKER, JEFF
WRODONIK, BRIAN COYLE,
ARTHUR J. TESSIMOND, JR., and
PHILLIP M. THOMPSON
The defendants,

 /s/ Mark R. Freitas
William T. Bogaert, BBO #546321
Mark R. Freitas, BBO #641205
Thomas A. Leghorn, (*pro hac vice*)
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER  LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

44441.3

## CERTIFICATE OF SERVICE

I, Mark R. Freitas, do hereby certify that I have on this 8th day of November 2005, served a copy of the foregoing on the following:

    Kenneth Quat, Esq.
    9 Dammonmill Square
    Suite 4A-4
    Concord, MA  01742

    Robert W. Thuotte
    Zwicker & Associates
    100 Old River Road
    Andover, MA 01810

    /s/ Mark R. Freitas
    Mark R. Freitas

44441.3