## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELANIE JOI FEUERSTEIN,  )<br>On behalf of herself and others similarly )<br>situated, )<br>    Plaintiffs )<br> )<br>v. )<br> )<br>ZWICKER & ASSOCIATES, P.C., )<br>PAUL W. ZWICKER, )<br>JEFF WIDRONIK, )<br>BRIAN COYLE, )<br>ARTHUR J. TESSIMOND, JR., )<br>PHILLIP M. THOMPSON, and )<br>DOES 1 – 5 ) | C.A. Number 04-11593-JLT |

## PLAINTIFF'S ASSENTED-TO MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS

Plaintiff hereby moves that this Honorable Court extend the time to December 8, 2005, for her to file an opposition to defendants' motion to dismiss certain counts of plaintiff's complaint. As grounds, plaintiff states that settlement negotiations between the parties have re-commenced, and the parties have a reasonable expectation that a settlement can be reached by December 7, 2005. The requested extension of time will permit the parties to concentrate on reaching a settlement, will conserve the parties' resources, and will promote judicial economy.

Accordingly, the time by which plaintiff must file an opposition to defendants' motion to dismiss should be extended to December 8, 2005.

Defendants, through counsel, have assented to this motion.

/s/ Kenneth D. Quat
BBO 408640
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848
ken@quatlaw.com

Certificate of Service

I hereby certify that a copy of the foregoing has been served via first class mail, postage prepaid, on the date below to: Robert W. Thuotte, Esq., Zwicker & Assoc., P.C., 800 Federal St., Andover MA 01810.

/s/Kenneth D. Quat

Date: 11/23/05