UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELANIE JOI FEUERSTEIN, )<br>On behalf of herself and others similarly )<br>situated, )<br>                Plaintiffs )<br>)<br>v. )<br>)<br>ZWICKER & ASSOCIATES, P.C., )<br>PAUL W. ZWICKER, )<br>JEFF WIDRONIK, )<br>BRIAN COYLE, )<br>ARTHUR J. TESSIMOND, JR., )<br>PHILLIP M. THOMPSON, and )<br>DOES 1 – 5 ) | C.A. Number 04-11593-JLT |

**PLAINTIFF'S ASSENTED-TO MOTION TO FURTHER EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS**

Plaintiff hereby moves that this Honorable Court extend the time to December 23, 2005, for her to file an opposition to defendants' motion to dismiss certain counts of plaintiff's complaint. As grounds, plaintiff states that the parties have made substantial progress in settlement negotiations but require additional time to finalize certain details and execute a Memorandum of Understanding. The parties believe this can be accomplished by December 23, 2005.

Accordingly, the time by which plaintiff must file an opposition to defendants' motion to dismiss should be extended to December 23, 2005.

Defendants, through counsel, have assented to this motion.

/s/ Kenneth D. Quat
BBO 408640
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848
ken@quatlaw.com

Certificate of Service

I hereby certify that a copy of the foregoing has been served via first class mail, postage prepaid, on the date below to: Robert W. Thuotte, Esq., Zwicker & Assoc., P.C., 800 Federal St., Andover MA 01810.

/s/Kenneth D. Quat

Date: 12/8/05