UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELANIE JOI FEUERSTEIN, On behalf of herself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ZWICKER & ASSOCIATES, P.C., PAUL W. ZWICKER, JEFF WOODS, BRIAN COYLE, ARTHUR J. TESSIMOND, JR., PHILLIP M. THOMPSON, ROBERT W. THUOTTE, and DOES 1-5, <br><br> Defendants. | Civil Action No. 04-11593-JLT |

## ORDER

March 9, 2006

TAURO, J.

After the Status Conference held on March 7, 2006, this court hereby orders that:

1. Plaintiff has until 12:00 p.m. on Friday March 10, 2006 to sign the confidentiality agreement discussed in open court;

2. Defendants will provide Plaintiff with the list of subclass members, as discussed in open court, no later than Friday March 10, 2006 at 12:00 p.m.;

3. Plaintiff has until 12:00 p.m. on March 15, 2006 to review and return to Defendants the settlement agreement documents discussed in open court;

4. No further extensions will be allowed; and

1

5.     A Further Conference is scheduled for March 23, 2006, at 10:00 a.m.

IT IS SO ORDERED.

                                                       /s/ Joseph L. Tauro
                                            United States District Judge