UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MELANIE JOI FEUERSTEIN, On behalf of herself and others similarly situated, | * * * | |
| Plaintiff, | * * | Civil Action No. 04-11593-JLT |
| v. | * * | |
| ZWICKER & ASSOCIATES, P.C., PAUL W. ZWICKER, JEFF WOODS, BRIAN COYLE, ARTHUR J. TESSIMOND, JR., PHILLIP M. THOMPSON, ROBERT W. THUOTTE, and DOES 1-5, | * * * * * * | |
| Defendants. | * * | |

## ORDER

April 11, 2006

TAURO, J.

After the Status Conference held on April 11, 2006, this court hereby orders that:

1.  A Preliminary Approval Hearing will be held on April 27, 2006 at 11:00 a.m.; and

2.  Trial will begin on June 5, 2006 at 10:00 a.m.

IT IS SO ORDERED.

                                                      /s/ Joseph L. Tauro
                                        United States District Judge