UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELANIE JOI FEUERSTEIN, )<br>On behalf of herself and others similarly )<br>situated, )<br>                Plaintiffs )<br> )<br>v. )<br> )<br>ZWICKER & ASSOCIATES, P.C., )<br>PAUL W. ZWICKER, )<br>JEFF WOODS, )<br>BRIAN COYLE, )<br>ARTHUR J. TESSIMOND, JR., )<br>PHILLIP M. THOMPSON, and )<br>DOES 1 – 5 ) | C.A. Number 04-11593-JLT |

**MOTION OF KENNETH D. QUAT, ESQUIRE, TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

COMES NOW Kenneth D. Quat, Esquire, and moves that this Honorable Court permit him to withdraw as counsel of record for the plaintiff in this action. As grounds, the moveant states:

1. Plaintiff has refused to follow counsel's professional advice with respect to the conduct of this litigation, specifically, whether to enter into a settlement of her individual and class claims. The proposed settlement was produced as a result of two years' of litigation, including two days of mediation, and in counsel's opinion represents an excellent result for plaintiff and the absent class members. In counsel's view, plaintiff's reasons for not proceeding with settlement are unrelated to the substance of same, particularly with respect to the relief obtained for class members.

2. Communication between plaintiff and counsel has deteriorated significantly over the course of the past several weeks, and appears to have completely broken down in view of their widely disparate views regarding strategy and settlement.

3. Counsel is currently representing plaintiff in a related action pending in this Court. On May 22, 2006, counsel was compelled to serve plaintiff with a motion to withdraw in that case due to similar areas of concern, as well as disagreements regarding financial arrangements.

4. In view of the above, counsel does not believe in good faith that he can continue to provide effective representation to plaintiff in this action, particularly if it proceeds to trial.

Certification Pursuant to Local Rule 7.1(A)(2)

I, Kenneth D. Quat, hereby certify that I have attempted to discuss the issues raised by this motion with plaintiff on numerous occasions, but have not been able to resolve same.

/s/ Kenneth D. Quat
BBO 408640
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848
ken@quatlaw.com

<u>Certificate of Service</u>

I hereby certify that a copy of the foregoing has been served via electronic and overnight express mail on the date below to: Melanie J. Feuerstein, 430 Franklin Village Drive #126, Franklin MA 02038.

/s/Kenneth D. Quat

Date: 6/12/06