# United States District Court
# District of Massachusetts

**MELANIE JOI FEUERSTEIN, ETC.,**
    Plaintiff,

    v.                               CIVIL ACTION NO. 2004-11593-WGY

**ZWICKER & ASSOCIATES, P.C., ET AL.,**
    Defendants.

## *REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE*

COLLINGS, U.S.M.J.

    On June 16, 2006, I held the following ADR proceeding:

| | | | |
|---|---|---|---|
| \_\_\_\_\_ | EARLY NEUTRAL EVALUATION | \_\_X\_\_ | MEDIATION |
| \_\_\_\_\_ | MINI-TRIAL | \_\_\_\_\_ | SUMMARY JURY TRIAL |
| \_\_\_\_\_ | SETTLEMENT CONFERENCE | | |

Plaintiff's and defendant's counsel participated; the plaintiff and representatives of the defendant Zwicker & Associates, P.C., were present.

[X]    The case was SETTLED; the Settlement Agreement has been filed and SEALED. Papers necessary to close the case will be forthcoming.


<u>June 16, 2006</u>                             *Robert B. Collings*
DATE                                        ROBERT B. COLLINGS
                                               United States Magistrate Judge

Copy to:    Judge Young
               Rebecca Tyler, Esquire,
              Counsel for all parties.