UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MELANIE JOI FEUERSTEIN,** )<br>**On behalf of herself and others similarly** )<br>**situated,** )<br>           **Plaintiff,** )<br> )<br>**v.** )<br> )<br>**ZWICKER & ASSOCIATES, P.C.,** )<br>**PAUL W. ZWICKER,** )<br>**JEFF W WIDRONIK a/k/a "Jeff Woods"** )<br>**BRIAN COYLE,** )<br>**ARTHUR J. TESSIMOND, JR.,** )<br>**PHILLIP M. THOMPSON, and** )<br>**DOES 1-5,** )<br>           **Defendants** ) | Civil Action No. 04-11593-WGY |

**MOTION TO RE-OPEN CASE AND TO SCHEDULE HEARING FOR
PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

Eileen Feuerstein, Administratrix of the Estate of Melanie Joi Feuerstein, hereby moves that this Honorable Court re-open this case and schedule a hearing for preliminary approval of the class settlement reached by the parties. As grounds for this motion, plaintiff states:

1. On June 16, 2006, the parties appeared for a final mediation session with the Honorable Robert Collings. As a result of said mediation, a written settlement agreement with respect to Melanie Joi Feuerstein's individual claims was executed and filed with the Court. At the same time, the parties reached an agreement in principle on the class action claims against Zwicker & Associates, P.C., and reported those claims to the Court as settled. The docket was updated inadvertently (and incorrectly) to reflect that the case was "closed."

2. Since that that time, the parties have been attempting to finalize certain remaining issues with respect to the form and substance of the class settlement documents. In addition, in February, 2007, Melanie Joie Feuerstein unexpectedly passed away. Concurrently with the filing of this motion, Eileen Feuerstein – Melainie Feuerstein's duly-appointed administratrix - is filing a motion to substitute as plaintiff.

3. The parties have in fact reached agreement on the final language of all settlement documents. Eileen Feuerstein has executed the settlement agreement, and plaintiff's counsel has been informed that the signature page is expected from defendant shortly and that defendant does not object to the filing of the instant motion.

Accordingly, plaintiff requests that this case be re-opened, that the Court schedule a hearing for the joint motion for preliminary approval, and – in the Court's discretion – also set a date for the filing of the joint motion and other settlement documents.

*/s/Kenneth D. Quat*
BBO#408640
Attorney for Plaintiff
QUAT LAW OFFICES
9 Dammonmill Square, Suite 4A-4
Concord, MA  01742
(978) 369-0848
ken@quatlaw.com