UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MELANIE JOI FEUERSTEIN,**  )<br>On behalf of herself and others similarly  )<br>situated,  )<br>        **Plaintiff,**  )<br>)<br>v.  )<br>)<br>**ZWICKER & ASSOCIATES, P.C.,**  )<br>**PAUL W. ZWICKER,**  )<br>**JEFF W WIDRONIK a/k/a "Jeff Woods"** )<br>**BRIAN COYLE,**  )<br>**ARTHUR J. TESSIMOND, JR.,**  )<br>**PHILLIP M. THOMPSON, and**  )<br>**DOES 1-5,**  )<br>        **Defendants**  ) | Civil Action No. 04-11593-WGY |

## MOTION TO SUBSTITUTE PARTY

Eileen Feuerstein, Administratrix of the Estate of Melanie Joi Feuerstein, hereby moves that this Court permit her to substitute as plaintiff in this action. As grounds, Eileen Feuerstein states that plaintiff Melanie Joi Feuerstein passed away on February 8, 2007, and that said Eileen Feuerstein was appointed administratrix of Melanie Joi Feuerstein's estate on March 13, 2007 by the Norfolk County Probate Court (docket no. 07P0612).

Defendants have assented to this motion.

                                            */s/Kenneth D. Quat*
                                            BBO#408640
                                            Attorney for Plaintiff
                                            QUAT LAW OFFICES
                                            9 Dammonmill Square, Suite 4A-4
                                            Concord, MA  01742
                                            (978) 369-0848
                                            ken@quatlaw.com