*FIRM RESUME*

**QUAT LAW OFFICES**
**Attorney Kenneth D. Quat**
**9 Damonmill Square, Suite 4A-4**
**Concord MA 01742**
**Phone: 978-369-0848  Fax: 978-371-2296**

**Notable Class Action Cases**

- *Deke et al. v. Cardservice International, Inc.*, No. BC271679 (Los Angeles County Superior Court). Served as co-lead class counsel in case challenging the lawfulness of early termination fees imposed by a major credit card processor. A settlement on behalf of a nationwide class was obtained which ended the imposition of the fees, achieved monetary relief with potential value in excess of $7 million (refunds and debt cancellation), and resulted in credit repair for class members.

- *Martin v. Axin Financial Services, Inc.,* et al, No. 03CC04236 (Orange County Cal. Superior Court). Served as co-lead class counsel in case challenging the lawfulness of certain contracts purporting to be finance leases. A settlement on behalf of a nationwide class was reached which resulted in refunds and debt cancellation in excess of $2 million, plus credit repair for class members.

- *Smith v. Galaxy Mall, Inc., et al.*, No. 03C05871 (Orange County Cal. Superior Court). Served as co-lead class counsel in case challenging the lawfulness of certain finance leases and the marketing scheme which resulted in same. A settlement on behalf of a class of California residents was reached which resulted in refunds and debt cancellation of approximately $420,000, plus credit repair for class members.

-*Brennan v. Progressive Financial Services,* Civil No. 06-11357-NG (U.S. District Court, District of Massachusetts). Appointed class counsel in case alleging FDCPA violations in student loan collections. Preliminary approval granted May 4, 2007.

- *Kwaak v. Pfizer, Inc.,* Civil No. 05-122 (Mass. Sup. Ct.). Appointed co-lead class counsel in false advertising case brought under G.L. c. 93A.

- Currently serving as lead or local counsel in the following consumer class actions where certification is either pending or not yet sought: *McGeary v. Gillette Co,* 05-11177 (U.S. District Court, District of Massachusetts)(false advertising); *Kemp v. Ganick, O'Brien & Sarin,* No. 05-11516 (U.S. District Court, District of Massachusetts)(unfair debt collection); *Gathuru v. Credit Control, Inc.,* 07-40169-FDS (U.S. District Court, District of Massachusetts)(unfair debt collection); *Duenas v. American Laser Centers, LLC,* 06-4153 (Sup.Ct., Massachusetts)(unfair/deceptive cancellation policy); *Morris v. Redwoods Empire Bancorp* (Orange County Cal. Superior Court)(unfair competition).

**Notable Reported Cases**

- *Intech v. Triple "C" Marine Salvage, Inc.,* 444 Mass. 122 (2005)
- *Kwaak v. Pfizer, Inc.,* 379 F.Supp.2d 161, *aff'd.* 424 F.3d 43 (1st Cir. 2005)(per curiam)
- *DirecTV v. Deskin,* 363 F.Supp.2d 254 (D.Conn. 2005)
- *In Re Coutts*, 263 B.R. 394 (D. Mass. 2001)
- *Morris v. Redwood Empire Bancorp,* 27 Cal.Rptr.3d 797 (Cal.App. 4th 2005)

**Memberships/Affiliations**

- National Association of Consumer Advocates

- National Consumer Law Center (conference speaker)

- American Association for Justice (formerly ATLA)

- Massachusetts Bar Association


**Education**

- University of Rochester, Rochester NY (BA. History, 1973)
    - Phi Beta Kappa; Ellison Prize

- University of North Carolina School of Law (J.D. 1979)

**Professional Background**

- Associate, Baker & Fine, Cambridge MA (1980-81)

- Law Office of Kenneth D. Quat, Maynard MA (1981-1992)

- Partner, Arnold & Kangas, P.C., Concord MA (1992-2000)

- Quat Law Offices, Concord MA (2000 – present)

**Bar Admissions**

- North Carolina (1979)
- Massachusetts (1980)
- U.S. District Court, District of Massachusetts (1981)
- First Circuit Court of Appeals (1981)
- U.S. District Court, District of Connecticut (2003)
- U.S. District Court, District of Vermont (2004).