**ZWICKER & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
800 FEDERAL STREET
ANDOVER, MASSACHUSETTS 01810-1041
Tel. (800) 370-2251 / (978) 686-2255
Fax (978) 686-3538

Paul W. Zwicker
*MA Bar*

Robert W. Thuotte
*MA Bar*

Amy Edith Britt
*CA Bar*

Emahn Counts
*CA Bar*

Andrew J. Dick
*NY & FL Bars*

Barbara A. Carnevale
*MA Bar*

Mireille H. Vartanian
*MA Bar*

Alina Gorodetsky
*MA Bar*

Ron Z. Opher*
*NJ & PA Bars*

Dwight Baylor
*AZ & VA Bars*

Debra Dawn
*FL, NC, NY & TX Bars*

Mitchell A. Meyers*
*NC Bar*

Randall Pratt*
*ME & NH Bars*

Robert G. Markoff*
*IL Bar*

Temple B. Ingram, Jr.
*TX & NM Bars*

Irvin Borenstein
*CO & NY Bars*

Sanford J. Pollack
*NE & MO Bars*

Shannon M. Pawley
*MI Bar*

Jeffrey M. Wilson*
*ID Bar*

Jessica Ellicott*
*VT Bar*

\* Of Counsel

***Personal and Confidential***
«First» «Last»
«Addr1» «Addr2»
«City», «State» «Zip»

«reqdate»

Re: «client1»                                          DFELNLS
Account No: «Acct_No»[12]                 Balance: $«total»

Dear «First» «Last»:

As stated in our previous correspondence, this office has been retained by the above stated creditor, Massachusetts Educational Financing Authority (MEFA) to assist it in the collection of your defaulted student loan(s). This letter sets forth the balance on your account. Your balance includes a collection cost in the amount of 18% of the balance placed with this firm. The 18% cost represents a contingent fee which this firm will be entitled to receive upon its collection of amounts owed on your note(s). This firm has added that 18% cost onto the placed balance for the following reason: the promissory note(s) which you signed state(s) that if MEFA hires a collection agency or law firm to collect any amount owing under your note(s), you shall pay all of MEFA's costs and expenses, including reasonable attorneys fees, subject to any law limiting the obligation of you or any co-signer to pay such amounts.

This letter was created following a limited review of your account data, and thus far no attorney has conducted any meaningful review of the circumstances of your specific account. It is our hope that you will take this opportunity to contact our office concerning this matter.

The breakdown of your total balance is as follows:

                                    Principal:

                                    Interest:

                                    Collection Cost:

Please contact this office to discuss repayment with «Recoverer», one of our non-attorney account managers.

                                    Very truly yours,

                                    ZWICKER & ASSOCIATES, P.C.

---

[1] This firm is debt collector.

[2] Important notices appear on the back of this letter. Please read them as they may affect your rights.