UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EILEEN FEUERSTEIN, Administratrix of the Estate of Melanie Joi Feuerstein, on behalf of herself and others similarly situated<br>    Plaintiff,<br><br>vs.<br><br>ZWICKER & ASSOCIATES, P.C., PAUL W. ZWICKER, JEFF WIDRONAK a/k/a "Jeff Woods", BRIAN COYLE, ARTHUR J. TESSIMOND, JR., PHILLIP M. THOMPSON, AND DOES 1-5<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-11593-WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF ADDRESS

Please note that as of September 1, 2007 counsel for the above referenced Defendants will be relocating to the following address:

Wilson, Elser, Moskowitz, Edelman & Dicker LLP
260 Franklin Street, 14th Floor
Boston, MA  02110-3112
Telephone: (617) 422-5300
Facsimile: (617) 423-6917

Respectfully Submitted,
The defendants,

 /s/ Mark R. Freitas
William T. Bogaert, BBO #546321
Mark R. Freitas, BBO #641205
Wilson, Elser, Moskowitz, Edelman &
   Dicker LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

89077.2

**CERTIFICATE OF SERVICE**

  I, Mark R. Freitas, hereby certify that on August 24, 2007 the within *Notice of Change of Address* was filed electronically and is available for viewing and downloading from the ECF system.  As the defendants are not aware of one party who has not consented to electronic service, pursuant to L.R. 5.4(C), electronic filing upon counsel of record is the sole means of service of this document to all parties

                */s/ Mark R. Freitas*
                Mark R. Freitas

89077.2