UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
EILEEN FEUERSTEIN,                              )
Administratrix of the Estate of                 )
Melanie Joi Feuerstein,                         )
On behalf of herself and others similarly       )
situated,                                       )
                                                )
            Plaintiff,                          )
                                                )
v.                                              )   Civil Action No. 04-11593-WGY
                                                )
ZWICKER & ASSOCIATES, P.C.,                     )
PAUL W. ZWICKER,                                )
JEFF W WIDRONIK a/k/a "Jeff Woods"              )
BRIAN COYLE,                                    )
ARTHUR J. TESSIMOND, JR.,                       )
PHILLIP M. THOMPSON,        and                 )
DOES 1-5                                        )
                                                )
            Defendants                          )
_____

**DECLARATION OF KENNETH D. QUAT CONCERNING OBJECTIONS AND
REQUESTS FOR EXCLUSION BY CLASS MEMBERS**

I, Kenneth D. Quat, hereby depose and state:

1. I am an attorney admitted to practice in the Commonwealth of Massachusetts since 1980. I have also been admitted to practice in various other jurisdictions and courts, including the United States District Court for the District of Massachusetts. I maintain my office in Concord, Massachusetts. A summary of my qualifications was filed with the Court as Exhibit A to the motion for preliminary approval, approved by the Court on July 24, 2007. I have been appointed to represent the class in this matter.

2. Pursuant to the terms of the Class Settlement Agreement, class members electing to exclude themselves from the settlement were required to send a written notice to said effect to my office within 75 days of the date of preliminary approval. No requests for exclusion were received by me within said time period or at any time thereafter.

3. Pursuant to the terms of the Class Settlement Agreement, class members wishing to object to the settlement were to file such objection with the Clerk of Court and provide a copy to me within 75 days of the date of preliminary approval. No objections were received by me within said time period or at any time thereafter.

Signed under the penalties of perjury this 26th day of October, 2007.

*/s/Kenneth D. Quat*
BBO #408640
QUAT LAW OFFICES
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848
ken@quatlaw.com