UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EILEEN FEUERSTEIN,<br>Administratrix of the Estate of<br>Melanie Joi Feuerstein,<br>On behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ZWICKER & ASSOCIATES, P.C.,<br>PAUL W. ZWICKER,<br>JEFF W WIDRONIK a/k/a "Jeff Woods"<br>BRIAN COYLE,<br>ARTHUR J. TESSIMOND, JR.,<br>PHILLIP M. THOMPSON, and<br>DOES 1-5<br><br>    Defendants | Civil Action No. 04-11593-WGY |

## AFFIDAVIT OF MARK R. FREITAS

1. I, Mark R. Freitas, am attorney of record for the defendants in this action.

2. On August 6, 2007, I mailed the appropriate class action notices to each individual member of the class to their last known address (See Exhibit A).

3. I received returned mail for six putative class members, Cynthia Cringan, Edward Myers, Mark Johnson, Stephen Crossland, James Meegan, and Adelino Lucas.

4. For each of those putative class members that I received returned mail for, I researched new addresses by using various electronic databases within Westlaw and Lexis.

5. On August 9, 2007, I mailed notices to the new addresses for Cynthia Cringan, Edward Myers, and Mark Johnson.

6. On August 23, 2007, I learned that Adelino Lucas was deceased and I ordered a copy of his death certificate.

7. On August 30, 2007, I mailed notices to the new addresses for Stephen Crossland, and James Meegan.

97949.1

8. On September 7, 2007, I received a copy of Adelino Lucas's death certificate and identified next of kin.

9. On September 7, 2007, I mailed the class action notice to the Estate of Adelino Lucas c/o Jennifer Lucas.

10. On September 18, 2007, I received returned mail sent to the Estate of Adelino Lucas c/o Jennifer Lucas.

11. On September 18, 2007, I mailed the class action notice to the Estate of Adelino Lucas c/o Cynthia Lucas by certified mail, return receipt requested.

12. On September 28, 2007, Cynthia Lucas signed for the class action notice (See Exhibit B).

13. On October 4, 2007, I received a letter from Kerry Cudmore, the ex-wife of William McCarthy, a putative class member, explaining the reasons why she should receive certain funds.

14. I confirmed that Kerry Cudmore was actually a co-maker on her ex-husband's loan and was the only person to engage in discussions with the defendants.

15. On October 9, 2007, I received returned mail sent to the second address for James Meegan.

16. On October 9, 2007, I performed additional research using Westlaw and Lexis databases to determine the last known address for James Meegan.

17. On October 9, 2007, I mailed the class action notice to the last known address for James Meegan.

18. After an investigation into the claims made by Kerry Cudmore and engaging in discussions with Class Counsel, I determined that an additional notice should be sent to William McCarthy to ensure that he received actual notice separate from the one sent to his prior residence, which his ex-wife received.

19. On October 23, 2007, I mailed the class action notice to the last known address for William McCarthy.

20. Every time mail was returned as non-deliverable, I was able to locate a new address for the putative class members.

21. I sent out all notices as expeditiously as possible under the circumstances.

22. I have no reason to believe that any putative class member did not receive actual notice of the class action settlement in this case.

97949.1

SIGNED UNDER THE PENALTIES OF PERJURY

10/25/07
_____
Date

_____
Mark R. Freitas, BBO #641205
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
260 Franklin Street
Boston, MA 02110
(617) 422-5300

97949.1