**Name and Address of Sender**
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
155 Federal Street
Boston, MA 02110

Affix Stamp
(If issues as a
of mailing, or
additional cop
Postmark a



U.S. POSTAGE
PAID
BOSTON, MA
02205
AUG 06, '07
AMOUNT
$17.50
0000
00024738-04

| | Address (Name, Street, City, State & Zip Code) | Postage | Fee | Charge | If Registered | Value |
|---|---|---|---|---|---|---|
| 1 | Russel Anderson<br>194 S. Longyard Road<br>Southwick, MA 01077 | .58 | 1.05 | | | |
| 2 | Stanley Baczweski<br>189 South Main Street<br>Gardner, MA 01440 | .58 | 1.05 | | | |
| 3 | Murray W. Barr<br>33301 Sherrie Street<br>Anchorage, AK 99504 | .58 | 1.05 | | | |
| 4 | Barry W. Burrows<br>17 Stonecleave Road<br>Boxford, MA 01921 | .58 | .35 | | | |
| 5 | Albert H. Canacari<br>237 Orchard Street<br>Watertown, MA 02172 | .58 | .35 | | | |
| 6 | Micahel P. Caputo<br>53 Old Farm Road<br>Bedford, NH 03110 | .58 | .35 | | | |
| 7 | Tracy B. Cooney<br>515 Mill Street<br>Worchester, MA 01602 | .58 | .35 | | | |
| 8 | Stephen R. Crossland<br>103 Chase Avenue<br>Cashmere, WA 98815-0364 | .58 | .35 | | | |
| 9 | Susan D. Duffy<br>37 Sheridan Street<br>Woburn, MA 01801 | .58 | .35 | | | |
| 10 | Madeleine Farragher<br>522 E. 20th Street, Apt 2E<br>New York, NY 10009 | .58 | .35 | | | |
| 11 | Robert J. Ferrari<br>13 Dansreau Place<br>Middleton, MA 01949 | .58 | .35 | | | |
| 12 | Alicia V. Flores<br>135 Whitney Street<br>P.O. Box 1415<br>Leominster, MA 01453 | .58 | .35 | | | |

**Name and Address of Sender**
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
155 Federal Street
Boston, MA 02110

**Affix Stamp Here**
(If issues as a certificate of mailing, or for additional copies of this bill)
*Postmark and Date of Receipt*

| | Address (Name, Street, City, State & Zip Code) | Postage | Fee | Handling Charge | Actual Value If Registered | Insured Value |
|---|---|---|---|---|---|---|
| 13 | Charles A. Giovanetti<br>72 Curtis Drive<br>Plymouth, MA 02360 | .58 | .35 | | | |
| 14 | William J. Gordon<br>5 Hansen Avenue<br>Burlington, MA 01803 | .58 | .35 | | | |
| 15 | Jesse Gordon<br>1770 Masssachusetts Avenue, Apt 630<br>Cambridge, MA 02140-2808 | .58 | .35 | | | |
| 16 | Dahlia O. Grace<br>P.O. Box 278<br>Beacon Falls, CT 06403 | .58 | .35 | | | |
| 17 | Stephen J. Graham<br>27 Intervale Terrace<br>Reading, MA 01867 | .58 | .35 | | | |
| 18 | John R. Gullotta<br>2 Roselle Avenue<br>Pleasantville, NY 10570 | .58 | .35 | | | |
| 19 | Juan J. Guzman<br>32 Bellevue, Ave<br>Southbridge, MA 01550 | .58 | .35 | | | |
| 20 | Mark D. Johnson<br>2106 Eva Street<br>Austin, TX 78704 | .58 | .35 | | | |
| 21 | Ronald G. Keefe<br>36 Freeman Avenue<br>West Roxbury, MA 02131 | .58 | .35 | | | |
| 22 | James W. Kelly<br>44 Broder Drive<br>Wakefield, RI 02879 | .58 | .35 | | | |
| 23 | Michael P. Kornik<br>345 Brown Street<br>Winchendon, MA 01475 | .58 | .35 | | | |
| 24 | Ryamon r. LaFleche<br>557 Charlton Street<br>Southbridge, MA 01550 | .58 | .35 | | | |

**Name and Address of Sender**
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
155 Federal Street
Boston, MA 02110

**Affix Stamp Here**
(If issues as a certificate of mailing, or for additional copies of this bill)
*Postmark and Date of Receipt*

AUG -6 2007

| | Address (Name, Street, City, State & Zip Code) | Postage | Fee | Handling Charge | Actual Value If Registered | Insured Value |
|---|---|---|---|---|---|---|
| 25 | Jeffrey E. Lewis<br>89 Bleecker Street, Apt 5B<br>New York, NY 10012 | .58 | .35 | | | |
| 26 | Adelino P. Lucas<br>253 Cherry Street<br>Naugatuck, CT 06770 | .58 | .35 | | | |
| 27 | Alan R. Maffei<br>29 Bennett Road, Apt 2E<br>Winthrop, MA 02152-1055 | .58 | .35 | | | |
| 28 | Cherly A. Martin<br>75 Davis Road<br>Westport, MA 02790 | .58 | .35 | | | |
| 29 | Christopher G. Martin<br>85 Old Pine Road<br>Narragansett, RI 02882 | .58 | .35 | | | |
| 30 | William J. McCarthy<br>c/o Kerry McCarthy<br>109 Reed Road<br>Westport, MA 02790 | .58 | .35 | | | |
| 31 | James E. Meegan<br>5 Montere Road<br>Warwick, RI 02889 | .58 | .35 | | | |
| 32 | Michael I. Morgan<br>35 Baldwinville Road, Box # 321<br>Templeton, MA 01468 | .58 | .35 | | | |
| 33 | Henry J. Nieves<br>3839 Briargrove Lane, Apt 4203<br>Dallas, TX 75287 | .58 | .35 | | | |
| 34 | Anne M. Pacheco<br>P.O. Box 344<br>Somerset, MA 02726 | .58 | .35 | | | |
| 35 | Moises Palacio<br>983 Old Ford Road<br>Huntington, PA 19006 | .58 | .35 | | | |
| 36 | Allen R. Price<br>19 Peach Avenue<br>Providence, RI 02906 | .58 | .35 | | | |

**Name and Address of Sender**
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
155 Federal Street
Boston, MA 02110

**Affix Stamp Here**
(If issues as a certificate of mailing, or for additional copies of this bill)
*Postmark and Date of Receipt*

[Postmark: FORT POINT STA. BOSTON, MA, AUG -6 2007]

| | Address (Name, Street, City, State & Zip Code) | Postage | Fee | Handling Charge | Actual Value If Registered | Insured Value |
|---|---|---|---|---|---|---|
| 37 | James B. Ravenscroft<br>161 Swanton Street<br>Winchester, MA 01890 | .58 | .35 | | | |
| 38 | Marian Rosa<br>59 Johsnon Street<br>Leominster, MA 01453 | .58 | .35 | | | |
| 39 | Richard J. Rosatto<br>68 Saint Andrew Road<br>East Boston, MA 02128 | .58 | .35 | | | |
| 40 | Richard R. Shurtleff<br>369 Plymouth Street<br>Middleboro, MA 02346 | .58 | .35 | | | |
| 41 | Edward D. Stevens<br>55 Depot Road<br>Asburnham, MA 01430 | .58 | .35 | | | |
| 42 | Clark A. Straight<br>524 Main Street<br>Fitcburg, MA 01420 | .58 | .35 | | | |
| 43 | William F. Sullivan<br>1 Messenger Street<br>Plainville, MA 02762 | .58 | .35 | | | |
| 44 | Walter M. Wisz<br>50 Johnson Street<br>Taunton, MA 02780 | .58 | .35 | | | |

Total Number of Pieces Listed By Sender: 44

Total Number of Pieces Received at Post Office: 44

Postmaster, per *(name of receiving employee)*
*Francis M. Recuper*