| | |
|---|---|
| 2. Article Number<br><br>7160 3901 9849 7805 3729<br><br>3. Service Type **CERTIFIED MAIL**<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes<br>1. Article Addressed to:<br><br>Estate of Adelino Lucas<br>40 Cynthia G. Lucas<br>17 Irvington Ave<br>Waterbury, CT 06708-1908 | COMPLETE THIS SECTION ON DELIVERY<br><br>A. Received by (Please Print Clearly)  B. Date of Delivery<br>Cynthia Lucas<br>C. Signature<br>x Cynthia Lucas  ☐ Agent ☒ Addressee<br>D. Is delivery address different from Item 1?  ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>SEP 28 2007<br><br>Reference Information<br>00873.01885<br><br>Mark R. Freitas |