# EXHIBIT A

# QUAT LAW OFFICES
*www.quatlaw.com*
**9 Damonmill Square, Suite 4A-4**
**Concord MA 01742**

_____

**Kenneth D. Quat**　　　　　　　　　　　　　　　　　　　　　　978-369-0848
**kquat@quatlaw.com**　　　　　　　　　　　　　　　　　　　　978-371-2296 (fax)

**Feuerstein v. Zwicker, et al.**
**Time charges**

**2004**

| Date | Description | Hours |
|---|---|---|
| 3/26 | Conf. w/client | 2.4 |
| 3/29 | Begin drafting complaint; em to client | 2.1 |
| 3/30 | Continue drafting complaint; em to client;TC w/client | 2.7 |
| 3/31 | TC w/client; begin drafting 93A letter | 1.2 |
| 4/1 | TC w/client | 0.2 |
| 4/7 | TC w/client | 0.1 |
| 4/20 | Complete drafting 93A letter; ems to & from client | 1.1 |
| 5/2 | TCs & ems w/W. Schwank (several) | 0.4 |
| 5/3 | Conf. w/client | 0.5 |
| 5/18 | TC w/Atty. Thuotte; TC w/client; Letter to Atty. Thuotte | 1.3 |
| 5/19 | Em to & from client | 0.3 |
| 5/20 | TC w/W. Schwank | 0.2 |
| 5/23 | Rev. email from client | 0.1 |
| 5/24 | Rev. 93A response (fax) from Atty. Thuotte; TC w/client | 1.4 |
| 5/25 | TC w/client | 0.3 |

| Date | Description | Hours |
|---|---|---|
| 5/26 | Em to client | 0,2 |
| 6/12 | Continue drafting complaint | 1.2 |
| 6/13 | Continue drafting complaint; ems to & from client | 1.3 |
| 6/21 | Letter to Atty. Thuotte | 0.2 |
| 7/4 | TC w/client | 0.2 |
| 7/15 | TC w/client; TC w/W.Schwank | 0.3 |
| 7/16 | Letter to Atty. Thuotte | 0.2 |
| 8/2 | TC w/client | 0.1 |
| 9/1 | Prepare summonses; TC w/constable | 0.4 |
| 9/3 | Rev. returns of service | 0.2 |
| 9/15 | TC w/Atty. Newberger | 0.4 |
| 9/17 | Draft letter to Newberger; em to client | 1.3 |
| 10/6 | Rev. voicemail from Atty. Newberger | 0.1 |
| 10/13 | Rev. Answer & Not/App. from Atty. Poliferno; em to client | 1.0 |
| 10/14 | TC w/client | 0.3 |
| 11/29 | Draft motion, ints, rpd; fax to Atty. P | 2.1 |
| 11/30 | File motion & exhibits | 0.3 |
| 12/10 | Rev. scheduling notice & disc. order; em to client; letter to client | 0.6 |
| 12/16 | Rev. def. opposition to motion, & letter; TC w/client | 0.7 |
| 12/17 | Letter to Atty. P | 0.2 |
| 12/17 | Draft settlement proposal; em to client | 1.1 |
| 12/20 | Initial draft of joint statement; fax to Atty. P.; em to client | 1.8 |

| Date | Description | Hours |
|---|---|---|
| 12/22 | Finalize settlement proposal; draft Rule 26 disclosures; em to client; TC w/client | 1.9 |
| 12/23 | Various emails to & from client; TC w/client | 0.6 |
| 12/27 | Finalize Rule 26 disclosures; draft Rule 16 certification; letter and fax to Atty. P. | 1.1 |
| 12/28 | Review def. Rule 26 disclosures; letter to Atty. P.; emails to and from client | 1.1 |
| 12/29 | Rev. joint statement from Atty. P; TC w/Atty. P.; em to client; fax to Atty. P.; rev. supplemental disclosures & ins. policy | 1.3 |

**2005**

| Date | Description | Hours |
|---|---|---|
| 1/3 | Letter & fax to Atty. P. | 0.3 |
| 1/5 | Rev emails from client; attend scheduling conference (Travel: 1.2) | 3.1 |
| 1/6 | Letter to Atty. P.; em to client | 0.5 |
| 1/19 | Rev. email from client; letter to Atty. P. | 0.4 |
| 1/25 | Rev. answer & appearance (B. Coyle); rev. letter from Atty. P; letter to Atty. P. | 1.0 |
| 1/28 | TC w/Atty. P. | 0.2 |
| 2/4 | Rev. answer & appearance (J. Woods) | 0.7 |
| 2/10 | TC w/Atty. P.; fax to Atty. P; TC w/Client | 0.5 |
| 2/17 | Rev. documents from Atty. P; Rev. letter & fax from Atty. P | 2.2 |
| 2/18 | Letters to Atty. P. (2) | 0.3 |
| 2/25 | Rev. depo notices (2) from Atty. P; TCs w/Dist. Ct. re: status conference (3); | 0.6 |
| 2/28 | Emails to & from client; letter to Atty. P; letter (fax) to BU Law; draft motion for contempt; draft motion for prot. order; TC w/M. Sulllivan (BU Registrar's office); TC w/Atty. M. | |

|  |  |  |
|---|---|---|
|  | Rosen (BU Gen. Counsel's office) | 3.7 |
| 3/1 | Rev. letters (fax) from Atty. P (2); TC w/Court; Letters (2) to Atty. P; revise and file motion for contempt; begin drafting amended Complaint & motion to amend; TC w/Atty. DeZorett; Faxes to Atty. DeZorett (2); Emails to & from client (several); TC w/client | 4.1 |
| 3/2 | Complete drafting amended complaint & motion | 1.6 |
| 3/3 | Letter (fax) to Atty. P; Letters (2)(fax) to B.U.; emails to client; TC w/Atty. DeZorett; TCs w/client (2) | 1.1 |
| 3/4 | Letter to Atty. P (w/motion to amend) | 0.2 |
| 3/8 | Rev. email from client; rev. docs from Atty. P (BU accts) | 0.5 |
| 3/9 | Letter to client; TC w/Atty. P; draft & file 2d motion for contempt; draft & serve depo. notices (3); revise & file motion to amend | 2.1 |
| 315 | Rev. letter & agreement from R. Thuotte; Letter to Atty. P. | 0.9 |
| 3/16 | Rev. opposition to 1st motion for contempt; Fax to Atty. P. | 1.0 |
| 3/17 | Rev. letter from Atty. P; draft joint motion; fax to Atty. P; draft reply to opposition to motion for contempt | 1.7 |
| 3/18 | Rev. fax from Atty. P's office; TC w/Atty. P's office; Draft & file motion to re-schedule status conf. and commence discovery; rev. fax (aff.) from R. Thuotte | 1.6 |
| 3/21 | Review letter & attachments from Atty. Thuotte; research case law; | 2.2 |
| 3/25 | Letter to Atty. Thuotte | 1.2 |
| 3/29 | TC to Atty. Bogaert | 0.1 |
| 4/1 | TC w/Atty. B. | 0.5 |
| 4/4 | Rev. email from client; TC w/Atty. B; TC w/Court; Letter to Atty. B; Rev. Not/App. From Atty. B.; rev. letter from Atty. Thuotte | 1.6 |
| 4/5 | TC w/Atty. Freitas; | 0.2 |

| Date | Description | Hours |
|---|---|---|
| 4/6 | Rev. em from client; Rev. notice of status conf.; TC w/Court; TCs w/client (2) | 0.7 |
| 4/7 | Rev. em from client; TC w/client; Em to client; TC w/Atty. B.; Em to Atty. B | 0.6 |
| 4/11 | Rev. em from Atty. B, & respond; Rev. em from Atty. F; TC w/client; Emails to client (2) | 0.9 |
| 4/12 | Review confidentiality agreement; Em to Atty. B; Rev. & respond to email from client; fax to client; TC w/client | 1.2 |
| 4/13 | Conf. w/Client, Boston; TC w/client; draft MEFA/Key subpoenas and notices; Em to client | 4.4 |
| 4/14 | Rev. & respond to em from Atty. B.; letters to Attys. & Sher.; TC w/Atty. Katz (NY) | 1.0 |
| 4/20 | Rev. emails from client(2); em to Atty. B.; TC w/Court; TC w/ Atty. B.; Rev. & respond to em from Atty. F.; rev. new not/app. | 1.3 |
| 4/21 | Rev. em from Client; emails (2) to Atty. B. | 0.4 |
| 4/22 | Rev. em from client; TC w/Attys. B & F | 0.6 |
| 4/25 | Attend status conference, Boston; draft agreement/releases; em to Atty. B; em to client (Travel: 1.5) | 3.5 |
| 4/26 | Rev. & respond to emails from client; em to Atty. B; rev. fax from client; prepare & file 1st Amd.Comp; rev. e-notices from court (3) | 1.3 |
| 4/28 | Rev. fax from client; TC w/client; rev. elec. Notice from Court; TC w/Court | 0.8 |
| 4/29 | TC w/Atty. B | 0.1 |
| 4/30 | Rev. & respond to client's email; TC w/Key Bank | 0.7 |
| 5/3 | Rev. docs from Atty. F; letter to Atty. F; TC w/Court (M.J. Collings office); rev. & respond to emails from Atty. F.; TC w/Atty. Lawson (FL); em to client | 1.7 |
| 5/5 | Rev. & respond to email from client; Em to Atty. F. | 0.4 |

6

| Date | Description | Hours |
|---|---|---|
| 5/6 | Rev. em & agreement from Atty. F; em to Atty. F; rev. em from client; rev. ct. order (re: mediation) | 0.9 |
| 5/9 | TCs w/Key Bank(2); em to client; emails to & from Atty. Bragg (several), & rev. co-counseling agreement | 1.1 |
| 5/10 | TC w/client; TC w/Key (H. Carter) | 0.3 |
| 5/12 | Prepare & file request for default; TC w/Key Bank; TC w/ MEFA; TC w/Atty. B; prepare & file withdrawal of req/def. TC wAtty. Anguerra (FL); rev. letter from Atty. T; letters to Atty. T. & B/F; revise co-counseling agreement and Em to Atty. Bragg | 2.6 |
| 5/13 | Rev. & respond to em from Atty. B; TC w/Atty. B | 0.3 |
| 5/16 | Draft 2nd Amd.Comp & motion; em to Atty. B; em to client; rev. letter from Key Bank; TC w/Key Bank; TC to MEFA | 3.6 |
| 5/17 | Rev. ems from Atty. B(2), & respond; TC w/client; | 0.4 |
| 5/18 | TC w/client; em to Atty. B. | 0.3 |
| 5/20 | Rev. em from Atty. B; TC to client; initial review of documents from MEFA | 1.6 |
| 5/23 | Rev. emails from client (2), & respond; em to Atty. B; TCs w/client (2) | 0.6 |
| 5/24 | Rev. revised agreement (Thuotte); em to Atty. B; letter to client; rev. & respond to em from Atty. B.; revise 2nd amd.comp.; em to Atty. B | 1.2 |
| 5/25 | Rev. & respond to em from client | 0.2 |
| 5/26 | Rev. answer to 1st amd. Complaint; em to Atty. B, & rev. response | 0.9 |
| 5/27 | Rev. emails from Atty. F (several) & attachments; respond to Atty. F.; rev. elec. Court notice (re: mediation) | 0.8 |
| 6/3 | TC w/Atty. F; | 0.1 |
| 6/6 | Ems to Attys. F & B (2); review responses | 0.4 |

| Date | Description | Hours |
|---|---|---|
| 6/7 | Em to Atty. F | 0.1 |
| 6/9 | Rev. ems from Atty. F (2), & respond; em to client; review and analyze payment info; revise 2nd Amd. Comp. | 3.6 |
| 6/10 | TC w/Ct.; rev. docs from Atty. F; conf. w/client; ems to & from Atty. F. | 3.3 |
| 6/13 | Em to Atty. F | 0.2 |
| 6/14 | Letter to Atty. F.; file motion/amend; letter to client | 0.7 |
| 6/16 | Em to Attys. F & B | 0.2 |
| 6/17 | Rev. ct. order re: mediation; em to client, & rev. response; em to Attys. F & B | 0.5 |
| 6/20 | Analysis of fin. records; Em to client; TC w/client | 1.5 |
| 6/24 | Begin drafting mediation memo | 3.7 |
| 6/27 | Continue drafting mediation memo; rev. & respond to client's email; em to S. Fierro (research) | 2.1 |
| 6/28 | Letter to Attys. F & B; rev. & analyze additional payment records from client; email to client | 1.4 |
| 6/29 | Legal research (state law – cont. fees); conf. w/A. Schiff re: research; Revise mediation memo | 1.3 |
| 7/1 | TC w/Atty. F; letter to Atty. F. | 0.7 |
| 7/5 | Rev. & respond to em from Atty. F.; rev. letter & subpoenas from Atty. F. | 0.9 |
| 7/6 | Draft & file emergency motion for contempt; TC w/Atty. Roddy; TC w/Z. Lovett (re: mot.amd); rev. & respond to em from Atty. F.; rev. ct. order (re: 2nd Amd.Comp.) | 2.8 |
| 7/7 | File 2nd Amd.Comp.; rev em & proposed Conf. Order from Atty. F, & respond; review em from Atty. F & respond; Em to client; revise mediation memo | 2.3 |
| 7/8 | TC w/client | 0.2 |
| 7/12 | Rev. letter from Atty. Thuotte; rev. Sparkman decision | 0.7 |

| Date | Description | Hours |
|---|---|---|
| 7/13 | Rev. def's opposition to contempt motion; rev. em from J. Roddy, & respond | 1.0 |
| 7/14 | Rev. research memo and cases from A. Costa; revise med. memo; ems to & from client (several); letter to MJ Collings; TC w/client; | 2.9 |
| 7/15 | Begin drafting reply to opp. to motion for contempt; em to client; rev. letter & doc. from Atty. F | 1.3 |
| 7/18 | Ems to client (2); rev. def. med. memo & research cases; TC w/client; prepare for mediation | 2.4 |
| 719 | Attend mediation, Boston (Travel: 1.4) | 9.4 |
| 7/20 | Rev. mediation report | 0.1 |
| 7/22 | Ems to & from client | 0.3 |
| 7/25 | Rev. em from client, & respond; rev. updated payment ledger from client; begin drafting MOU | 2.8 |
| 7/26 | Rev. & respond to ems from client (several); rev. answer to 2nd amd. comp.; finish drafting MOU & em to client | 2.9 |
| 8/2 | Attend mediation, Boston; draft 3rd amd. comp. & motion to amend; letters to Attys. B & F (2); TC w/client; em to client; rev. mediator's report (Travel: 1.5) | 7.9 |
| 8/15 | Em to Atty. F, & rev. response; rev. amd. answer from def. | 1.1 |
| 8/16 | Em to Atty. F.; em to client | 0.3 |
| 8/29 | TC w/client; rev. em from client | 0.3 |
| 8/30 | Rev. & respond to em from client | 0.2 |
| 8/31 | TC w/client; em to client; rev. def. opp. to motion to amend | 0.9 |
| 9/1 | Ems to and from client (several re: settlement) | 0.6 |
| 9/2 | Em to Attys. B & F re: settlement, rev. response, & respond; rev. em from Atty. F & stip, & respond | 0.9 |

| Date | Description | Hours |
|---|---|---|
| 9/12 | Em to Atty. F; prepare for status conf. | 0,.5 |
| 9/13 | Rev. em from client (re: conf.) rev. em from Atty. F (re: conf. agreement); attend status conference ($7); file amd.complaint; em to client (re: depo scheduling, client mtg, etc.); rev. ct. order & email client re: same: | 4.6 |
| 9/16 | Draft & serve 1st RPD (Zwicker & Assoc.); 1st RPD (Zwicker) | 1.8 |
| 9/19 | Draft & serve 1st Req.Ad. (Zwicker & Assoc.); notice of deposition (Thompson) | 2.7 |
| 9/21 | Rev. & respond to em from client (re: discovery requests, depo) | 0.2 |
| 9/26 | Rev. & respond to em from client (re: meeting, schedules); rev. answer to 3rd amd. Complaint | 0.7 |
| 9/28 | Rev. & respond to em from client; draft ints to Widronik & Coyle | 2.3 |
| 9/29 | Rev. & respond to em from client | 0.2 |
| 10/7 | TC wAtty. B. | 0.2 |
| 10/9 | Em to Atty. B. | 0.2 |
| 10/10 | Rev. em from Atty. B, and respond; rev. & respond to emails from client (several); draft MEFA 30(b)(6) notice & subpoena | 1.6 |
| 10/14 | TC w/Atty. B; Prepare & serve re-notice of Thompson depo.; em to client (re: depo. & mtg.) | 0.5 |
| 10/18 | Prepare & serve notice of Coyle depo; prepare for Thompson depo | 2.6 |
| 10/22 | Em to Atty. B; em to steno | 0.2 |
| 10/27 | Rev. & respond to em from Atty. B | 0.3 |
| 10/28 | Rev. & respond to em from Atty. B. | 0.2 |
| 11/1 | Rev. subpoenaed records & disc. Requests from def. counsel | 2.8 |
| 11/2 | TC to Atty. B. | 0.1 |
| 11/3 | TC to Atty. B; | 0.1 |
| 11/4 | TC w/Atty. B.; Email to client; em to Atty. B. | 0.7 |

| Date | Description | Hours |
|---|---|---|
| 11/8 | Em to Atty. B. | 0.1 |
| 11/9 | Initial review of motion to dismiss; emails to & from client (several, re: motion, etc.) | 1.2 |
| 11/13 | Emails (several) to & from client, & Atty. B.; begin researching & drafting opp. to motion to dismiss (demand ltr issue); TC w/Client; prepare re-notices of depos (Coyle & Thompson) | 3.6 |
| 11/14 | Emails (several) to & from Attys. B. & F (re: depos); continue researching & drafting opp. to motion to dismiss (demand letter issue) | 4.7 |
| 11/15 | Rev. Zwicker's response to RPD; continue research & drafting opp. to motion to dismiss (preemption issue) | 1.5 |
| 11/17 | Prepare for & take depo. of MEFA; settlement conference; conf. w/client; em to Atty. B | 7.7 |
| 11/21 | TC to Atty. B; continue drafting opp. to motion to dismiss | 0.7 |
| 11/21 | TC w/Atty. B; TC w/client; continue drafting | 1.1 |
| 11/23 | TC w/Atty. B.; em to Atty. B.; em to client, & rev. response; draft & file motion for extension of time | 1.0 |
| 11/28 | Rev. ct. order re: ext. of time | 0.1 |
| 11/30 | Rev. & respond to em from client; TC to Atty. B | 0.2 |
| 12/4 | Rev. & respond to em from Atty. B. | 0.2 |
| 12/6 | TC to Atty. B. | 0.1 |
| 12/7 | TC w/Atty. F; Em to client | 0.5 |
| 12/9 | Review transcript of MEFA depo | 1.3 |
| 12/12 | Em to Atty. B.; em to client | 0.3 |
| 12/13 | TC w/client | 0.3 |
| 12/20 | TC w/Atty. B. | 0.2 |
| 12/24 | Prepare and serve depo notices; letter to Atty. B. | 1.3 |

**2006**

| Date | Description | Hours |
|---|---|---|
| 1/13 | Rev. letter from Atty. F; em to client | 0.5 |
| 1/18 | TC w/client | 0.2 |
| 1/20 | TC w/Atty. F.; rev. em from Atty. F., & respond | 0.4 |
| 1/27 | Rev. & respond to em from client | 0.2 |
| 2/1 | TC to Atty. F.; em to Atty. F, & rev. response; em to client | 0.5 |
| 2/7 | Rev. em from Atty. F, & respond | 0.2 |
| 2/10 | TC w/Z. Lovett (re: scheduling) | 0.1 |
| 2/15 | TC w/Atty. F. | 0.1 |
| 2/16 | Rev. draft of settlement docs; em to client | 2.3 |
| 2/22 | TC w/Atty. F.; rev. notice from ct. re: prel. App. hearing | 0.3 |
| 2/24 | Em to Atty. F.; rev. revised settlement docs; em to client | 2.1 |
| 2/28 | TC w/client; review email & revisions from Atty. F; revise settlement docs | 2.2 |
| 3/2 | Em to Atty. F.; TC w/client | 0.2 |
| 3/3 | Rev. em from Atty. F.; TC w/court (re: conf.); | |
| 3/6 | Rev. client's comments re: settlement docs | 0.8 |
| 3/7 | Attend status conf.; em to client (Travel: 1.6) | 0.7 |
| 3/8 | Ems to & from client | 0.3 |
| 3/9 | Rev. em from client; TC w/Atty. F; TC w/court; TC w/client | 0.7 |
| 3/10 | Em to Atty. F., & rev. response; rev. docs from Atty. F. | 0.6 |
| 3/11 | Rev. client's comments re: settlement docs; TC w/client | 0.9 |
| 3/13 | TC w/client; TC w/Atty. F.; Em to Atty. F. | 0.4 |

| Date | Description | Hours |
|---|---|---|
| 3/14 | Rev. additional changes from client; TC w/client | 0.5 |
| 3/15 | Rev. additional changes from client; revise docs; TC w/ Atty. F; em to client re: schedule conflicts; | 1.1 |
| 3/17 | TC w/Court (re: hearing date); TC to Atty. F; em to Atty. F. & client; rev. e-notice of date change | 0.5 |
| 3/20 | TC to Atty. F.; rev. em from client | 0.2 |
| 3/21 | TC w/Atty. F. | 0.1 |
| 3/23 | Rev. proposed MEFA letters (exhibits); review doc. changes from Atty. F; TC w/Atty. F.; legal research (advisory opinion); em to Atty. F. | 2.2 |
| 3/24 | Em to Atty. F. (ad.op.); rev. em from Atty. F. (re: letters) | 0.2 |
| 3/29 | TC to Atty. F. | 0.1 |
| 3/31 | TC to Atty. F. | 0.1 |
| 4/1 | Em to client (re: status) | 0.1 |
| 4/6 | TC to Atty. F | 0.1 |
| 4/7 | Rev. em from Atty. F. & revised settlement docs; em to client | 1.7 |
| 4/10 | TC w/Atty. F; review Thomas case; TC w/client | 1.1 |
| 4/11 | Rev. em from Atty. F; attendance at U.S. District Court, Boston; TC w/client | 3.3 |
| 4/12 | Rev. enotices from Court(2); rev. em from client re: cy pres; TC w/Client | 0.5 |
| 4/13 | Revise motion prel. approval; em to Atty. F. | 1.8 |
| 4/20 | Rev. & respond to em from Atty. F. re: motion for prel. app. | 0.2 |
| 4/23 | Revise motion prel. app. from Atty. F. | 0.4 |
| 4/25 | Rev. email & settlement docs from Atty. F. | 0.9 |
| 4/26 | Rev. em from Atty. F; TC w/Atty. B; TCs w/client (2) | 0.5 |

| Date | Description | Hours |
|---|---|---|
| 4/27 | Attendance at court (status conf.); TC w/Attys. B & F. (Travel: 2.0) | 4.4 |
| 4/28 | Em to client; TC to Atty. B. | 0.3 |
| 5/9 | Begin trial prep (jury instructions) | 1.7 |
| 5/11 | TC w/Atty. F | 0.2 |
| 5/12 | Emails to client | 0.2 |
| 5/15 | Rev. emails from client, & respond (re: ints; trial prep) | 0.5 |
| 5/17 | Rev. trial order | 0.1 |
| 5/19 | Em to & from Atty. F.; begin drafting disc. responses | 2.2 |
| 5/21 | Em to client (re: status, settlement) | 0.2 |
| 5/23 | Rev. em from client, & respond; continue drafting disc. responses | 2.3 |
| 5/25 | Rev. em from client (re: status), & respond | 0.2 |
| 5/30 | TC w/Atty. F. (settlement) | 0.1 |
| 6/6 | Revise int. answers; em to client; em to Atty. F, & rev. response (re: settlement) | 0.7 |
| 6/8 | Rev. emails from client (2); revise int. answers again; TC & em to Atty. F. & B (re: settlement & pre-trial prep) | 0.7 |
| 6/9 | Rev. ems (2) from Atty. B & respond; TC w/client (all re: settlement & pre-trial prep) | 0.4 |
| 6/12 | TCs w/client (several, re: settlement, trial); TCs w/Atty. F (2); emails to & from client (several); emails to & from Atty. F (several); rev. def. pre-trial memo | 1.9 |
| 6/13 | Attend PTC, Boston; em to client; review ECF notice (Travel: 1.6) | 0.9 |
| 6/14 | Em & fax to client (re: mediation/settlement); rev. emails from Atty. B, & respond (several) | 0.5 |

| Date | Description | Hours |
|---|---|---|
| 6/15 | Conf. w/client; em to Attys. B & F (re: proposed changes) | 1.7 |
| 6/16 | Rev. em from Atty. B; TC w/Atty. B & F; attend mediation, Boston (Travel: 1.9) | 7.6 |
| 6/19 | Rev. ct. orders (2); rev. em & document from Atty. F. | 0.3 |
| 6/20 | Em to Atty. F. | 0.2 |
| 6/21 | Rev. revised docs (MEFA disclosure) from Atty. F; em to client | 0.3 |
| 6/22 | Rev. em from client (re: MEFA discl.); rev. elec. Notices (2); TC w/ M. Paine re: notices; em to Attys. F.. & B. | 0.6 |
| 6/26 | Em to client (re: disclosure to MEFA) | 0.1 |
| 6/27 | Rev. fax from client; em to client; rev. class agree. from Atty. F. | 0.9 |
| 6/29 | Em to Atty. F. w/revisions to agreement; letter to Atty. F. (w/ discl. Agreement) | 0.6 |
| 6/30-7/19 | Multiple emails to & from Atty. F | 1.0 |
| 7/20 | TC w/Atty. F. (re: status of settlement docs) | 0.2 |
| 7/27 | TC to Atty. (B (re: same) | 0.1 |
| 8/30 | TC w/client (re: status) | 0.3 |
| 9/7 | Em to Attys. B. & F. re: status/problems; rev. responses (2); TC w/Atty. F. | 0.6 |
| 9/8 | Em to client | 0.2 |
| 9/11 | Rev. response to em from client; respond, & rev. response | 0.3 |
| 9/13 | TC w/Atty. F. (re: status) | 0.1 |
| 9/18 | TC to Atty. F (re: status) | 0.1 |
| 9/21 | Em to Atty. F & B. (re: statuts) | 0.1 |
| 9/22 | Rev. em from Atty. F; TC w/Atty. F. | 0.4 |
| 10/2 | Rev. em from Atty. F. | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 10/5 | TC to Atty. B. | 0.1 |
| 10/6 | Rev. em from Atty. F, and respond (re: status) | 0.2 |
| 10/9 | Rev. em from Atty. F, and respond; em to client | 0.3 |
| 10/12 | Revise motion for prel approval | 1.2 |
| 10/17 | Rev. revised settlement docs from Atty. F.; revise and email to Atty. F. | 2.0 |
| 10/23 | TC w/Atty. F; TC w/client | 0.4 |
| 10/30 | TC to Atty. F. | 0.1 |
| 11/2 | Em to Atty. F, & rev. response | 0.3 |
| 11/13 | Rev. em from Atty. F, & respond; rev. em from client, & respond | 0.4 |
| 11/14 | TC w/Atty. F. re: new data & class def. | 0.5 |
| 11/15 | Rev. em from Atty. F re: above | 0.2 |
| 12/18 | Rev. em from Atty. F, & respond; em to client | 0.3 |
| 1/2/07 | Rev. updated docs from Atty. F; em to Atty. F; em to client | 0.4 |

**2007**

| Date | Description | Hours |
|---|---|---|
| 1/3 | Revise updated docs; em to Atty. F. | 1.1 |
| 1/17 | Em to Atty. F, & rev. response | 0.2 |
| 1/19 | Rev. updated docs from Atty. F; em to client | 1.1 |
| 1/22 | Rev. em from client re: docs, & make revisions; em to Atty. F. | 0.6 |
| 1/23 | Rev. em from Atty. F.; TC to Atty. F | 0.2 |
| 2/5 | Rev. & respond to em from client (re: docs); | 0.3 |
| 2/6 | Revise settlement agreement & joint motion; em to Atty. F. | 0.5 |
| 2/13 | Em to Atty. F. re: death of plaintiff; & rev. response | 0.3 |
| 2/20 | TC to Atty. F re: same | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 2/23 | Em to Atty. F. re: going forward | 0.2 |
| 2/28 | TC w/Atty. F. (responding to email) | 0.1 |
| 3/3 | TCs w/ E. Feuerstein; Ems to & from E. Feuerstein | 0.6 |
| 3/8 | Conf. w/estate counsel | 0.4 |
| 3/14 | Rev. em from Atty. F & respond; revise settlement agreement (sub. E. Feuerstein) | 0.7 |
| 3/15 | Conf. w/E. Feuerstein | 0.8 |
| 3/23 | Em to Atty. F. (re: status) | 0.1 |
| 3/28 | TC w/Atty. F. (re: status) | 0.2 |
| 3/29 | Rev. em from Atty. F. (re: docs) | 0.1 |
| 3/30 | Rev. & revise settlement docs; draft motion to substitute; ems to Atty. F. (2) | 1.3 |
| 4/5 | TC to Atty. F. | 0.1 |
| 4/9 | Rev. em & docs from Atty. F; TC w/Atty. F. | 0.4 |
| 4/16 | Em to Eileen F., & rev. response | 0.3 |
| 4/17 | TC w/Eileen F. | 0.2 |
| 4/18 | Legal research | 0.3 |
| 5/3 | Em to Atty. F. | 0,1 |
| 5/4 | TC to Atty. F. | 0.1 |
| 5/8 | Rev. em from Atty. F; respond & rev. reply | 0.4 |
| 5/23 | Rev. em from Atty. F. | 0.1 |
| 5/29 | Rev. em fro Atty. F. | 0.1 |
| 6/1 | Rev. emails (2) & settlement exhibits from Atty. F, & respond | 0.4 |
| 6/6 | Em to Atty. F. w/corrections to class notice | 0.2 |

17

| Date | Description | Hours |
|---|---|---|
| 6/11 | Rev. em from Atty. F, and respond; | 0.2 |
| 6/12 | Rev. em from Atty. F., and respond (re: signature page) | 0.2 |
| 6/18 | TC w/client | 0.3 |
| 6/19 | TC w/estate counsel | 0.2 |
| 7/9 | TC w/W. Schwank | 0.2 |
| 7/10 | TC w/client | 0.1 |
| 7/11 | TC w/client; TC w/W. Schwank | 0.3 |
| 7/13 | TC to Atty. F; em to Atty. F. | 0.2 |
| 7/16 | Rev. em from Atty. F., and respond | 0.2 |
| 7/20 | Rev. em from Atty. F. and documents attached, and respond; em to client | 0.4 |
| 7/23 | File all settlement documents w/Court; TC w/B. Smith | 0.4 |
| 7/25 | TC w/B. Smith; em to and from Atty. F. | 0.3 |
| 7/27 | TC w/B. Smith | 0.1 |
| 7/30 | TC w/B. Smith; EM to Atty. F.; rev. prel. app. order | 0.4 |
| 8/1 | TC w/client; Ems to & from client | 0.5 |
| 8/6 | Conf. w/estate counsel | 0.5 |
| 8/7 | TC w/A. Shurtleff (cl. Member) | 0.2 |
| 8/8 | Rev. em from A. Shurtleff; em to Atty. F, & rev. response | 0.3 |
| 8/9 | Rev. em and docs from Atty. F.; rev. letter from R. Anderson (cl. member) | 0.4 |
| 8/24 | Rev. & respond to em from Atty. F (re: class member issues) | 0.3 |
| 8/27 | Em to A. Shertleff (class member); rev. fax (appointment of admin.); em to Atty. F. re: same | 0.4 |

| Date | Description | Hours |
|---|---|---|
| 9/17 | Rev. letter from D. Ferrari (class member); em to Atty. F. | 0.2 |
| 10/2 | Rev. letter from  (class member); em to Atty. F & rev. response | 0.2 |
| 10/5 | Rev. letter from K. Cudmore (McCarthy) & docs (class member) | 0.2 |
| 10/10 | Rev. em & docs from Atty. F, & respond | 0.3 |
| 10/11 | Rev. em from Atty. F & respond (re: McCarthy) | 0.2 |
| 10/12/ | TC to K. Cudmore; TC w/client | 0.3 |
| 10/15 | Rev. em from Atty. F. re: Cudmore/McCarthy, & respond | 0.3 |
| 10/19 | Draft motion for final approval; em to Atty. F. | 1.8 |
| 10/22 | Draft motion for fees/costs; declaration in support | 1.6 |
| 10/23 | Review revisions to agreement from Atty. F, em to Atty. F | 0.5 |

Total time (non-travel): 302.60

19