UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EILEEN FEUERSTEIN, Administratrix of the Estate of Melanie Joi Feuerstein, On behalf of herself and others similarly situated<br>    Plaintiff,<br><br>vs.<br><br>ZWICKER & ASSOCIATES, P.C., PAUL W. ZWICKER, JEFF WIDRONAK a/k/a "Jeff Woods", BRIAN COYLE, ARTHUR J. TESSIMOND, JR., PHILLIP M. THOMPSON, AND DOES 1-5<br>    Defendants. | Civil Action No. 04-11593-WGY |

## NOTICE OF WITHDRAWAL

Mark R. Freitas of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby gives notice of his withdrawal of appearance for the defendants, Zwicker & Associates, P.C., Paul W. Zwicker, Jeff Widronik, Brian Coyle, Arthur J. Tessimond, Jr., and Phillip M. Thompson in the above referenced matter.

    Respectfully Submitted,
    ZWICKER & ASSOCIATES, P.C., PAUL W.
    ZWICKER, JEFF WIDRONAK a/k/a "Jeff
    Woods", BRIAN COYLE, ARTHUR J.
    TESSIMOND, JR., PHILLIP M. THOMPSON,

    /s/ Mark R. Freitas

    Mark R. Freitas, BBO No. 641205
    Wilson, Elser, Moskowitz, Edelman &
      Dicker, LLP
    260 Franklin Street, 14th Floor
    Boston, MA 02110
    (617) 422-5300

127641.1

## CERTIFICATE OF SERVICE

      I, Mark R. Freitas, hereby certify that on August 7, 2008 the within *Notice of Withdrawal* was filed electronically and is available for viewing and downloading from the ECF system. As the defendants are not aware of one party who has not consented to electronic service, pursuant to L.R. 5.4(C), electronic filing upon counsel of record is the sole means of service of this document to all parties

                                */s/ Mark R. Freitas*

                                Mark R. Freitas

127641.1